✎ AO 120 (Rev. 2/99)

| TO: | **Mail Stop 8** <br> **Director of the U.S. Patent & Trademark Office** <br> **P.O. Box 1450** <br> **Alexandria, VA 22313-1450** | **REPORT ON THE** <br> **FILING OR DETERMINATION OF AN** <br> **ACTION REGARDING A PATENT OR** <br> **TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Northern District of California___ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO. <br> CV 09-01531 RS | DATE FILED <br> 4/7/2009 | U.S. DISTRICT COURT <br> 280 South First Street, Rm 2112, San Jose, CA 95113 |
|---|---|---|
| PLAINTIFF <br> ELAN MICROELECTRONICS CORPORATION | | DEFENDANT <br> APPLE, INC. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | SEE ATTACHED COMPLAINT |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY <br> ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK <br> Richard W. Wieking | (BY) DEPUTY CLERK <br> Betty Walton | DATE <br> April 8, 2009 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner** <br>
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy**