MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
Apple, Inc.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. C-09-01531 RS<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Hon. Richard Seeborg |

Pursuant to Civil Local Rule 6-1(a), Defendant Apple, Inc. ("Apple") and Plaintiff Elan Microelectronics Corporation ("Elan") and, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Elan served its Complaint for Patent Infringement ("Complaint") on April 8, 2009;

WHEREAS, Apple currently has until April 28, 2009 to answer or respond to Elan's Complaint;

WHEREAS, Apple has requested and Elan has consented to an additional 45 days for Apple's answer or response to Elan's Complaint;

WHEREAS, an additional 45 days for Apple's answer or response to Elan's Complaint will not alter the date of any event or any deadline already fixed by Court order;

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT            Case No. C-09-01531 RS

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Apple shall answer or otherwise respond to Elan's Complaint by June 12, 2009.

Dated: April 27, 2009  WEIL, GOTSHAL & MANGES LLP

By: */s/ Edward R. Reines*
EDWARD R. REINES
edward.reines@weil.com

Attorneys for Defendant
Apple, Inc.

Dated: April 27, 2009  ALSTON + BIRD LLP

By: */s/ Sean P. DeBruine*
SEAN P. DeBRUINE
sean.debruine@alston.com

Attorneys for Plaintiff
Elan Microelectronics Corporation

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT   2   Case No. C-09-01531 RS