1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  SONAL N. MEHTA (Bar No. 222086)
   sonal.mehta@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
5  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
6  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
7
   Attorneys for Defendant
8  Apple, Inc.

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 | ELAN MICROELECTRONICS CORPORATION, | Case No. C-09-01531 RS |
|---|---|
| | APPLE, INC.'S CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| Plaintiff, | |
| v. | Hon. Richard Seeborg |
| APPLE, INC., | Demand for Jury Trial |
| Defendant. | |

18  Pursuant to Civil Local Rule 3-16, Plaintiff Apple Computer, Inc. certifies that as

19 of this date, other than the named parties and their shareholders, there is no interest to report

20 under Civil Local Rule 3-16.

21

22 Dated: June 12, 2009                WEIL, GOTSHAL & MANGES LLP

23

24                                By:   /s/ Edward R. Reines
                                         EDWARD R. REINES
25                                       edward.reines@weil.com

26                                Attorneys for Defendant Apple, Inc.

27

28

APPLE'S CIVIL LOCAL RULE 3-16
CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS                                          Case No. C-09-01531 RS