MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
Apple, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>APPLE, INC.,<br><br>                Defendant. | Case No. C-09-01531 RS<br><br>APPLE, INC.'S FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1 CORPORATE DISCLOSURE STATEMENT<br><br>Hon. Richard Seeborg<br><br>Demand for Jury Trial |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Apple Inc. hereby files its Corporate Disclosure Statement. Apple Inc. has no parent corporations, and there is no publicly held company that owns 10% or more of Apple Inc.'s stock..

Dated: June 12, 2009                  WEIL, GOTSHAL & MANGES LLP

                                              By:     */s/ Edward R. Reines*
                                                      EDWARD R. REINES
                                                    edward.reines@weil.com

                                          Attorneys for Defendant Apple, Inc.

APPLE'S RULE 7.1 STATEMENT                                            Case No. C-09-01531 RS