Elan Microelectronics Corporation v. Apple, Inc. Doc. 10

Yitai Hu (SBN 248085) (yitai.hu@alston.com)
Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
S.H. Michael Kim (SBN 203491) (michael.kim@alston.com)
C. Augustine Rakow (SBN 254585) (augie.rakow@alston.com)
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:    650-838-2000
Facsimile:     650-838-2001

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ELAN MICROELECTRONICS CORPORATION, | Case No. 09-cv-01531 RS |
|---|---|
| Plaintiff, | **STIPULATION & [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| APPLE, INC., | |
| Defendant. | |

WHEREAS the initial case management conference ("Initial CMC") in this matter is currently scheduled for Wednesday August 12, 2009, *see* Dkt. No. 3;

WHEREAS counsel for Plaintiff Elan Microelectronics Corp., Sean P. DeBruine, is unavailable on that date;

WHEREAS counsel agree to rescheduling the initial CMC by two weeks,

NOW, THEREFORE,  the parties hereby stipulate and ask the Court to order as follows:

**STIPULATION & [PROPOSED] ORDER RESCHEDULING INTIAL CMC**  1  Case No. 09-cv-01531 RS

That the Initial Case Management Conference, currently scheduled for Wednesday August 12, 2009 at 2:30 PM in Courtroom 4, be rescheduled to Wednesday August 26, 2009 at 2:30 PM, or to a subsequent day or time that pleases the Court.

DATED: June 15, 2009          Respectfully submitted,

                              ALSTON & BIRD LLP


                              By:   /s/  Sean P. DeBruine
                                    Sean P. DeBruine
                              Attorneys for Plaintiff, ELAN MICROELECTRONICS
                              CORPORATION


DATED: June 15, 2009          Respectfully submitted,

                              WEIL GOTSHAL & MANGES, LLP


                              By:   /s/  Edward Robert Reines
                                    Edward Robert Reines
                              Attorneys for Defendant, APPLE, INC.

### FILER'S ATTESTATION

I, Sean P. DeBruine, am the ECF User whose ID and password are being used to file this **STIPULATION & [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**. In compliance with General Order 45, paragraph X.B., I hereby attest that Edward Reines has concurred in this filing.

DATED: June 15, 2009          Respectfully submitted,

                              ALSTON & BIRD LLP


                              By:   /s/  Sean P. DeBruine
                                    Sean P. DeBruine
                              Attorneys for Plaintiff, Elantech Devices Corp.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2009         _____
                                Richard Seeborg
                                UNITED STATES MAGISTRATE JUDGE