1  Yitai Hu (SBN 248085) (yitai.hu@alston.com)
   Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
2  S.H. Michael Kim (SBN 203491) (michael.kim@alston.com)
   C. Augustine Rakow (SBN 254585) (augie.rakow@alston.com)
3  **ALSTON + BIRD LLP**
   Two Palo Alto Square                                    *E-Filed 6/15/09*
4  3000 El Camino Real, Suite 400
   Palo Alto, California 94306
5  Telephone:    650-838-2000
   Facsimile:    650-838-2001
6

7  Attorneys for Plaintiff
   ELAN MICROELECTRONICS CORPORATION
8

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12
   ELAN MICROELECTRONICS              ) Case No. 09-cv-01531 RS
13 CORPORATION,                       )
                                      )
14         Plaintiff,                 ) **STIPULATION & [PROPOSED] ORDER**
                                      ) **RESCHEDULING INITIAL CASE**
15     v.                             ) **MANAGEMENT CONFERENCE**
                                      )
16 APPLE, INC.,                       )
                                      )
17         Defendant.                 )
                                      )
18                                    )
                                      )
19                                    )

20

21

22     WHEREAS the initial case management conference ("Initial CMC") in this matter is

23 currently scheduled for Wednesday August 12, 2009, *see* Dkt. No. 3;

24     WHEREAS counsel for Plaintiff Elan Microelectronics Corp., Sean P. DeBruine, is

25 unavailable on that date;

26     WHEREAS counsel agree to rescheduling the initial CMC by two weeks,

27     NOW, THEREFORE, the parties hereby stipulate and ask the Court to order as follows:

28

**STIPULATION & [PROPOSED] ORDER**                  1                    Case No. 09-cv-01531 RS
**RESCHEDULING INTIAL CMC**

That the Initial Case Management Conference, currently scheduled for Wednesday August 12, 2009 at 2:30 PM in Courtroom 4, be rescheduled to Wednesday August 26, 2009 at 2:30 PM, or to a subsequent day or time that pleases the Court.

DATED:  June  15, 2009          Respectfully submitted,

                                ALSTON & BIRD LLP


                                By:   /s/  Sean P. DeBruine
                                      Sean P. DeBruine
                                Attorneys for Plaintiff, ELAN MICROELECTRONICS CORPORATION


DATED:  June 15, 2009           Respectfully submitted,

                                WEIL GOTSHAL & MANGES, LLP


                                By:   /s/  Edward Robert Reines
                                      Edward Robert Reines
                                Attorneys for Defendant, APPLE, INC.

**FILER'S ATTESTATION**

I, Sean P. DeBruine, am the ECF User whose ID and password are being used to file this **STIPULATION & [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**.  In compliance with General Order 45, paragraph X.B., I hereby attest that Edward Reines has concurred in this filing.

DATED:  June 15, 2009           Respectfully submitted,

                                ALSTON & BIRD LLP


                                By:   /s/  Sean P. DeBruine
                                      Sean P. DeBruine
                                Attorneys for Plaintiff, Elantech Devices Corp.

1    <center>[PROPOSED] **ORDER**</center>

2

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    Dated: __June 15__, 2009    _____

6    Richard Seeborg
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28