1  Yitai Hu (SBN 248085) (yitai.hu@alston.com)
   Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
2  S.H. Michael Kim (SBN 203491) (michael.kim@alston.com)
   C. Augustine Rakow (SBN 254585) (augie.rakow@alston.com)
3  **ALSTON + BIRD LLP**
   Two Palo Alto Square                                    **\*E-Filed 6/15/09\***
4  3000 El Camino Real, Suite 400
   Palo Alto, California  94306
5  Telephone:        650-838-2000
   Facsimile:        650-838-2001
6

7  Attorneys for Plaintiff
   ELAN MICROELECTRONICS CORPORATION
8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12
   ELAN MICROELECTRONICS                )Case No. 09-cv-01531 RS
13 CORPORATION,                         )
                                        )
14          Plaintiff,                  )**STIPULATION & [PROPOSED] ORDER**
                                        )**RESCHEDULING INITIAL CASE**
15     v.                               )**MANAGEMENT CONFERENCE**
                                        )
16 APPLE, INC.,                         )
                                        )
17          Defendant.                  )
                                        )
18                                      )
                                        )
19 _____  )

20

21

22      WHEREAS the initial case management conference ("Initial CMC") in this matter is

23 currently scheduled for Wednesday August 12, 2009, *see* Dkt. No. 3;

24      WHEREAS counsel for Plaintiff Elan Microelectronics Corp., Sean P. DeBruine, is

25 unavailable on that date;

26      WHEREAS counsel agree to rescheduling the initial CMC by two weeks,

27      NOW, THEREFORE,  the parties hereby stipulate and ask the Court to order as follows:

28

1

2

3

4

    That the Initial Case Management Conference, currently scheduled for Wednesday August

12, 2009 at 2:30 PM in Courtroom 4, be rescheduled to Wednesday August 26, 2009 at 2:30 PM,

or to a subsequent day or time that pleases the Court.

5    DATED:  June  15, 2009              Respectfully submitted,

6                                        ALSTON & BIRD LLP

7

8                                        By:   /s/  Sean P. DeBruine
                                              _____
                                              Sean P. DeBruine
9                                        Attorneys for Plaintiff, ELAN MICROELECTRONICS
                                         CORPORATION
10

11

12   DATED:  June 15, 2009               Respectfully submitted,

                                         WEIL GOTSHAL & MANGES, LLP
13

14

15                                       By:   /s/  Edward Robert Reines
                                              _____
                                              Edward Robert Reines
16                                       Attorneys for Defendant, APPLE, INC.

17                          **FILER'S ATTESTATION**

18       I, Sean P. DeBruine, am the ECF User whose ID and password are being used to file this

19   **STIPULATION & [PROPOSED] ORDER RESCHEDULING INITIAL CASE**

20   **MANAGEMENT CONFERENCE**.  In compliance with General Order 45, paragraph X.B., I

21   hereby attest that Edward Reines has concurred in this filing.

22
     DATED:  June 15, 2009               Respectfully submitted,
23
                                         ALSTON & BIRD LLP
24

25                                       By:   /s/  Sean P. DeBruine
                                              _____
26                                            Sean P. DeBruine
                                         Attorneys for Plaintiff, Elantech Devices Corp.
27

28

**STIPULATION & [PROPOSED] ORDER**              2              Case No. 09-cv-01531 RS
**RESCHEDULING INTIAL CMC**

1

**[PROPOSED] ORDER**

2

3        PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    Dated: _____, 2009        _____

        June 15

6                                       Richard Seeborg
                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION & [PROPOSED] ORDER                        3                    Case No. 09-cv-01531 RS
RESCHEDULING INTIAL CMC**