ORIGINAL

Filed

T. Hunter Jefferson
Alston + Bird LLP
1073 W. Peachtree Street
Atlanta, GA 30309
Telephone: 404-685-9630

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JUN 1 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ELAN MICROELECTRONICS
CORPORATION,

Plaintiff(s),

v.

APPLE, INC.,

Defendant(s).

CASE NO. 09-cv-01531 RS

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, T. Hunter Jefferson , an active member in good standing of the bar of Georgia , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Elan Microelectronics Corp. in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Sean P. DeBruine, Alston + Bird, 3000 El Camino Real, Two Palo Alto Square, Suite 400, Palo Alto, CA 94304; (650) 838-2000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/15/09

T. Hunter Jefferson