RECEIVED
JUN 16 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELAN MICROELECTRONICS
CORPORATION,

CASE NO. 09-cv-01531 RS

Plaintiff,

v.

APPLE, INC.

Defendant.

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF
T. HUNTER JEFFERSON
*PRO HAC VICE*

T. Hunter Jefferson, whose business address and telephone number is

ALSTON & BIRD LLP, 1073 West Peachtree Street, Atlanta, GA 30309    Phone: (404) 685-9630

and who is an active member in good standing of the bar of Georgia

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Dell, Inc., et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

_____
Richard Seeborg
UNITED STATES MAGISTRATE JUDGE