*E-Filed 6/17/09*

RECEIVED
JUN 16 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.<br><br>Defendant. | CASE NO. 09-cv-01531 RS<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF<br>T. HUNTER JEFFERSON<br>*PRO HAC VICE* |

T. Hunter Jefferson, whose business address and telephone number is

ALSTON & BIRD LLP, 1073 West Peachtree Street, Atlanta, GA 30309    Phone: (404) 685-9630

and who is an active member in good standing of the bar of Georgia

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Dell, Inc., et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:    6/17/09

_____
Richard Seeborg
UNITED STATES MAGISTRATE JUDGE