US007495659B2

(12) **United States Patent**
Marriott et al.

(10) Patent No.: **US 7,495,659 B2**
(45) **Date of Patent:** **Feb. 24, 2009**

(54) **TOUCH PAD FOR HANDHELD DEVICE**

(75) Inventors: **Greg Marriott**, Palo Alto, CA (US);
**Guy Bar-Nahum**, San Francisco, CA
(US); **Steven Bollinger**, San Jose, CA
(US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 114 days.

(21) Appl. No.: **10/722,948**

(22) Filed: **Nov. 25, 2003**

(65) **Prior Publication Data**

US 2005/0110768 A1     May 26, 2005

(51) **Int. Cl.**
*G09G 5/00*     (2006.01)
(52) **U.S. Cl.** .................................... **345/173**; 178/18.01
(58) **Field of Classification Search** ......... 345/156–173;
178/18.01–18.11
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,061,578 | A | 5/1913 | Wischhusen et al. |
| 2,798,907 | A | 7/1957 | Schneider |
| 2,903,229 | A | 9/1959 | Landge |
| 2,945,111 | A | 7/1960 | McCormick |
| 3,005,055 | A | 10/1961 | Mattke |
| 3,965,399 | A | 6/1976 | Walker et al. |
| 4,103,252 | A | 7/1978 | Bobick |
| 4,110,749 | A | 8/1978 | Janko et al. |
| 4,115,670 | A | 9/1978 | Chandler |
| 4,121,204 | A | 10/1978 | Welch et al. |
| 4,129,747 | A | 12/1978 | Pepper |
| 4,158,216 | A | 6/1979 | Bigelow |
| 4,242,676 | A | 12/1980 | Piguet et al. |
| 4,246,452 | A | 1/1981 | Chandler |
| 4,264,903 | A | 4/1981 | Bigelow |
| 4,293,734 | A | 10/1981 | Pepper, Jr. |
| D264,969 | S | 6/1982 | McGourty |
| 4,380,007 | A | 4/1983 | Steinegger |
| 4,380,040 | A | 4/1983 | Posset |
| 4,475,008 | A | 10/1984 | Doi et al. |
| 4,570,149 | A | 2/1986 | Thornburg et al. |
| 4,587,378 | A | 5/1986 | Moore |
| 4,644,100 | A | 2/1987 | Brenner et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 1139235 A | 1/1997 |
|---|---|---|

(Continued)

OTHER PUBLICATIONS

Sylvania, "Intellivision™ Intelligent Television Master Component
Service Manual," pp. 1, 2 and 8, 1979.

(Continued)

*Primary Examiner*—Regina Liang
(74) *Attorney, Agent, or Firm*—Morrison & Foerster

(57)     **ABSTRACT**

A touch pad system is disclosed. The system includes map-
ping the touch pad into native sensor coordinates. The system
also includes producing native values of the native sensor
coordinates when events occur on the touch pad. The system
further includes filtering the native values of the native sensor
coordinates based on the type of events that occur on the touch
pad. The system additionally includes generating a control
signal based on the native values of the native sensor coordi-
nates when a desired event occurs on the touch pad.

**36 Claims, 9 Drawing Sheets**



# US 7,495,659 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,719,524 A | 1/1988 | Morishima et al. | |
| 4,734,034 A | 3/1988 | Maness et al. | |
| 4,736,191 A | 4/1988 | Matzke et al. | |
| 4,739,191 A | 4/1988 | Puar | |
| 4,739,299 A | 4/1988 | Eventoff et al. | |
| 4,752,655 A | 6/1988 | Tajiri et al. | |
| 4,755,765 A | 7/1988 | Ferland | |
| 4,764,717 A | 8/1988 | Tucker et al. | |
| 4,798,919 A | 1/1989 | Miessler et al. | |
| 4,810,992 A | 3/1989 | Eventoff | |
| 4,831,359 A | 5/1989 | Newell | |
| 4,849,852 A | 7/1989 | Mullins | |
| 4,856,993 A | 8/1989 | Maness et al. | |
| 4,866,602 A | 9/1989 | Hall | |
| 4,876,524 A | 10/1989 | Jenkins | |
| 4,897,511 A | 1/1990 | Itaya et al. | |
| 4,914,624 A | 4/1990 | Dunthorn | |
| 4,917,516 A | 4/1990 | Retter | |
| 4,951,036 A | 8/1990 | Grueter et al. | |
| 4,976,435 A | 12/1990 | Shatford et al. | |
| 4,990,900 A | 2/1991 | Kikuchi | |
| 5,008,497 A | 4/1991 | Asher | |
| 5,036,321 A | 7/1991 | Leach et al. | |
| 5,053,757 A * | 10/1991 | Meadows ................... 345/173 | |
| 5,125,077 A | 6/1992 | Hall | |
| 5,159,159 A | 10/1992 | Asher | |
| 5,179,648 A | 1/1993 | Hauck | |
| 5,186,646 A | 2/1993 | Pederson | |
| 5,192,082 A | 3/1993 | Inoue et al. | |
| 5,231,326 A | 7/1993 | Echols | |
| 5,237,311 A | 8/1993 | Mailey et al. | |
| 5,278,362 A | 1/1994 | Ohashi | |
| 5,305,017 A | 4/1994 | Gerpheide | |
| 5,313,027 A | 5/1994 | Inoue et al. | |
| D349,280 S | 8/1994 | Kaneko | |
| 5,339,213 A | 8/1994 | O'Callaghan | |
| 5,367,199 A | 11/1994 | Lefkowitz et al. | |
| 5,374,787 A | 12/1994 | Miller et al. | |
| 5,404,152 A | 4/1995 | Nagai | |
| 5,408,621 A | 4/1995 | Ben-Arie | |
| 5,414,445 A | 5/1995 | Kaneko et al. | |
| 5,416,498 A | 5/1995 | Grant | |
| 5,424,756 A | 6/1995 | Ho et al. | |
| 5,432,531 A | 7/1995 | Calder et al. | |
| 5,438,331 A | 8/1995 | Gilligan et al. | |
| D362,431 S | 9/1995 | Kaneko et al. | |
| 5,450,075 A | 9/1995 | Waddington | |
| 5,453,761 A | 9/1995 | Tanaka | |
| 5,473,343 A | 12/1995 | Kimmich et al. | |
| 5,473,344 A | 12/1995 | Bacon et al. | |
| 5,479,192 A | 12/1995 | Carroll, Jr. et al. | |
| 5,495,566 A | 2/1996 | Kwatinetz | |
| 5,508,703 A | 4/1996 | Okamura et al. | |
| 5,543,588 A | 8/1996 | Bisset et al. | |
| 5,555,004 A | 9/1996 | Ono et al. | |
| 5,559,301 A | 9/1996 | Bryan, Jr. et al. | |
| 5,559,943 A | 9/1996 | Cyr et al. | |
| 5,561,445 A | 10/1996 | Miwa et al. | |
| 5,564,112 A | 10/1996 | Hayes et al. | |
| 5,565,887 A | 10/1996 | McCambridge et al. | |
| 5,578,817 A | 11/1996 | Bidiville et al. | |
| 5,581,670 A | 12/1996 | Bier et al. | |
| 5,585,823 A | 12/1996 | Duchon et al. | |
| 5,589,893 A | 12/1996 | Gaughan et al. | |
| 5,596,347 A | 1/1997 | Robertson et al. | |
| 5,598,183 A | 1/1997 | Robertson et al. | |
| 5,611,040 A | 3/1997 | Brewer et al. | |
| 5,611,060 A | 3/1997 | Belfiore et al. | |
| 5,613,137 A * | 3/1997 | Bertram et al. ............... 710/1 | |
| 5,617,114 A | 4/1997 | Bier et al. | |
| 5,627,531 A | 5/1997 | Posso et al. | |
| 5,632,679 A | 5/1997 | Tremmel | |
| 5,640,258 A | 6/1997 | Kurashima et al. | |
| D382,550 S | 8/1997 | Kaneko et al. | |
| 5,657,012 A | 8/1997 | Tart | |
| 5,661,632 A | 8/1997 | Register | |
| D385,542 S | 10/1997 | Kaneko et al. | |
| 5,689,285 A | 11/1997 | Asher | |
| 5,726,687 A | 3/1998 | Belfiore et al. | |
| 5,729,219 A | 3/1998 | Armstrong et al. | |
| 5,730,165 A | 3/1998 | Philipp | |
| 5,748,185 A | 5/1998 | Stephan et al. | |
| 5,751,274 A | 5/1998 | Davis | |
| 5,754,890 A | 5/1998 | Holmdahl et al. | |
| 5,777,605 A * | 7/1998 | Yoshinobu et al. .......... 345/173 | |
| 5,786,818 A | 7/1998 | Brewer et al. | |
| 5,790,769 A | 8/1998 | Buxton et al. | |
| 5,805,144 A | 9/1998 | Scholder et al. | |
| 5,808,602 A | 9/1998 | Sellers | |
| 5,812,498 A | 9/1998 | Terés | |
| 5,825,353 A | 10/1998 | Will | |
| 5,828,364 A | 10/1998 | Siddiqui | |
| 5,838,304 A | 11/1998 | Hall | |
| 5,841,423 A | 11/1998 | Carroll, Jr. et al. | |
| D402,281 S | 12/1998 | Ledbetter et al. | |
| 5,850,213 A | 12/1998 | Imai et al. | |
| 5,856,822 A | 1/1999 | Du et al. | |
| 5,859,629 A | 1/1999 | Tognazzini | |
| 5,875,311 A | 2/1999 | Bertram et al. | |
| 5,883,619 A | 3/1999 | Ho et al. | |
| 5,889,236 A | 3/1999 | Gillespie et al. | |
| 5,889,511 A | 3/1999 | Ong et al. | |
| 5,894,117 A | 4/1999 | Kamishima | |
| 5,903,229 A | 5/1999 | Kishi | |
| 5,907,152 A | 5/1999 | Dandliker et al. | |
| 5,907,318 A | 5/1999 | Medina | |
| 5,909,211 A | 6/1999 | Combs et al. | |
| 5,914,706 A | 6/1999 | Kono | |
| 5,923,388 A | 7/1999 | Kurashima et al. | |
| D412,940 S | 8/1999 | Kato et al. | |
| 5,943,044 A | 8/1999 | Martinelli et al. | |
| 5,956,019 A | 9/1999 | Bang et al. | |
| 5,959,611 A | 9/1999 | Smailagic et al. | |
| 5,964,661 A | 10/1999 | Dodge | |
| 5,973,668 A | 10/1999 | Watanabe | |
| 6,000,000 A | 12/1999 | Hawkins et al. | |
| 6,002,389 A | 12/1999 | Kasser et al. | |
| 6,005,299 A | 12/1999 | Hengst | |
| 6,025,832 A | 2/2000 | Sudo et al. | |
| 6,031,518 A | 2/2000 | Adams et al. | |
| 6,034,672 A | 3/2000 | Gaultiet et al. | |
| 6,057,829 A | 5/2000 | Silfvast | |
| 6,075,533 A | 6/2000 | Chang | |
| 6,084,574 A | 7/2000 | Bidiville | |
| D430,169 S | 8/2000 | Scibora | |
| 6,097,372 A | 8/2000 | Suzuki | |
| 6,122,526 A | 9/2000 | Parulski et al. | |
| 6,124,587 A | 9/2000 | Bidiville et al. | |
| 6,128,006 A | 10/2000 | Rosenberg et al. | |
| 6,163,312 A | 12/2000 | Furuya | |
| 6,166,721 A | 12/2000 | Kuroiwa et al. | |
| 6,179,496 B1 | 1/2001 | Chou | |
| 6,181,322 B1 | 1/2001 | Nanavati | |
| D437,860 S | 2/2001 | Suzuki et al. | |
| 6,188,393 B1 | 2/2001 | Shu | |
| 6,191,774 B1 | 2/2001 | Schena et al. | |
| 6,198,054 B1 | 3/2001 | Janniere | |
| 6,198,473 B1 | 3/2001 | Armstrong | |
| 6,211,861 B1 | 4/2001 | Rosenberg et al. | |
| 6,219,038 B1 | 4/2001 | Cho | |
| D442,592 S | 5/2001 | Ledbetter et al. | |
| 6,225,976 B1 | 5/2001 | Yates et al. | |
| 6,225,980 B1 | 5/2001 | Weiss et al. | |
| 6,226,534 B1 | 5/2001 | Aizawa | |

**US 7,495,659 B2**

Page 3

| | | | |
|---|---|---|---|
| 6,227,966 | B1 | 5/2001 | Yokoi |
| D443,616 | S | 6/2001 | Fisher et al. |
| 6,243,078 | B1 | 6/2001 | Rosenberg |
| 6,243,080 | B1 | 6/2001 | Molne |
| 6,248,017 | B1 | 6/2001 | Roach |
| 6,254,477 | B1 | 7/2001 | Sasaki et al. |
| 6,256,011 | B1 | 7/2001 | Culver |
| 6,262,717 | B1 | 7/2001 | Donohue et al. |
| 6,262,785 | B1 | 7/2001 | Kim |
| 6,266,050 | B1 | 7/2001 | Oh et al. |
| D448,810 | S | 10/2001 | Goto |
| 6,297,795 | B1 | 10/2001 | Kato et al. |
| 6,297,811 | B1 | 10/2001 | Kent et al. |
| D450,713 | S | 11/2001 | Masamitsu et al. |
| 6,314,483 | B1 | 11/2001 | Goto et al. |
| 6,323,845 | B1 | 11/2001 | Robbins |
| D452,250 | S | 12/2001 | Chan |
| 6,340,800 | B1 | 1/2002 | Zhai et al. |
| D454,568 | S | 3/2002 | Andre et al. |
| 6,357,887 | B1 | 3/2002 | Novak |
| D455,793 | S | 4/2002 | Lin |
| 6,373,470 | B1 | 4/2002 | Andre et al. |
| 6,377,530 | B1 | 4/2002 | Burrows |
| 6,396,523 | B1 | 5/2002 | Segal et al. |
| 6,424,338 | B1 | 7/2002 | Anderson |
| 6,429,846 | B2 | 8/2002 | Rosenberg et al. |
| 6,429,852 | B1 | 8/2002 | Adams et al. |
| 6,473,069 | B1 | 10/2002 | Gerpheide |
| 6,492,979 | B1 | 12/2002 | Kent et al. |
| 6,496,181 | B1 | 12/2002 | Bomer et al. |
| 6,497,412 | B1 | 12/2002 | Bramm |
| D468,365 | S | 1/2003 | Bransky et al. |
| D469,109 | S | 1/2003 | Andre et al. |
| D472,245 | S | 3/2003 | Andre et al. |
| 6,587,091 | B2 | 7/2003 | Serpa |
| 6,606,244 | B1 * | 8/2003 | Liu et al. ..................... 345/163 |
| 6,636,197 | B1 | 10/2003 | Goldenberg et al. |
| 6,639,584 | B1 | 10/2003 | Li |
| 6,640,250 | B1 | 10/2003 | Chang et al. |
| 6,650,975 | B2 | 11/2003 | Ruffner |
| D483,809 | S | 12/2003 | Lim |
| 6,664,951 | B1 | 12/2003 | Fujii et al. |
| 6,677,927 | B1 | 1/2004 | Bruck et al. |
| 6,686,904 | B1 | 2/2004 | Sherman et al. |
| 6,703,550 | B2 | 3/2004 | Chu |
| 6,724,817 | B1 | 4/2004 | Simpson et al. |
| 6,727,889 | B2 | 4/2004 | Shaw |
| D489,731 | S | 5/2004 | Huang |
| 6,738,045 | B2 | 5/2004 | Hinckley et al. |
| 6,750,803 | B2 * | 6/2004 | Yates et al. ................. 341/176 |
| 6,781,576 | B2 | 8/2004 | Tamura |
| 6,788,288 | B2 | 9/2004 | Ano |
| 6,791,533 | B2 | 9/2004 | Su |
| 6,795,057 | B2 | 9/2004 | Gordon |
| D497,618 | S | 10/2004 | Andre et al. |
| 6,844,872 | B1 | 1/2005 | Farag et al. |
| 6,886,842 | B2 | 5/2005 | Vey et al. |
| 6,894,916 | B2 | 5/2005 | Reohr et al. |
| D506,476 | S | 6/2005 | Andre et al. |
| 6,922,189 | B2 | 7/2005 | Fujiyoshi |
| 6,930,494 | B2 | 8/2005 | Tesdahl et al. |
| 6,977,808 | B2 | 12/2005 | Lam et al. |
| 6,978,127 | B1 | 12/2005 | Bulthuis et al. |
| 7,006,077 | B1 | 2/2006 | Uusimäki |
| 7,069,044 | B2 | 6/2006 | Okada et al. |
| 7,084,856 | B2 | 8/2006 | Huppi |
| 7,113,196 | B2 | 9/2006 | Kerr |
| 7,113,520 | B1 | 9/2006 | Meenan |
| 7,119,792 | B1 | 10/2006 | Andre et al. |
| 7,215,319 | B2 | 5/2007 | Kamijo et al. |
| 7,233,318 | B1 | 6/2007 | Farag et al. |
| 7,236,154 | B1 | 6/2007 | Kerr et al. |
| 2001/0011991 | A1 | 8/2001 | Wang et al. |
| 2001/0043545 | A1 | 11/2001 | Aratani |
| 2001/0050673 | A1 | 12/2001 | Davenport |
| 2001/0051046 | A1 | 12/2001 | Watanabe et al. |
| 2002/0027547 | A1 | 3/2002 | Kamijo |
| 2002/0030665 | A1 | 3/2002 | Ano |
| 2002/0033848 | A1 | 3/2002 | Sciammarella et al. |
| 2002/0045960 | A1 | 4/2002 | Phillips et al. |
| 2002/0071550 | A1 | 6/2002 | Pletikosa |
| 2002/0089545 | A1 | 7/2002 | Montalcini |
| 2002/0118131 | A1 | 8/2002 | Yates et al. |
| 2002/0118169 | A1 | 8/2002 | Hinckley et al. |
| 2002/0154090 | A1 | 10/2002 | Lin |
| 2002/0158844 | A1 | 10/2002 | McLoone et al. |
| 2002/0164156 | A1 | 11/2002 | Bilbrey |
| 2002/0180701 | A1 | 12/2002 | Hayama et al. |
| 2003/0002246 | A1 | 1/2003 | Kerr |
| 2003/0025679 | A1 | 2/2003 | Taylor et al. |
| 2003/0028346 | A1 | 2/2003 | Sinclair et al. |
| 2003/0043121 | A1 | 3/2003 | Chen |
| 2003/0043174 | A1 | 3/2003 | Hinckley et al. |
| 2003/0050092 | A1 | 3/2003 | Yun |
| 2003/0076301 | A1 | 4/2003 | Tsuk et al. |
| 2003/0076303 | A1 | 4/2003 | Huppi |
| 2003/0076306 | A1 | 4/2003 | Zadesky et al. |
| 2003/0091377 | A1 | 5/2003 | Hsu et al. |
| 2003/0095095 | A1 | 5/2003 | Pihlaja |
| 2003/0095096 | A1 | 5/2003 | Robbin et al. |
| 2003/0098851 | A1 | 5/2003 | Brink |
| 2003/0184517 | A1 | 10/2003 | Senzui et al. |
| 2003/0206202 | A1 | 11/2003 | Moriya |
| 2004/0156192 | A1 | 8/2004 | Kerr et al. |
| 2004/0215986 | A1 | 10/2004 | Shakkarwar |
| 2004/0224638 | A1 | 11/2004 | Fadell et al. |
| 2004/0239622 | A1 | 12/2004 | Proctor et al. |
| 2004/0252109 | A1 | 12/2004 | Trent, Jr. et al. |
| 2004/0253989 | A1 | 12/2004 | Tupler et al. |
| 2004/0263388 | A1 | 12/2004 | Krumm et al. |
| 2004/0267874 | A1 | 12/2004 | Westberg et al. |
| 2005/0030048 | A1 | 2/2005 | Bolender |
| 2005/0052425 | A1 | 3/2005 | Zadesky et al. |
| 2005/0204309 | A1 | 9/2005 | Szeto |
| 2006/0026521 | A1 | 2/2006 | Hotelling et al. |
| 2006/0097991 | A1 | 5/2006 | Hotelling et al. |
| 2006/0181517 | A1 | 8/2006 | Zadesky et al. |
| 2006/0197750 | A1 | 9/2006 | Kerr et al. |
| 2006/0232557 | A1 | 10/2006 | Fallot-Burghardt |
| 2006/0250377 | A1 | 11/2006 | Zadesky et al. |
| 2006/0274905 | A1 | 12/2006 | Lindahl et al. |
| 2007/0013671 | A1 | 1/2007 | Zadesky et al. |
| 2007/0052044 | A1 | 3/2007 | Forsblad et al. |
| 2007/0052691 | A1 | 3/2007 | Zadesky et al. |
| 2007/0080936 | A1 | 4/2007 | Tsuk et al. |
| 2007/0080938 | A1 | 4/2007 | Robbin et al. |
| 2007/0083822 | A1 | 4/2007 | Robbin et al. |
| 2007/0085841 | A1 | 4/2007 | Tsuk et al. |
| 2007/0152975 | A1 | 7/2007 | Ogihara |
| 2007/0152977 | A1 | 7/2007 | Ng et al. |
| 2007/0152983 | A1 | 7/2007 | McKillop et al. |
| 2007/0242057 | A1 | 10/2007 | Zadesky et al. |
| 2007/0273671 | A1 | 11/2007 | Zadesky et al. |
| 2007/0276525 | A1 | 11/2007 | Zadesky et al. |
| 2007/0279394 | A1 | 12/2007 | Lampell |
| 2008/0006453 | A1 | 1/2008 | Hotelling et al. |
| 2008/0006454 | A1 | 1/2008 | Hotelling |
| 2008/0007533 | A1 | 1/2008 | Hotelling et al. |
| 2008/0007539 | A1 | 1/2008 | Hotelling et al. |
| 2008/0012837 | A1 | 1/2008 | Hotelling et al. |
| 2008/0018615 | A1 | 1/2008 | Zadesky et al. |
| 2008/0018616 | A1 | 1/2008 | Lampell et al. |
| 2008/0018617 | A1 | 1/2008 | Ng et al. |
| 2008/0036734 | A1 | 2/2008 | Forsblad et al. |
| 2008/0087476 | A1 | 4/2008 | Prest |
| 2008/0088582 | A1 | 4/2008 | Prest |

**US 7,495,659 B2**

Page 4

| | | | | | | |
|---|---|---|---|---|---|---|
| 2008/0088596 | A1 | 4/2008 | Prest | JP | 6-111695 | 4/1994 |
| 2008/0088597 | A1 | 4/2008 | Prest | JP | 6-139879 | 5/1994 |
| 2008/0088600 | A1 | 4/2008 | Prest | JP | 06-187078 | 7/1994 |
| 2008/0111795 | A1 | 5/2008 | Bollinger | JP | 06-208433 | 7/1994 |
| | | | | JP | 6-267382 | 9/1994 |
| FOREIGN PATENT DOCUMENTS | | | | JP | 06-283993 | 10/1994 |
| | | | | JP | 6-333459 | 12/1994 |
| CN | 1455615 | 11/2003 | | JP | 7-107574 | 4/1995 |
| CN | 1499356 | 5/2004 | | JP | 07-107574 | 4/1995 |
| DE | 3615742 | 11/1987 | | JP | 07-107574 | A | 4/1995 |
| DE | 19722636 | 12/1998 | | JP | 7-41882 | 7/1995 |
| DE | 10022537 | 11/2000 | | JP | 07-41882 | 7/1995 |
| DE | 20019074 U1 | 2/2001 | | JP | 7-201249 | 8/1995 |
| EP | 0178157 | 4/1986 | | JP | 07-201256 | 8/1995 |
| EP | 0419145 A1 | 3/1991 | | JP | 07-253838 | 10/1995 |
| EP | 0 498 540 A2 | 1/1992 | | JP | 7-261899 | 10/1995 |
| EP | 0 521 683 A | 1/1993 | | JP | 07-261899 | 10/1995 |
| EP | 0674288 A1 | 9/1995 | | JP | 7-261922 | 10/1995 |
| EP | 0 731 407 A1 | 9/1996 | | JP | 07-296670 | 11/1995 |
| EP | 0 551 778 B1 | 1/1997 | | JP | 07-319001 | 12/1995 |
| EP | 0551778 B1 | 1/1997 | | JP | 08-016292 | 1/1996 |
| EP | 0 880 091 A2 | 11/1998 | | JP | 8-115158 | 5/1996 |
| EP | 1026713 | 8/2000 | | JP | 08-115158 | 5/1996 |
| EP | 1081922 A2 | 3/2001 | | JP | 8-203387 | 8/1996 |
| EP | 1098241 A2 | 5/2001 | | JP | 8-293226 | 11/1996 |
| EP | 1 133 057 | 9/2001 | | JP | 8-298045 | 11/1996 |
| EP | 1 162 826 | 12/2001 | | JP | 08-299541 | 11/1996 |
| EP | 1 205 836 A | 5/2002 | | JP | 8-316664 | 11/1996 |
| EP | 1251455 A2 | 10/2002 | | JP | 09-044289 | A | 2/1997 |
| EP | 1 467 392 | 10/2004 | | JP | 09-069023 | 3/1997 |
| EP | 1482401 A2 | 12/2004 | | JP | 09-128148 | 5/1997 |
| EP | 1 496 467 | 1/2005 | | JP | 9-134248 | 5/1997 |
| EP | 1542437 A2 | 6/2005 | | JP | 9-218747 | 8/1997 |
| EP | 1 589 407 | 10/2005 | | JP | 09-230993 | 9/1997 |
| FR | 2 686 440 A1 | 7/1993 | | JP | 9-230993 | 9/1997 |
| GB | 2015167 | 9/1979 | | JP | 9-231858 | 9/1997 |
| GB | 2072389 | 9/1981 | | JP | 09-233161 | 9/1997 |
| GB | 2315186 | 1/1998 | | JP | 9-251347 | 9/1997 |
| GB | 2391060 | 1/2004 | | JP | 9-258895 | 10/1997 |
| GB | 2402105 A | 12/2004 | | JP | 9-288926 | 11/1997 |
| JP | 55-174009 | 6/1982 | | JP | 10-74127 | 3/1998 |
| JP | 57-95722 | 6/1982 | | JP | 10-074429 | 3/1998 |
| JP | 61-117619 | 6/1986 | | JP | 10-198507 | 7/1998 |
| JP | 61-124009 | 6/1986 | | JP | 10-227878 | 8/1998 |
| JP | 61-164547 | 1/1988 | | JP | 10-326149 | 12/1998 |
| JP | 63-106826 | 5/1988 | | JP | 11-24834 | 1/1999 |
| JP | 63-181022 | 7/1988 | | JP | 10-012010 | 7/1999 |
| JP | 63-298518 | 12/1988 | | JP | 10-012025 | 7/1999 |
| JP | 03-57617 | 6/1991 | | JP | 10-012026 | 7/1999 |
| JP | 3-192418 | 8/1991 | | JP | 10-012027 | 7/1999 |
| JP | 04-32920 | 2/1992 | | JP | 10-012028 | 7/1999 |
| JP | 5-041135 | 2/1993 | | JP | 10-012029 | 7/1999 |
| JP | 5-101741 | 4/1993 | | JP | 11-184607 | 7/1999 |
| JP | 05080938 A | 4/1993 | | JP | 11-194863 | 7/1999 |
| JP | 05-36623 | 5/1993 | | JP | 11-194872 | 7/1999 |
| JP | 5-189110 | 7/1993 | | JP | 11-194883 | 7/1999 |
| JP | 5-205565 | 8/1993 | | JP | 11-203045 | 7/1999 |
| JP | 5-211021 | 8/1993 | | JP | 11-212725 | 8/1999 |
| JP | 5-217464 | 8/1993 | | JP | 10-089535 | 10/1999 |
| JP | 05-233141 | 9/1993 | | JP | 11-272378 | 10/1999 |
| JP | 05-262276 | 10/1993 | | JP | 2000-215549 | 8/2000 |
| JP | 5-265656 | 10/1993 | | JP | 2000-267786 | 9/2000 |
| JP | 5-274956 | 10/1993 | | JP | 2000-353045 | 12/2000 |
| JP | 05-289811 | 11/1993 | | JP | 2001-11769 | 1/2001 |
| JP | 5-298955 | 11/1993 | | JP | 2001-22508 | 1/2001 |
| JP | 5-325723 | 12/1993 | | JP | 3085481 | 2/2002 |
| JP | 06-20570 | 1/1994 | | JP | 2002-215311 | 8/2002 |
| JP | 6-084428 | 3/1994 | | JP | 2003280807 | 2/2003 |
| JP | 6-089636 | 3/1994 | | JP | 2003280807 | 10/2003 |
| JP | 6-96639 | 4/1994 | | JP | 2005-99635 | 9/2005 |
| JP | 06-096639 | 4/1994 | | JP | 2005-133824 | 10/2005 |
| JP | 06-111685 | 4/1994 | | JP | 2005-134953 | 10/2005 |
| JP | 06-111695 | 4/1994 | | JP | 2005-235579 | 1/2006 |

| JP | 2005-358970 | 7/2006 |
|---|---|---|
| JP | 3852854 | 9/2006 |
| JP | 3852854 | 12/2006 |
| JP | 2005-312433 | 5/2007 |
| KR | 1998-71394 | 10/1998 |
| KR | 1999-50198 | 7/1999 |
| KR | 2000-8579 | 2/2000 |
| KR | 2001-0052016 | 6/2001 |
| TW | 431607 | 4/2001 |
| TW | 00470193 | 12/2001 |
| TW | 547716 | 8/2003 |
| TW | 1220491 | 8/2004 |
| WO | 94/17494 | 8/1994 |
| WO | WO 95/00897 A1 | 1/1995 |
| WO | 98/14863 | 4/1998 |
| WO | 99/49443 | 9/1999 |
| WO | WO-03/044645 A1 | 5/2003 |
| WO | WO 03/044956 | 5/2003 |
| WO | WO 03/088176 | 10/2003 |
| WO | WO 03/090008 | 10/2003 |
| WO | WO 2004/040606 | 5/2004 |
| WO | WO-2005/055620 A2 | 6/2005 |
| WO | WO 2005/076117 | 8/2005 |
| WO | WO-2005-124526 A2 | 12/2005 |
| WO | WO 2006/037545 | 4/2006 |
| WO | WO 2006/104745 | 10/2006 |
| WO | WO 2007/025858 | 3/2007 |

## OTHER PUBLICATIONS

Bang & Olufsen Telecom a/s, "BeoCom 6000 User Guide 2000."
Tessler et al. "Touchpads Three new input devices", website www.macworld.com/1996/02/review/1806.html, download Feb. 13, 2002.
"OEM Touchpad Modules" website www.glidepoint.com/sales/modules.index.shtml, download Feb. 13, 2002.
"Synaptics Tough Pad Interfacing Guide" Second Edition, Mar. 25, 1998, Synaptics, Inc. San Jose, CA, pp. 1 to 90.
Fiore, Andrew, "Zen Touchpad", Cornell University, May 2000.
Chapweske, Adam, "PS/2 Mouse/Keyboard Protocol", 1999, http://panda.cs.ndsu.nodak.edu/~achapwes/PICmicro/PS2/ps2.htm.
"Der Klangmeister," Connect Magazine, Aug. 1998.
Photographs of Innovations 2000 Best of Show award presented at the 2000 International CES Innovations 2000 Design & Engineering Showcase, 1 pg.
BeoCom 6000, Sales Training Brochure, date unknown.
Kevin De Meyer, Crystal Optical Mouse, Feb. 14, 2002, Heatseekerz, Web Article 19.
Letter re: Bang & Olufsen A/S, by David Safran, Nixon Peabody, LLP, May 21, 2004.
"About Quicktip®" www.logicad3d.com/docs/qt.html, downloaded Apr. 8, 2002.
"Neuros MP3 Digital Audio Computer", www.neurosaudio.com., downloaded Apr. 9, 2003.
"Product Overview—ErgoCommander®", www.logicad3d.com/products/ErgoCommander.htm, downloaded Apr. 8, 2002.
"Product Overview—SpaceMouse® Classic", www.logicad3d.com/products/Classic.htm, downloaded Apr. 8, 2002.
Gadgetboy, "Point and click with the latest mice", CNET Asia Product Review, www.asia.cnet.com/reviews...are/gadgetboy/0,39001770,38023590,00.htm, downloaded Dec. 5, 2001.
U.S. Appl. No. 10/060,712, filed Jan. 29, 2002.
U.S. Appl. No. 10/209,537, filed Jul. 30, 2002.
"Apple Unveils Optical Mouse and New Pro Keyboard," Press Release, Jul. 19, 2000.
"System Service and Troubleshooting Manual," www.dsplib.com/intv/Master, downloaded Dec. 11, 2002.
International Search Report and Written Opinion, dated Dec. 6, 2007, directed to related International Application No. PCT/US2007/015501.
Kobayashi et al. (1997) "Dynamic Soundscape: Mapping Time to Space for Audio Browsing," Computer Human Interaction: 16 pages.
Kobayashi et al. "Development of the Touch Switches with the Click Response," Koukou Denshi Gihou No. 17: pp. 44-48 (Mar. 1994) (published by the Japan Aviation Electronics Industry, Ltd.); Translation of Summary.
Kobayashi (1996) "Design of Dynamic Soundscape: Mapping Time to Space for Audio Browsing with Simultaneous Listening," Thesis submitted to Program in Media Arts and Sciences at the Massachusetts Institute of Technology, (58 pages).
Chinese Office Action issue Dec. 29, 2006, directed to CN Application No. 2005101003886.3, 25 pages.
"Apple Presents iPod: Ultra-Portable MP3 Music Player Puts 1,000 Songs in Your Pocket," retrieved from http://www.apple.com/pr/library/2001/oct/23ipod.html on Oct. 23, 2001.
Bray, "Phosphors help switch on xenon," Physics in Action, pp. 1-3, Apr. 1999.
EVB Elektronik "TSOP6238 IR Receiver Modules for Infrared Remote Control Systems" dated Jan. 2004 1 page.
Gfroerer, "Photoluminescence in Analysis of Surfaces and Interfaces," Encyclopedia of Analytical Chemistry, pp. 1-23, Copyright John Wiley & Sons Ltd, Chichester, 2000.
Luna Technologies International, Inc., LUNA Photoluminescent Safety Products, "Photoluminescence—What is Photoluminescence?" from website at http://www.lunaplast.com/photoluminescence.com on Dec. 27, 2005.
Ahmad, "A Usable Real-Time 3D Hand Tracker," Proceedings of the 28th Asilomar Conference on Signals, Systems and Computers—Part 2 (of 2) vol. 2 (Oct. 1994), 5 pages.
"Atari VCS/2600 Peripherals", www.classicgaming.com, downloaded Feb. 28, 2007, pp. 1-15.
"Alps Electric introduces the GlidePoint Wave Keyboard; combines a gentily curved design with Alps' advanced GlidePoint Technology", Business Wire, (Oct. 21, 1996).
Alps Electric Ships GlidePoint Keyboard for the Macintosh; Includes a GlidePoint Touchpad, Erase-Eaze Backspace Key and Contoured Wrist Rest, Business Wire, (Jul. 1, 1996).
"APS show guide to exhibitors", Physics Today, 49(3) (Mar. 1996).
"Design News literature plus", Design News, 51(24) (Dec. 18, 1995).
"Manufactures", Laser Focus World, Buyers Guide '96, 31(12) (Dec. 1995).
"National Design Engineering Show", Design News, 52(5) (Mar. 4, 1996).
"Preview of exhibitor booths at the Philadelphia show", Air Conditioning Heating & Refrigerator News, 200(2) (Jan. 13, 1997).
"Product news", Design News, 53(11) (Jun. 9, 1997).
"Product news", Design News, 53(9) (May 5, 1997).
Ahl, David, "Controller Updated", Creative Computing 9(12) (Dec. 1983).
Baig, E.C., "Your PC Might Just Need a Mouse", U.S. News and World Report, 108(22), (Jun. 4, 1990).
Bartimo, Jim, "The Portables: Traveling Quickly", Computerworld (Nov. 14, 1983).
Brink et al., "Pumped-up portables", U.S. News & World Report, 116(21) (May 30, 1994).
Brown et al., "Windows on Tablets as a Means of Achieving Virtual Input Devices", Human-Computer Interaction—Interact '90 (1990).
Buxton et al., "Issues and Techniques in Touch-Sensitive Tablet Input", Computer Graphics, 19(3), Proceedings of SIGGRAPH '85 (1985).
Chen et al., "A Study in Interactive 3-D Rotation Using 2-D Control Devices", Computer Graphics 22(4) (Aug. 1988).
Evans et al., "Tablet-based Valuators that Provide One, Two, or Three Degrees of Freedom", Computer Graphics 15(3) (Aug. 1981).
Jesitus, John, "Broken promises?", IndustryWeek/IW, 246(20) (Nov. 3, 1997).
Mims, Forrest M. III, "A Few Quick Pointers; Mouses, Touch Screens, Touch Pads, Light Pads, and the Like Can Make Your System Easier to Use", Computers and Electronics, 22, (May 1984).
Nass, Richard, "Touchpad input device goes digital to give portable systems a desktop 'mouse-like' feel", Electronic Design, 44(18) (Sep. 3, 1996).
Perenson, Melissa, "New & Improved: Touchpad Redux", PC Magazine (Sep. 10, 1996).

**US 7,495,659 B2**

Page 6

Petersen, Marty, "Koalapad Touch Tablet & Micro Illustrator Software", InfoWorld, (Oct. 10, 1983).

Petruzzellis, "Force-Sensing Resistors" Electronics Now, 64(3), (Mar. 1993).

Soderholm, Lars D., "Sensing Systems for 'Touch and Feel'", Design News, (May 8, 1989).

Sony presents "Choice Without Compromise" at IBC '97 M2 Presswire (Jul. 24, 1997.).

Spiwak, Marc, "A Great New Wireless Keyboard", Popular Electronics, 14(12) (Dec. 1997).

Spiwak, Marc, "A Pair of Unusual Controllers", Popular Electronics 14(4) (Apr. 1997).

Tessler, Franklin, "Point Pad", Macworld 12(10) (Oct. 1995).

Tessler, Franklin, "Smart Input: How to Chose from the New Generation of Innovative Input Devices," Macworld 13(5) (May 1996).

Tessler, Franklin, "Touchpads", Macworld 13(2) (Feb. 1996).

"Triax Custom Controllers Due; Video Game Controllers," HFD—The Weekly Home Furnishings Newspaper, 67(1), (Jan. 4, 1993).

Chinese Office Action mailed on Feb. 16, 2007, directed to corresponding Chinese Patent Application No. 200410097814.8.

EP Search Report mailed on Apr. 12, 2007, directed to corresponding EP Application No. 04781727.5.

SanDisk Sansa Connect User Guide; 29 pages.

"Touchpad," Notebook PC Manual, ACER Information Co., Ltd., Feb. 16, 2005, pp. 11-12.

Translation of Trekstor's Defense Statement to the District Court Mannheim of May 23, 2008; 37 pages.

"Diamond Multimedia Announces Rio PMP300 Portable MP3 Music Player," located at http://news.harmony-central.com/Newp/1998/Rio-PMP300.html visited on May 5, 2008. (4 pages).

* cited by examiner



# FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



| ACTIVE signal state | TOUCH PAD ASSEMBLY RESPONSE |
|---|---|
| LOW to HIGH | SEND BUTTON STATE AND TOUCH PAD POSITION |
| HIGH | SEND BUTTON STATE AND/OR TOUCH PAD POSITION ON CHANGE |
| LOW to HIGH | DON'T SEND MESSAGES EVEN IF STATE CHANGES |
| LOW | DON'T SEND MESSAGES EVEN IF STATE CHANGES |

FIG. 6



| EVENT | EVENT TYPE (E0) | EVENT VALUE (D0-D6) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PAD POSITION CHANGE | 1 | ABSOLUTE POSITION | | | | | | |
| BUTTON STATE CHANGE  0- TOUCHED 1- UNTOUCHED | 0 | D6  Res. (1) | D5  Pad | D4  Prev. | D3  Next | D2  Play/ Pause | D1  Menu | D0  Select |

FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11A

FIG. 11B

FIG. 11C

FIG. 11D



FIG. 12

FIG. 13

FIG. 14

FIG. 15

US 7,495,659 B2

1

**TOUCH PAD FOR HANDHELD DEVICE**

CROSS REFERENCE TO RELATED
APPLICATION

The present application is related to Application Ser. No.:
10/188,182, entitled, "Touch Pad for Handheld Device", filed
Jul. 1, 2002, and which is incorporated herein by reference.

This application is related to U.S. patent application Ser.
No.: 10/256,716, entitled "Method and System for List
Scrolling," filed on Sep. 26, 2002, and which is incorporated
herein by reference.

This application is also related to U.S. Design patent appli-
cation Ser. No. 29/153,169, entitled "MEDIA PLAYER,"
filed on Oct. 22, 2001, and which is incorporated herein by
reference.

This application is also related to U.S. Design patent appli-
cation Ser. No. 29/180,558, entitled "MEDIA DEVICE",
filed on Apr. 25, 2003, and which is incorporated herein by
reference.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a media player
having a touch pad. More particularly, the present invention
relates to improved touch pads.

2. Description of the Related Art

There exist today many styles of input devices for perform-
ing operations in a consumer electronic device. The opera-
tions generally correspond to moving a cursor and making
selections on a display screen. By way of example, the input
devices may include buttons, switches, keyboards, mice,
trackballs, touch pads, joy sticks, touch screens and the like.
Each of these devices has advantages and disadvantages that
are taken into account when designing the consumer elec-
tronic device. In handheld computing devices, the input
devices are generally selected from buttons and switches.
Buttons and switches are generally mechanical in nature and
provide limited control with regards to the movement of a
cursor (or other selector) and making selections. For example,
they are generally dedicated to moving the cursor in a specific
direction (e.g., arrow keys) or to making specific selections
(e.g., enter, delete, number, etc.). In the case of hand-held
personal digital assistants (PDA), the input devices tend to
utilize touch-sensitive display screens. When using a touch
screen, a user makes a selection on the display screen by
pointing directly to objects on the screen using a stylus or
finger.

In portable computing devices such as laptop computers,
the input devices are commonly touch pads. With a touch pad,
the movement of an input pointer (i.e., cursor) corresponds to
the relative movements of the user's finger (or stylus) as the
finger is moved along a surface of the touch pad. Touch pads
can also make a selection on the display screen when one or
more taps are detected on the surface of the touch pad. In
some cases, any portion of the touch pad may be tapped, and
in other cases a dedicated portion of the touch pad may be
tapped. In stationary devices such as desktop computers, the
input devices are generally selected from mice and trackballs.
With a mouse, the movement of the input pointer corresponds
to the relative movements of the mouse as the user moves the
mouse along a surface. With a trackball, the movement of the
input pointer corresponds to the relative movements of a ball
as the user rotates the ball within a housing. Both mice and
trackballs generally include one or more buttons for making
selections on the display screen.

2

In addition to allowing input pointer movements and selec-
tions with respect to a GUI presented on a display screen, the
input devices may also allow a user to scroll across the display
screen in the horizontal or vertical directions. For example,
mice may include a scroll wheel that allows a user to simply
roll the scroll wheel forward or backward to perform a scroll
action. In addition, touch pads may provide dedicated active
areas that implement scrolling when the user passes his or her
finger linearly across the active area in the x and y directions.
Both devices may also implement scrolling via horizontal and
vertical scroll bars as part of the GUI. Using this technique,
scrolling is implemented by positioning the input pointer over
the desired scroll bar, selecting the desired scroll bar, and
moving the scroll bar by moving the mouse or finger in the y
direction (forwards and backwards) for vertical scrolling or in
the x direction (left and right) for horizontal scrolling.

With regards to touch pads, mice and track balls, a Carte-
sian coordinate system is used to monitor the position of the
finger, mouse and ball, respectively, as they are moved. The
Cartesian coordinate system is generally defined as a two
dimensional coordinate system $(x, y)$ in which the coordi-
nates of a point (e.g., position of finger, mouse or ball) are its
distances from two intersecting, often perpendicular straight
lines, the distance from each being measured along a straight
line parallel to each other. For example, the $x, y$ positions of
the mouse, ball and finger may be monitored. The $x, y$ posi-
tions are then used to correspondingly locate and move the
input pointer on the display screen.

To elaborate further, touch pads generally include one or
more sensors for detecting the proximity of the finger thereto.
The sensors are generally dispersed about the touch pad with
each sensor representing an $x, y$ position. In most cases, the
sensors are arranged in a grid of columns and rows. Distinct x
and y position signals, which control the $x, y$ movement of a
pointer device on the display screen, are thus generated when
a finger is moved across the grid of sensors within the touch
pad. For brevity sake, the remaining discussion will be held to
the discussion of capacitive sensing technologies. It should be
noted, however, that the other technologies have similar fea-
tures.

Capacitive sensing touch pads generally contain several
layers of material. For example, the touch pad may include a
protective shield, one or more electrode layers and a circuit
board. The protective shield typically covers the electrode
layer(s), and the electrode layer(s) is generally disposed on a
front side of the circuit board. As is generally well known, the
protective shield is the part of the touch pad that is touched by
the user to implement cursor movements on a display screen.
The electrode layer(s), on the other hand, is used to interpret
the $x, y$ position of the user's finger when the user's finger is
resting or moving on the protective shield. The electrode layer
(s) typically consists of a plurality of electrodes that are
positioned in columns and rows so as to form a grid array. The
columns and rows are generally based on the Cartesian coor-
dinate system and thus the rows and columns correspond to
the x and y directions.

The touch pad may also include sensing electronics for
detecting signals associated with the electrodes. For example,
the sensing electronics may be adapted to detect the change in
capacitance at each of the electrodes as the finger passes over
the grid. The sensing electronics are generally located on the
backside of the circuit board. By way of example, the sensing
electronics may include an application specific integrated
circuit (ASIC) that is configured to measure the amount of
capacitance in each of the electrodes and to compute the
position of finger movement based on the capacitance in each

**3**

of the electrodes. The ASIC may also be configured to report this information to the computing device.

Referring to FIG. 1, a touch pad 2 will be described in greater detail. The touch pad 2 is generally a small rectangular area that includes a protective shield 4 and a plurality of electrodes 6 disposed underneath the protective shield layer 4. For ease of discussion, a portion of the protective shield layer 4 has been removed to show the electrodes 6. Each of the electrodes 6 represents a different x, y position. In one configuration, as a finger 8 approaches the electrode grid 6, a tiny capacitance forms between the finger 8 and the electrodes 6 proximate the finger 8. The circuit board/sensing electronics measures capacitance and produces an x, y input signal 10 corresponding to the active electrodes 6. The x, y input signal 10 is sent to a host device 12 having a display screen 14. The x, y input signal 10 is used to control the movement of a cursor 16 on the display screen 14. As shown, the input pointer moves in a similar x, y direction as the detected x, y finger motion.

## SUMMARY OF THE INVENTION

The invention relates, in one embodiment, to a touch pad assembly. The touch pad assembly includes a touch pad having one or more sensors that map the touch pad plane into native sensor coordinates. The touch pad assembly also includes a controller that divides the surface of the touch pad into logical device units that represent areas of the touch pad that can be actuated by a user, receives the native values of the native sensor coordinates from the sensors, adjusts the native values of the native sensor coordinates into a new value associated with the logical device units and reports the new value of the logical device units to a host device.

The invention relates, in another embodiment, to a method for a touch pad. The method includes mapping the touch pad into native sensor coordinates. The method also includes producing native values of the native sensor coordinates when events occur on the touch pad. The method further includes filtering the native values of the native sensor coordinates based on the type of events that occur on the touch pad. The method additionally includes generating a control signal based on the native values of the native sensor coordinates when a desired event occurs on the touch pad.

The invention relates, in another embodiment, to a signal processing method. The method includes receiving a current user location. The method also includes determining the difference in user location by comparing the current user location to a last user location. The method further includes only outputting the current user location when the difference in user location is larger than a threshold value. The method additionally includes converting the outputted current user location into a logical device unit. Moreover, the method includes generating a message for a host device. The message including the more logical user location. The more logical user location being used by the host device to move a control object in a specified manner.

The invention relates, in another embodiment, to a message from a touch pad assembly to a host device in a computer system that facilitates bi-directional communications between the touch pad assembly and the host device. The message includes an event field identifying whether the message is a touch pad event or a button event. The message also includes an event identifier field identifying at least one event parameter, each event parameter having an event value, the event value for a touch pad event parameter indicating an absolute position, the event value for a button event parameter indicating button status.

**4**

The invention relates, in another embodiment, to a touch pad assembly capable of transforming a user action into motion onto a display screen, the touch pad system including a touch pad having a plurality of independent and spatially distinct button zones each of which represents a different movement direction on the display screen so as to enable joystick implementations, multiple dimensional menu selection or photo image panning.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example, and not by way of limitation, in the figures of the accompanying drawings and in which like reference numerals refer to similar elements and in which:

FIG. 1 is a simplified diagram of a touch pad and display.

FIG. 2 is a diagram of a computing system, in accordance with one embodiment of the present invention.

FIG. 3 is a flow diagram of signal processing, in accordance with one embodiment of the invention.

FIG. 4 is a flow diagram of touch pad processing, in accordance with one embodiment of the invention.

FIG. 5 is a flow diagram of a touch pad processing, in accordance with one embodiment of the invention.

FIG. 6 is a diagram of a communication protocol, in accordance with one embodiment of the present invention.

FIG. 7 is a diagram of a message format, in accordance with one embodiment of the present invention.

FIG. 8 is a perspective view of a media player, in accordance with one embodiment of the invention.

FIG. 9 is a front view of a media player, in accordance with one embodiment of the present invention.

FIG. 10 is a front view of a media player, in accordance with one embodiment of the present invention.

FIGS. 11A-11D are top views of a media player in use, in accordance with one embodiment of the present invention.

FIG. 12 is a partially broken away perspective view of an annular capacitive touch pad, in accordance with one embodiment of the present invention.

FIG. 13 is a top view of a sensor arrangement of a touch pad, in accordance with another embodiment of the present invention.

FIG. 14 is a top view of a sensor arrangement of a touch pad, in accordance with another embodiment of the present invention.

FIG. 15 is a top view of a sensor arrangement of a touch pad, in accordance with another embodiment of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention will now be described in detail with reference to a few preferred embodiments thereof as illustrated in the accompanying drawings. In the following description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be apparent, however, to one skilled in the art, that the present invention may be practiced without some or all of these specific details. In other instances, well known process steps have not been described in detail in order not to unnecessarily obscure the present invention.

FIG. 2 is a diagram of a computing system 20, in accordance with one embodiment of the present invention. The computing system 20 includes at least a user interface 22 and a host device 24. The user interface 22 is configured to provide control information for performing actions in the host device 24. By way of example, the actions may include mak-

US 7,495,659 B2

5                                                    6

ing selections, opening a file or document, executing instructions, starting a program, viewing a menu, and/or the like. The actions may also include moving an object such as a pointer or cursor on a display screen of the host device 24. Although not shown in FIG. 2, the user interface 22 may be integrated with the host device 24 (within the same housing) or it may be a separate component (different housing).

The user interface 22 includes one or more touch buttons 34, a touch pad 36 and a controller 38. The touch buttons 34 generate button data when a user places their finger over the touch button 34. The touch pad, on the other hand, generates position data when a user places their finger (or object) over the touch pad 36. The controller 38 is configured to acquire the button data from the touch buttons 34 and the position data from the touch pad 36. The controller is also configured to output control data associated with the button data and/or position data to the host device 24. In one embodiment, the controller 38 only outputs control data associated with the touch buttons when the button status has changed. In another embodiment, the controller 38 only outputs control data associated with the touch pad when the position data has changed. The control data, which may include the raw data (button, position) or some form of thereof, may be used to implement a control function in the host device 24. By way of example, the control data may be used to move an object on the display 30 of the host device 24 or to make a selection or issue a command in the host device 24.

The touch buttons 34 and touch pad 36 generally include one or more sensors capable of producing the button and position data. The sensors of the touch buttons 34 and touch pad 36 may be distinct elements or they may be grouped together as part of a sensor arrangement, i.e., divided into sensors for the touch buttons 34 and sensors for the touch pad 36. The sensors of the touch buttons 34 are configured to produce signals associated with button status (activated, not activated). For example, the button status may indicate button activation when an object is positioned over the touch button and button deactivation at other times (or vice versa). The sensors of the touch pad 36 are configured to produce signals associated with the absolute position of an object on or near the touch pad 36. In most cases, the sensors of the touch pad 36 map the touch pad plane into native or physical sensor coordinates 40. The native sensor coordinates 40 may be based on Cartesian coordinates or Polar coordinates (as shown). When Cartesian, the native sensor coordinates 40 typically correspond to x and y coordinates. When Polar (as shown), the native sensor coordinates typically correspond to radial and angular coordinates (r, θ). By way of example, the sensors may be based on resistive sensing, surface acoustic wave sensing, pressure sensing (e.g., strain gauge), optical sensing, capacitive sensing and the like.

In one embodiment, the user interface 22 includes a sensor arrangement based on capacitive sensing. The user interface 22 is therefore arranged to detect changes in capacitance as a finger moves, taps, or rests on the touch buttons 34 and touch pad 36. The capacitive touch assembly is formed from various layers including at least a set of labels, a set of electrodes (sensors) and a printed circuit board (PCB). The electrodes are positioned on the PCB, and the labels are position over the electrodes. The labels serve to protect the electrodes and provide a surface for receiving a finger thereon. The label layer also provides an insulating surface between the finger and the electrodes. As should be appreciated, the controller 38 can determine button status at each of the touch buttons 34 and position of the finger on the touch pad 36 by detecting changes in capacitance. In most cases, the controller 38 is positioned on the opposite side of the PCB. By way of

example, the controller 38 may correspond to an application specific integrated circuit (ASIC), and it may operate under the control of Firmware stored on the ASIC.

Referring to the controller 38, the controller 38 is configured to monitor the sensors of the touch buttons 34 and touch pad 36 and decide what information to report to the host device 24. The decision may include filtering and/or conversion processes. The filtering process may be implemented to reduce a busy data stream so that the host device 24 is not overloaded with redundant or non-essential data. By way of example, a busy data stream may be created when multiple signals are produced at native sensor coordinates 40 that are in close proximity to one another. As should be appreciated, processing a busy data stream tends to require a lot of power, and therefore it can have a disastrous effect on portable devices such as media players that use a battery with a limited power supply. Generally speaking, the filtering process throws out redundant signals so that they do not reach the host device 24. In one implementation, the controller 38 is configured to only output a control signal when a significant change in sensor signals is detected. A significant change corresponds to those changes that are significant, as for example, when the user decides to move his/her finger to a new position rather than when the user's finger is simply resting on a spot and moving ever so slightly because of finger balance (toggling back and forth). The filter process may be implemented through Firmware as part of the application specific integrated circuit.

The conversion process, on the other hand, is implemented to adjust the raw data into other form factors before sending or reporting them to the host device 24. That is, the controller 38 may convert the raw data into other types of data. The other types of data may have similar or different units as the raw data. In the case of the touch pad 36, the controller 38 may convert the position data into other types of position data. For example, the controller 38 may convert absolute position data to relative position data. As should be appreciated, absolute position refers to the position of the finger on the touch pad measured absolutely with respect to a coordinate system while relative position refers to a change in position of the finger relative to the finger's previous position. The controller 38 may also convert multiple absolute coordinates into a single absolute coordinate, Polar coordinates into Cartesian coordinates, and/or Cartesian coordinates into Polar coordinates. The controller 38 may also convert the position data into button data. For example, the controller may generate button control signals when an object is tapped on a predetermined portion of the touch pad or other control signals when an object is moved in a predetermined manner over the touch pad (e.g., gesturing).

The conversion may also include placing the control signal in a format that the host device can understand. By way of example, the controller 38 may follow a predetermined communication protocol. As is generally well known, communication protocols are a set of rules and procedures for exchanging data between two devices such as the user interface 22 and the host device 24. Communication protocols typically transmit information in data blocks or packets that contain the data to be transmitted, the data required to guide the packet to its destination, and the data that corrects errors that occur along the way. The controller may support a variety of communication protocols for communicating with the host device, including but not limited to, PS/2, Serial, ADB and the like. In one particular implementation, a Serial protocol is used.

The conversion process may include grouping at least a portion of the native coordinates 40 together to form one or more virtual actuation zones 42. For example, the controller

7

38 may separate the surface of the touch pad 36 into virtual actuation zones 42A-D and convert the native values of the native sensor coordinates 40 into a new value associated with the virtual actuation zones 42A-D. The new value may have similar or different units as the native value. The new value is typically stored at the controller 38 and subsequently passed to the host device 24. Generally speaking, the controller 38 outputs a control signal associated with a particular virtual actuation zone 42 when most of the signals are from native sensor coordinates 40 located within the particular virtual actuation zone 42.

The virtual actuation zones 42 generally represent a more logical range of values than the native sensor coordinates 40 themselves, i.e., the virtual actuation zones 42 represent areas of touch pad 36 that can be better actuated by a user (magnitudes larger). The ratio of native sensor coordinates 40 to virtual actuation zones 42 may be between about 1024:1 to about 1:1, and more particularly about 8:1. For example, the touch pad may include 128 virtual actuation areas based on 1024 native sensor coordinates.

The virtual actuation zones 42 may be widely varied. For example, they may represent absolute positions on the touch pad 36 that are magnitudes larger than the native sensor coordinates 40. For example, the touch pad 36 can be broken up into larger slices than would otherwise be attainable using the native sensor coordinates 40. In one implementation, the virtual actuation zones 42 are distributed on the touch pad 36 within a range of 0 to 95 angular positions. The angular position is zero at the 12 o'clock position and progresses clockwise to 95 as it comes around to 12 o'clock again.

The virtual actuation zones 42 may also represent areas of the touch pad that can be actuated by a user to implement specific control functions such as button or movement functions. With regards to button functions, the virtual actuation zones 42 may correspond to button zones that act like touch buttons. With regards to movement functions, each of the virtual actuation zones 42 may correspond to different movement directions such that they act like arrow keys. For example, virtual actuation zone 42A may represent an upward movement, virtual actuation zone 42B may represent a downward movement, virtual actuation zone 42C may represent a left movement, and virtual actuation zone 42D may represent right movement. As should be appreciated, this type of touch pad configuration may enable game stick implementations, two dimensional menu selection, photo image panning and the like.

Although not shown, the controller 38 may also include a storage element. The storage element may store a touch pad program for controlling different aspects of the user interface 22. For example, the touch pad program may contain virtual actuation zone profiles that describe how the virtual actuation zones are distributed around the touch pad relative to the native sensor coordinates and what type of value to output based on the native values of the native sensor coordinates selected and the virtual actuation zone corresponding to the selected native sensor coordinates.

In one particular touch pad operation, the controller 38 receives the position data from the touch pad 36. The controller 38 then passes the data through a filtering process. The filtering process generally includes determining if the data is based on noise events or actual events. Noise events are associated with non significant events such as when a user's finger is simply resting on a spot and moving ever so slightly because of finger balance. Actual events are associated with significant events such as when a user decides to move his/her

8

finger to a new position on the touch pad. The noise events are filtered out and the actual events are passed through the controller 38.

With actual events, the controller 38 determines if the position data should be adjusted. If not, the position data is reported to the host device 24. If so, the position data is converted into other form factors including but not limited to other position data or button data. For example, the native values of the sensor coordinates are converted into a new value associated with a selected virtual actuation zone. After the conversion, the controller 38 reports the converted data to the host device 24. By way of example, the controller 38 may pass the new value to a main system processor that executes the main application program running on the host device 24.

Referring to the host device 24, the host device 24 generally includes a control circuit 26. The control circuit 26 is configured to execute instructions and carry out operations associated with the host device 24. For example, the control circuit 26 may control the reception and manipulation of input and output data between the components of the computing system 20. The host device 24 may also include a hold switch 28 for activating or deactivating communications between the host device 24 and the user interface 22. The host device may additionally include a display 30 configured to produce visual information such as text and graphics on a display screen 32 via display commands from the control circuit 26. By way of example, the visual information may be in the form of a graphical user interface (GUI). Although not shown, the host device may additionally include one or more speakers or jacks that connect to headphones/speakers.

The control circuit may be widely varied. The control circuit may include one or more processors 27 that together with an operating system operate to execute computer code and produce and use data. The processor 27 can be a single-chip processor or can be implemented with multiple components. The computer code and data may reside within data storage that is operatively coupled to the processor. Data storage generally provides a place to hold data that is being used by the computer system 20. By way of example, the data storage may include Read-Only Memory (ROM), Random-Access Memory (RAM), hard disk drive and/or the like. Although not shown, the control circuit may also include an input/output controller that is operatively coupled to the processor. The input/output controller generally operates by exchanging data between the host device 24 and the I/O devices that desire to communicate with the host device 24 (e.g., touch pad assembly 22). The control circuit also typically includes a display controller that is operatively coupled to the processor. The display controller is configured to process display commands to produce text and graphics on the display screen 32 of the host device 24. The input/output controller and display controller may be integrated with the processor or they may be separate components.

It should be noted that the control circuit 26 may be configured to perform some of the same functions as the controller 38. For example, the control circuit 26 may perform conversion processes on the data received from the controller 38. The conversion may be performed on raw data or on already converted data.

FIG. 3 is a flow diagram of signal processing 50, in accordance with one embodiment of the invention. By way of example, the signal processing 50 may be performed by the computing system shown in FIG. 2. Signal processing 50 generally begins at block 52 where a user input is produced at the user interface 22. The user input is typically based on signals generated by the sensor arrangement of the touch

US 7,495,659 B2

9

buttons and touchpad. The user input may include raw data. The user input may also include filtered or converted data.

Following block **52**, the processing proceeds to block **54** where the user input is reported to the control circuit of the host device. The user input may contain both button and position data or it may only contain button data or position data. The user input is typically reported when a change is made and more particularly when a desired change is made at the user interface (filtered). For example, button data may be reported when the button status has changed and position data may be reported when the position of a finger has changed.

Following block **54**, the processing proceeds to block **56** where an action is performed in the host device based on the user input. The actions are typically controlled by the control circuit of the host device. The actions may include making selections, opening a file or document, executing instructions, starting a program, viewing a menu, and/or the like. The actions may also include moving an object such as a pointer or cursor on a display screen of the host device **24**.

FIG. **4** is a flow diagram of touch pad processing **60**, in accordance with one embodiment of the invention. Touch pad processing **60** generally begins at block **62** where at least one control object is displayed on a graphical user interface. The control object may be a cursor, slider bar, image or the like. By way of example, the GUI may be displayed on the display **30** of the host device **24**. The GUI is typically under the control of the processor of the host device **24**.

Following block **62**, the processing proceeds to block **64** where an angular or radial referenced input is received. By way of example, the angular or radial referenced input may be produced by the user interface **22** and received by the processor of the host device **24**. The angular or radial referenced input may be raw data formed by the sensor arrangement or converted data formed at the controller. Furthermore, the raw or converted data may be filtered so as to reduce a busy data stream.

Following block **64**, touch pad processing proceeds to block **66** where the control object is modified based on the angular or radial referenced input. For example, the direction that a control object such as a football player in a football game is moving may be changed from a first direction to a second direction or a highlight bar may be moved through multiple images in a photo library. The modification is typically implemented by the processor of the host device.

FIG. **5** is a flow diagram of a touch pad processing **70**, in accordance with one embodiment of the invention. By way of example, touch pad processing may be performed by the controller shown in FIG. **2**. Furthermore, it may be associated with blocks **52/54** and **62** shown in FIGS. **3** and **4**. Touch pad processing **70** generally begins at block **72** where a current user location is received. The current user location corresponds to the current location of the user's finger on the touch pad. For example, the controller may detect the changes in sensor levels at each of the native sensor coordinates and thereafter determine the current location of the user's finger on the touch pad based on the change in sensor levels at each of the native sensor coordinates.

Following block **72**, the process flow proceeds to block **74** where a determination is made as to whether the current user location is within a threshold from the last user location, i.e., the user location that precedes the current user location. In some cases, the current user location is compared to the last user location to determine the difference in user location, i.e., how much movement occurred between the current and last readings. If the current user location is within the threshold then an undesired change has been made and the process flow proceeds back to block **72**. If the current location is outside

10

the threshold then a desired change has been made and the process flow proceeds to block **76**. By way of example:

Undesired change:|currentUserLocation−
lastUserLocation|<Threshold

Desired change:|currentUserLocation−
lastUserLocation|≧Threshold

In one embodiment, the threshold may be defined as the number of sensor levels that need to change in order to report a change in the user finger location to the main system processor of the host device. In one particular implementation, the threshold is equal to about 3. The threshold may be determined by the following equation:

$$Threshold(T) = C*(\text{native sensor coordinate resolution}/ \text{logical device unit resolution}),$$

where the native sensor coordinate resolution defines the maximum number of different positions that the sensors are able to detect for a specific plane coordinate system, the logical device unit resolution defines the number of values that are communicated to the main system processor of the host device for the said specific plane coordinate system, and coefficient C defines the width border area between the clusters of native sensor coordinates that define one logical device unit.

The coefficient C is generally determined by the sensitivity needed to initiate a user event to the main system processor of the host device. It customizes the threshold value to the physical limitations of the sensor technology and the expected noise of the user finger events. Larger values tend to filter more events and reduce sensitivity. The system designer may pick the exact value of C by testing several values to strike optimal balance between sensitivity and stability of the user finger location. The coefficient C is typically a value between 0 and 0.5, and more particularly about 0.25. As should be appreciated, the threshold (T) is about 2 when the native sensor coordinate resolution is about 1024, the logical device unit resolution is about 128 and the coefficient is about 0.25.

In block **76**, a new value associated with a particular logical device unit is generated based on the changed native sensor coordinates associated with the particular logical device unit. In most cases, the raw number of slices in the form of native sensor coordinates are grouped into a more logical number of slices in the form of logical device units (e.g., virtual actuation zones).

Following block **76**, the process flow proceeds to block **78** where the last user location is updated. That is, the last current location is changed to the current user location. The current user location now acts as the last user location for subsequent processing.

Following block **78**, the process flow proceeds to block **80** where a message is sent. In most cases, the message is sent when the difference between the current and last user location is larger than the threshold value. The message generally includes the new value associated with the selected logical device unit. By way of example, the touch pad may send a message to the main system processor of the host device. When received by the main system processor, the message may be used to make an adjustment in the host device, i.e., cause a control object to move in a specified manner.

FIG. **6** is a diagram of a communication protocol **82**, in accordance with one embodiment of the present invention. By way of example, the communication protocol may be used by the user interface and host device of FIG. **2**. In this particular embodiment, the user interface **22** has one dedicated input ACTIVE line that is controlled by the control circuit **26**. The state of the ACTIVE line signal may be set at LOW or HIGH.

US 7,495,659 B2

**11**

The hold switch **28** may be used to change the state of the ACTIVE line signal (for example when the hold switch is in a first position or second position). As shown in FIG. **6**, when the ACTIVE signal is set to HIGH, the user interface **22** sends a synch message to the control circuit **26** that describes the Button and Touch pad status (e.g., button state and touch pad position). In one embodiment, new synch messages are only sent when the Button state and/or the Touch Pad status changes. For example, when the touch pad position has changed within a desired limit. When the ACTIVE signal is set to LOW, the user interface **22** does not send a synch message to the control circuit **26**. When the ACTIVE signal is toggled from LOW to HIGH, the user interface **22** sends a Button state and touch pad position message. This may be used on startup to initialize the state. When the ACTIVE signal is toggled from HIGH to LOW, the user interface **22** does not send a synch message to the control circuit **26**. In one embodiment, the user interface **22** is configured to send a two data byte message if both the Buttons and touch pad positions changes since the last message was sent, and a one data byte message if only one button state or touch pad position changes.

FIG. **7** is a diagram of a message format **86**, in accordance with one embodiment of the present invention. By way of example, the message format **86** may correspond to the synch message described in FIG. **6**. The message format **86** may form a two data byte message or a one data byte message. Each data byte is configured as an 8 bit message. The upper Most Significant Bit (MSB) of the message is the event type (1 bit) and the lower Least Significant Bits (LSB) are the event value (7 bits).

The event value is event type specific. In FIG. **7**, the event type bits are marked as E**0**, and the event value is marked as D**0**-D**6**. As indicated in the diagram, the event value may be a touch pad position change E**1** or a button state change E**0** when the button is being touched or E**1** when the button is not being touched. The event values may correspond to different button events such as seeking forwards (D**4**), seeking backwards (D**3**), playing and pausing (D**2**), providing a menu (D**1**) and making selections (D**0**). The event values may also correspond to touch pad events such as touchpad position (D**5**). For example, in a touch pad that defines the logical coordinates in polar coordinates from 0-127, the event value may correspond to an absolute touch pad position in the range of 0-127 angular positions where zero is 12 o clock, 32 is 3 o clock, 64 is 6 o clock and 96 is 9 o clock, etc. going clockwise. The event values may also correspond to a reserve (D**6**). The reserve is an unused bit that may be used to extend the API.

FIG. **8** is a perspective diagram of a media player **100**, in accordance with one embodiment of the present invention. By way of example, the media player **100** may generally correspond to the host device shown in FIG. **2**. The term "media player" generally refers to computing devices that are dedicated to processing media such as audio, video or other images, as for example, music players, game players, video players, video recorders, cameras, and the like. In some cases, the media players contain single functionality (e.g., a media player dedicated to playing music) and in other cases the media players contain multiple functionality (e.g., a media player that plays music, displays video, stores pictures and the like). In either case, these devices are generally portable so as to allow a user to listen to music, play games or video, record video or take pictures wherever the user travels.

In one embodiment, the media player **100** is a handheld device that is sized for placement into a pocket of the user. By being pocket sized, the user does not have to directly carry the device and therefore the device can be taken almost anywhere

**12**

the user travels (e.g., the user is not limited by carrying a large, bulky and often heavy device, as in a laptop or notebook computer). For example, in the case of a music player, a user may use the device while working out at the gym. In case of a camera, a user may use the device while mountain climbing. In the case of a game player, the user can use the device while traveling in a car. Furthermore, the device may be operated by the users hands, no reference surface such as a desktop is needed (this is shown in greater detail in FIG. **6**). In the illustrated embodiment, the media player **100** is a pocket sized hand held MP3 music player that allows a user to store a large collection of music (e.g., in some cases up to 4,000 CD-quality songs). By way of example, the MP3 music player may correspond to the iPod MP3 player manufactured by Apple Computer of Cupertino, Calif. Although used primarily for storing and playing music, the MP3 music player shown herein may also include additional functionality such as storing a calendar and phone lists, storing and playing games, storing photos and the like. In fact, in some cases, it may act as a highly transportable storage device.

As shown in FIG. **8**, the media player **100** includes a housing **102** that encloses internally various electrical components (including integrated circuit chips and other circuitry) to provide computing operations for the media player **100**. In addition, the housing may also define the shape or form of the media player. That is, the contour of the housing **102** may embody the outward physical appearance of the media player **100**. The integrated circuit chips and other circuitry contained within the housing may include a microprocessor (e.g., CPU), memory (e.g., ROM, RAM), a power supply (e.g., battery), a circuit board, a hard drive, other memory (e.g., flash) and/or various input/output (I/O) support circuitry. The electrical components may also include components for inputting or outputting music or sound such as a microphone, amplifier and a digital signal processor (DSP). The electrical components may also include components for capturing images such as image sensors (e.g., charge coupled device (CCD) or complimentary oxide semiconductor (CMOS)) or optics (e.g., lenses, splitters, filters).

In the illustrated embodiment, the media player **100** includes a hard drive thereby giving the media player **100** massive storage capacity. For example, a 20 GB hard drive can store up to 4000 songs or about 266 hours of music. In contrast, flash-based media players on average store up to 128 MB, or about two hours, of music. The hard drive capacity may be widely varied (e.g., 5, 10, 20 MB, etc.). In addition to the hard drive, the media player **100** shown herein also includes a battery such as a rechargeable lithium polymer battery. These type of batteries are capable of offering about 10 hours of continuous playtime to the media player **100**.

The media player **100** also includes a display screen **104** and related circuitry. The display screen **104** is used to display a graphical user interface as well as other information to the user (e.g., text, objects, graphics). By way of example, the display screen **104** may be a liquid crystal display (LCD). In one particular embodiment, the display screen **104** corresponds to a 160-by-128-pixel high-resolution display, with a white LED backlight to give clear visibility in daylight as well as low-light conditions. As shown, the display screen **104** is visible to a user of the media player **100** through an opening **105** in the housing **102**.

The media player **100** also includes a touch pad **110**. The touch pad is an intuitive interface that provides easy one-handed operation, i.e., lets a user interact with the media player **100** with one or more fingers. The touch pad **110** is configured to provide one or more control functions for controlling various applications associated with the media player

US 7,495,659 B2

13

**100**. For example, the touch initiated control function may be used to move an object on the display screen **104** or to make selections or issue commands associated with operating the media player **100**. In order to implement the touch initiated control function, the touch pad **110** may be arranged to receive input from a finger moving across the surface of the touch pad **110**, from a finger holding a particular position on the touch pad and/or by a finger tapping on a particular position of the touch pad.

The touch pad **110** generally consists of a touchable outer surface **111** for receiving a finger for manipulation on the touch pad **110**. Beneath the touchable outer surface **111** is a sensor arrangement **112**. The sensor arrangement **112** includes one or more sensors that are configured to activate as the finger sits on, taps on or passes over them. The sensor arrangement **112** may be based on a Cartesian coordinate system, a Polar coordinate system or some other coordinate system. In the simplest case, an electrical signal is produced each time the finger is positioned over a sensing coordinate of the sensor arrangement **112**. The number of signals in a given time frame may indicate location, direction, speed and acceleration of the finger on the touch pad, i.e., the more signals, the more the user moved his or her finger. In most cases, the signals are monitored by a control assembly that converts the number, combination and frequency of the signals into location, direction, speed and acceleration information and reports this information to the main system processor of the media player. This information may then be used by the media player **100** to perform the desired control function on the display screen **104**.

In one embodiment, the surface of the touch pad **110** is divided into several independent and spatially distinct actuation zones **113**A-D disposed around the periphery of the touch pad **110**. The actuation zones generally represent a more logical range of user inputs than the sensors themselves. Generally speaking, the touch pad **110** outputs a control signal associated with a particular actuation zone **113** when most of the signals are from sensing coordinates located within the particular actuation zone **113**. That is, when an object approaches a zone **113**, a position signal is generated at one or more sensing coordinates. The position signals generated by the one or more sensing coordinates may be used to inform the media player **100** that the object is at a specific zone **113** on the touch pad **110**.

The actuation zones may be button zones or positional zones. When button zones, a button control signal is generated when an object is placed over the button zone. The button control signal may be used to make selections, open a file, execute instructions, start a program, view a menu in the media player. When positional zones, a position control signal is generated when an object is placed over the positional zone. The position signals may be used to control the movement of an object on a display screen of the media player. The distribution of actuation zones may be controlled by touch pad translation software or firmware that converts physical or native coordinates in the form of virtual representation in the form of actuation zones. The touch pad translation software may be run by the control assembly of the touch pad or the main system processor of the media player. In most cases, the control assembly converts the acquired signals into signals that represent the zones before sending the acquired signals to the main system processor of the media player.

The position control signals may be associated with a Cartesian coordinate system (x and y) or a Polar coordinate system (r, θ). Furthermore, the position signals may be provided in an absolute or relative mode. In absolute mode, the absolute coordinates of where it is being touched on the touch

14

pad are used. For example x, y in the case of the Cartesian coordinate system or (r, θ) in the case of the Polar coordinate system. In relative mode, the change in position of the finger relative to the finger's previous position is used. The touch pad may be configured to operate in a Cartesian-absolute mode, a Cartesian-relative mode, a Polar-absolute mode or a Polar-relative mode. The mode may be controlled by the touch pad itself or by other components of the media player system.

In either case, a user may select which mode that they would like to operate in the media player system or the applications running on the media player system may automatically set the mode of the media player system. For example, a game application may inform the media player system to operate in an absolute mode so that the touch pad can be operated as a joystick or a list application may inform the media player system to operate in a relative mode so that the touch pad can be operated as a scroll bar.

In one embodiment, each of the zones **113** represents a different polar angle that specifies the angular position of the zone **113** in the plane of the touch pad **110**. By way of example, the zones **113** may be positioned at 90 degree increments all the way around the touch pad **110** or something smaller as for example 2 degree increments all the way around the touch pad **110**. In one embodiment, the touch pad **110** may convert 1024 physical positions in the form of sensor coordinates, to a more logical range of 0 to 127 in the form of positional zones. As should be appreciated, the touch pad internal accuracy (1024 positions) is much larger than the accuracy (128 positions) needed for making movements on the display screen.

The position of the touch pad **110** relative to the housing **102** may be widely varied. For example, the touch pad **110** may be placed at any external surface (e.g., top, side, front, or back) of the housing **102** that is accessible to a user during manipulation of the media player **100**. In most cases, the touch sensitive surface **111** of the touch pad **110** is completely exposed to the user. In the illustrated embodiment, the touch pad **110** is located in a lower, front area of the housing **102**. Furthermore, the touch pad **110** may be recessed below, level with, or extend above the surface of the housing **102**. In the illustrated embodiment, the touch sensitive surface **111** of the touch pad **110** is substantially flush with the external surface of the housing **102**.

The shape of the touch pad **110** may also be widely varied. For example, the touch pad **110** may be circular, rectangular, triangular, and the like. In general, the outer perimeter of the shaped touch pad defines the working boundary of the touch pad. In the illustrated embodiment, the touch pad **110** is circular. This particular shape works well with Polar coordinates. More particularly, the touch pad is annular, i.e., shaped like or forming a ring. When annular, the inner and outer perimeter of the shaped touch pad defines the working boundary of the touch pad.

In addition to above, the media player **100** may also include one or more buttons **114**. The buttons **114** are configured to provide one or more dedicated control functions for making selections or issuing commands associated with operating the media player **100**. By way of example, in the case of an MP3 music player, the button functions may be associated with opening a menu, playing a song, fast forwarding a song, seeking through a menu and the like. The buttons **114** may be mechanical clicking buttons and/or they may be touch buttons. In the illustrated embodiment, the buttons are touch buttons that receive input from a finger positioned over the touch button. Like the touch pad **110**, the touch buttons **114** generally consist of a touchable outer surface for receiving a

US 7,495,659 B2

15

finger and a sensor arrangement disposed below the touchable outer surface. By way of example, the touch buttons and touch pad may generally correspond to the touch buttons and touch pad shown in FIG. 2.

The position of the touch buttons 114 relative to the touch pad 110 may be widely varied. For example, they may be adjacent one another or spaced apart. In the illustrated embodiment, the buttons 114 are placed above the touch pad 110 in a linear manner as well as in the center of the annular touch pad 110. By way of example, the plurality of buttons 114 may consist of a menu button, play/stop button, forward seek button, a reverse seek button, and the like.

Moreover, the media player 100 may also include a hold switch 115. The hold switch 115 is configured to activate or deactivate the touch pad and/or buttons. This is generally done to prevent unwanted commands by the touch pad and/or buttons, as for example, when the media player 100 is stored inside a user's pocket. When deactivated, signals from the buttons and/or touch pad are not sent or are disregarded by the media player. When activated, signals from the buttons and/or touch pad are sent and therefore received and processed by the media player.

Moreover, the media player 100 may also include one or more headphone jacks 116 and one or more data ports 118. The headphone jack 116 is capable of receiving a headphone connector associated with headphones configured for listening to sound being outputted by the media device 100. The data port 118, on the other hand, is capable of receiving a data connector/cable assembly configured for transmitting and receiving data to and from a host device such as a general purpose computer (e.g., desktop computer, portable computer). By way of example, the data port 118 may be used to upload or down load audio, video and other images to and from the media device 100. For example, the data port may be used to download songs and play lists, audio books, ebooks, photos, and the like into the storage mechanism of the media player.

The data port 118 may be widely varied. For example, the data port may be a PS/2 port, a serial port, a parallel port, a USB port, a Firewire port and/or the like. In some cases, the data port 118 may be a radio frequency (RF) link or optical infrared (IR) link to eliminate the need for a cable. Although not shown in FIG. 2, the media player 100 may also include a power port that receives a power connector/cable assembly configured for delivering powering to the media player 100. In some cases, the data port 118 may serve as both a data and power port. In the illustrated embodiment, the data port 118 is a Firewire port having both data and power capabilities.

Although only one data port is described, it should be noted that this is not a limitation and that multiple data ports may be incorporated into the media player. In a similar vein, the data port may include multiple data functionality, i.e., integrating the functionality of multiple data ports into a single data port. Furthermore, it should be noted that the position of the hold switch, headphone jack and data port on the housing may be widely varied. That is, they are not limited to the positions shown in FIG. 2. They may be positioned almost anywhere on the housing (e.g., front, back, sides, top, bottom). For example, the data port may be positioned on the bottom surface of the housing rather than the top surface as shown.

Referring to FIG. 9, the touch pad 110 will be described in greater detail. In this particular embodiment, the touch pad is operating in an absolute mode. That is, the touch pad reports the absolute coordinates of where it is being touched. As shown, the touch pad 110 includes one or more zones 124. The zones 124 represent regions of the touch pad 110 that

16

may be actuated by a user to implement one or more actions or movements on the display screen 104.

The distribution of the zones 124 may be widely varied. For example, the zones 124 may be positioned almost anywhere on the touch pad 110. The position of the zones 124 may depend on the coordinate system of the touch pad 110. For example, when using polar coordinates, the zones 124 may have one or more radial and/or angular positions. In the illustrated embodiment, the zones 124 are positioned in multiple angular positions of the Polar coordinate system. Further, the zones 124 may be formed from almost any shape whether simple (e.g., squares, circles, ovals, triangles, rectangles, polygons, and the like) or complex (e.g., random shapes). The shape of multiple button zones 124 may have identical shapes or they may have different shapes. In addition, the size of the zones 124 may vary according to the specific needs of each device. In some cases, the size of the zones 124 corresponds to a size that allows them to be easily manipulated by a user (e.g., the size of a finger tip or larger). In other cases, the size of the zones 124 are small so as to improve resolution of the touch pad 110. Moreover, any number of zones 124 may be used. In the illustrated embodiment, four zones 124A-D are shown. It should be noted, however, that this is not a limitation and that the number varies according to the specific needs of each touch pad. For example, FIG. 5 shows the media player 100 with 16 button zones 124A-P.

The number of zones 124 generally depends on the number of sensor coordinates located within the touch pad 110 and the desired resolution of the touch pad 110. The sensors are configured to sense user actions on the zones 124 and to send signals corresponding to the user action to the electronic system. By way of example, the sensors may be capacitance sensors that sense capacitance when a finger is in close proximity. The arrangement of the sensors typically varies according to the specific needs of each device. In one particular embodiment, the touch pad 110 includes 1024 sensor coordinates that work together to form 128 zones.

Referring to FIGS. 9 and 10, the zones 124 when actuated are used to produce on screen movements 126. The control signal for the on screen movements may be initiated by the touch pad electronics or by the main system processor of the media player. By tapping or touching the zone, an object can be moved on the display. For example, each zone 124 may be configured to represent a particular movement on the display screen 104. In the illustrated embodiments, each of the zones 124 represents a particular direction of movement. The directions may be widely varied, however, in the illustrated embodiment, the directions generally correspond to angular directions (e.g., similar to the arrow keys on the keyboard).

Referring to FIG. 9, for example, the touch pad 110 is divided into several independent and spatially distinct zones 124A-D, each of which corresponds to a particular movement direction 126A-D (as shown by arrows), respectively. When zone 124A is actuated, on screen movements 126A (to the right) are implemented. When zone 124B is actuated, on screen movements 126B (upwards) are implemented. When zone 124C is actuated, on screen movements 126C (to the left) are implemented. When zone 124D is actuated, on screen movements 126D (down wards) are implemented. As should be appreciated, these embodiments are well suited for joystick implementations, two dimensional menu selection, photo image panning and the like.

FIGS. 11A-11D show the media player 100 of FIG. 8 being used by a user 130, in accordance with one embodiment of the invention. In this embodiment, the media player 100 is being addressed for one handed operation in which the media player 100 is held in the user's hand 136 while the buttons and touch

US 7,495,659 B2

**17**

pad **110** are manipulated by the thumb **138** of the same hand **136**. By way of example, the palm **140** and rightmost fingers **141** (or leftmost fingers if left handed) of the hand **136** are used to grip the sides of the media player **100** while the thumb **138** is used to actuate the touch pad **110**. As shown, the entire top surface of the touch pad **110** is accessible to the user's thumb **138**. Referring to FIG. **11**A, on screen movements **126**A to the right are implemented when the thumb **138** is placed (or tapped) on button zone **124**A. Referring to FIG. **11**B, on screen movements **126**B upwards are implemented when the thumb **138** is placed on button zone **124**B. Referring to FIG. **11**C, on screen movements **126**C to the left are implemented when the thumb **138** is placed on button zone **124**C. Referring to FIG. **11**D, on screen movements **126**D downwards are implemented when the thumb **138** is placed on button zone **124**D.

It should be noted that the configuration shown in FIGS. **11**A-D is not a limitation and that the media player may be held a variety of ways. For example, in an alternate embodiment, the media device may comfortably held by one hand while being comfortably addressed by the other hand. This configuration generally allows the user to easily actuate the touch pad with one or more fingers. For example, the thumb and rightmost fingers (or leftmost fingers if left handed) of the first hand are used to grip the sides of the media player while a finger of the opposite hand is used to actuate the touch pad. The entire top surface of the touch pad is accessible to the user's finger.

FIGS. **12** is a partially broken away perspective view of an annular capacitive touch pad **150**, in accordance with one embodiment of the present invention. The annular capacitive touch pad **150** is arranged to detect changes in capacitance as the user moves, taps, rests an object such as a finger on the touch pad **150**. The annular capacitive touch pad **150** is formed from various layers including at least a label layer **152**, an electrode layer **154** and a circuit board **156**. The label layer **152** is disposed over the electrode layer **154** and the electrode layer **154** is disposed over the circuit board **156**. At least the label **152** and electrode layer **154** are annular such that they are defined by concentric circles, i.e., they have an inner perimeter and an outer perimeter. The circuit board **156** is generally a circular piece having an outer perimeter that coincides with the outer perimeter of the label **152** and electrode layer **154**. It should be noted, however, that in some cases the circuit board **156** may be annular or the label **152** and electrode layer **154** may be circular.

The label layer **152** serves to protect the underlayers and to provide a surface for allowing a finger to slide thereon. The surface is generally smooth so that the finger does not stick to it when moved. The label layer **152** also provides an insulating layer between the finger and the electrode layer **154**. The electrode layer **154** includes a plurality of spatially distinct electrodes **158** that have positions based on the polar coordinate system. For instance, the electrodes **158** are positioned angularly and/or radically on the circuit board **156** such that each of the electrodes **158** defines a distinct angular and/or radial position thereon. Any suitable number of electrodes **158** may be used. In most cases, it would be desirable to increase the number of electrodes **158** so as to provide higher resolution, i.e., more information can be used for things such as acceleration. In the illustrated embodiment, the electrode layer **154** is broken up into a plurality of angularly sliced electrodes **158**. The angularly sliced electrodes **158** may be grouped together to form one or more distinct button zones **159**. In one implementation, the electrode layer **154** includes about **1024** angularly sliced electrodes that work together to form **128** angularly sliced button zones **159**.

**18**

When configured together, the touch pad **150** provides a touch sensitive surface that works according to the principals of capacitance. As should be appreciated, whenever two electrically conductive members come close to one another without actually touching, their electric fields interact to form capacitance. In this configuration, the first electrically conductive member is one or more of the electrodes **158** and the second electrically conductive member is the finger of the user. Accordingly, as the finger approaches the touch pad **150**, a tiny capacitance forms between the finger and the electrodes **158** in close proximity to the finger. The capacitance in each of the electrodes **158** is measured by control circuitry **160** located on the backside of the circuit board **156**. By detecting changes in capacitance at each of the electrodes **158**, the control circuitry **160** can determine the angular and/or radial location, direction, speed and acceleration of the finger as it is moved across the touch pad **150**. The control circuitry **160** can also report this information in a form that can be used by a computing device such as a media player. By way of example, the control circuitry may include an ASIC (application specific integrated circuit).

Referring to FIG. **13**, a radial touch pad **178** (rather than an angular touch pad as shown in FIG. **12**) will be discussed in accordance with one embodiment. The touch pad **178** may be divided into several independent and spatially distinct button zones **180** that are positioned radically from the center **182** of the touch pad **178** to the perimeter **184** of the touch pad **178**. Any number of radial zones may be used. In one embodiment, each of the radial zones **180** represents a radial position in the plane of the touch pad **178**. By way of example, the zones **180** may be spaced at 5 mm increments. Like above, each of the button zones **180** has one or more electrodes **186** disposed therein for detecting the presence of an object such as a finger. In the illustrated embodiment, a plurality of radial electrodes **186** are combined to form each of the button zones **180**.

Referring to FIG. **14**, a combination angular/radial touch pad **188** will be discussed in accordance with one embodiment. The touch pad **188** may be divided into several independent and spatially distinct button zones **190** that are positioned both angularly and radically about the periphery of the touch pad **188** and from the center of the touch pad **188** to the perimeter of the touch pad **138**. Any number of combination zones may be used. In one embodiment, each of the combination button zones **190** represents both an angular and radial position in the plane of the touch pad **188**. By way of example, the zones may be positioned at both 2 degrees and 5 mm increments. Like above, each of the combination zones **190** has one or more electrodes **192** disposed therein for detecting the presence of an object such as a finger. In the illustrated embodiment, a plurality of angular/radial electrodes **192** are combined to form each of the button zones **190**.

Furthermore, in order to provide higher resolution, a more complex arrangement of angular/radial electrodes may be used. For example, as shown in FIG. **15**, the touch pad **200** may include angular and radial electrodes **202** that are broken up such that consecutive zones do not coincide exactly. In this embodiment, the touch pad **200** has an annular shape and the electrodes **202** follow a spiral path around the touch pad **200** from the center to the outer perimeter of the touch pad **200**. The electrodes **202** may be grouped together to form one or more distinct button zones **204**.

It should be noted that although the touch pads herein are all shown as circular that they may take on other forms such as other curvilinear shapes (e.g., oval, annular and the like), rectilinear shapes (e.g., hexagon, pentagon, octagon, rectangle, square, and the like) or a combination of curvilinear and rectilinear (e.g., dome).

US 7,495,659 B2

19                                    20

The various aspects of the inventions described above can be used alone or in various combinations. The invention is preferably implemented by a combination of hardware and software, but can also be implemented in hardware or software. The invention can also be embodied as computer readable code on a computer readable medium. The computer readable medium is any data storage device that can store data which can thereafter be read by a computer system. Examples of the computer readable medium include read-only memory, random-access memory, CD-ROMs, DVDs, magnetic tape, optical data storage devices, and carrier waves. The computer readable medium can also be distributed over a network coupled computer systems so that the computer readable code is stored and executed in a distributed fashion.

As mentioned above, the touch pad assembly may communicate with the host device via a serial interface. An example of a serial interface will now be described. The serial interface consists of at least four signals including a clock, ATN, DATA-IN, and DATA_OUT. The clock and DATA_OUT are driven by the touch pad assembly. The ATN and DATA_IN are driven by the host device. In most cases, packet transfers are initiated by the touch pad assembly, clocked by the touch pad assembly and done at a time convenient to the touch pad assembly. The host device relies on the touch pad assembly to initiate transfers. The touch pad assembly transfers a packet when it detects a change in button status or touch pad position or if it detects an ATN signal from the host. If the host wishes to send data to the touch pad assembly it asserts the ATN signal and keeps it asserted until after the packet it wants to send has been transferred. The touch pad assembly monitors the ATN signal and initiates a transfer if it sees it asserted.

There are typically several defined packets types that the touch pad assembly can transmit. In this example, there are at least two kinds of packets: unsolicited packets and packets sent as a response to an ATN signal. The touch pad assembly sends unsolicited packets unless specifically asked by the host to send another type. In the case of unsolicited packets, the unsolicited packets are sent periodically whenever it detects a change in button status or touch pad position. In the case of solicited packets, the touch pad assembly typically only sends one for each request by the host and then reverts back to unsolicited packets. Unsolicited packets generally have a delay between them while response packets may be sent at any time in response to the ATN signal.

While this invention has been described in terms of several preferred embodiments, there are alterations, permutations, and equivalents, which fall within the scope of this invention. For example, although the invention has been described in terms of an MP3 music player, it should be appreciated that certain features of the invention may also be applied to other types of media players such as video recorders, cameras, and the like. Furthermore, the MP3 music player described herein is not limited to the MP3 music format. Other audio formats such as MP3 VBR (variable bit rate), AIFF and WAV formats may be used. Moreover, certain aspects of the invention are not limited to handheld devices. For example, the touch pad may also be used in other computing devices such as a portable computer, personal digital assistants (PDA), cellular phones, and the like. The touch pad may also be used a stand alone input device that connects to a desktop or portable computer.

It should also be noted that there are many alternative ways of implementing the methods and apparatuses of the present invention. For example, although the touch pad has been described in terms of being actuated by a finger, it should be noted that other objects may be used to actuate it in some cases. For example, a stylus or other object may be used in

some configurations of the touch pad. It is therefore intended that the following appended claims be interpreted as including all such alterations, permutations, and equivalents as fall within the true spirit and scope of the present invention.

What is claimed is:

1. A touch pad assembly, comprising:
a touch pad having a surface and one or more sensors configured to map the touch pad surface into native sensor coordinates; and
a controller configured to
define one or more logical device units associated with the surface of the touch pad,
receive from the one or more sensors native values associated with the native sensor coordinates,
adjust the native values associated with the native sensor coordinates into new values associated with the logical device units and
report the new values to a host device, the logical device units associated with areas of the touch pad that can be actuated by a user,
the controller configured to pass the native values through a filtering process before reporting the new values to the host device, thereby reducing an amount of data sent to the host.

2. The touch pad assembly as recited in claim 1 wherein the filtering process comprises removing redundant or non-essential data.

3. The touch pad assembly as recited in claim 1 wherein the filtering process includes determining if the native values are associated with noise events or actual events.

4. The touch pad assembly as recited in claim 3 wherein the controller is configured to filter out the noise events and allow the actual events to pass.

5. The touch pad assembly as recited in claim 1 wherein the controller is configured to determine if there is a significant difference between a current native value and a previously received native value, and to report a new value only when there is a significant difference between the current native value and a previously received native value.

6. The touch pad assembly as recited in claim 1 wherein the native sensor coordinates comprise Cartesian coordinates.

7. The touch pad assembly as recited in claim 1 wherein the native sensor coordinates comprise Polar coordinates.

8. The touch pad assembly as recited in claim 1 wherein the logical device units comprise Cartesian coordinates.

9. The touch pad assembly as recited in claim 1 wherein the logical device units comprise Polar coordinates.

10. The touch pad assembly as recited in claim 1 wherein the new values of the logical device units are reported in an absolute mode.

11. The touch pad assembly as recited in claim 1 wherein the new values of the logical device units are reported in a relative mode.

12. The touch pad assembly as recited in claim 1 wherein the new values of the logical device units are reported in a Cartesian absolute mode, a Cartesian relative mode, a Polar absolute mode or a Polar relative mode.

13. The touch pad assembly as recited in claim 1 wherein the new values of the logical device units implement a specific control function in the host device.

14. The touch pad assembly as recited in claim 1 wherein the logical device units comprise angular Polar units distributed around the surface of the touch pad in a clock like manner.

15. The touch pad assembly as recited in claim 1 wherein the native sensor coordinates and the logical device units define a ratio between about 1024:1 to about 8:1.

US 7,495,659 B2

**16**. The touch pad assembly as recited in claim **1** comprising one or more touch buttons having one or more sensors, wherein the controller is configured to receive a native value from the one or more sensors, determine a button status from the native value, and report the button status to a host device, the button status being used by the host device to implement a button function in the host device.

**17**. The touch pad assembly as recited in claim **16** wherein the controller only reports the button status to the host device when there is a change in button status.

**18**. The touch pad assembly as recited in claim **1** wherein each of the logical device units is associated with a different movement direction on a display screen of the host device.

**19**. The touch pad assembly as recited in claim **1** wherein the host device comprises a media player configured to at least one of store and play media, the media comprising at least one of audio, video and images, the media player comprising a housing configured to support the touch pad assembly, a display configured to display at least one of text and graphics and a CPU configured to receive the new value of the logical device units from the controller and issue commands based on the new value to other components of the media player, the commands enabling at least movement of an object on the display.

**20**. The touch pad assembly as recited in claim **1** wherein the controller is configured to compare a current set of native values and a prior set of native values and identify the current set of native values as associated with noise events or actual events depending whether the current set of native values and the prior set of native values are substantially similar.

**21**. A method comprising:

mapping a touch pad into native sensor coordinates,

producing a native value associated with a native sensor coordinate when at least one of several different types of events occur on the touch pad,

filtering the native value based on the type of event,

generating a control signal based on the native value when a desired event occurs on the touch pad,

wherein the step of filtering comprises determining whether the native value is associated with a noise event or an actual event, filtering a noise event and passing an actual event to a host device, thereby reducing or preventing noise events from reaching the host device, and

wherein the step of determining comprises: comparing a current set of native values with a last set of native values; classifying the current set of native values as noise events when the current set of native values is substantially similar to the previous set of native values; and classifying the current set of native values as actual events when the current set of native values is significantly different than the previous set of native values.

**22**. The method as recited in claim **21** wherein the control signal includes the native values of the native sensor coordinates.

**23**. The method as recited in claim **21** further comprising: adjusting the native values of the native sensor coordinates into new values when a desired event occurs on the touch pad, the control signal including the new values.

**24**. The method as recited in claim **21** wherein the new values and the native values are described using identical units.

**25**. The method as recited in claim **21** wherein the new values and the native values are described using different units.

**26**. The method as recited in claim **21** wherein the control signal includes native values associated with the native sensor coordinates if the events are actual events.

**27**. The method as recited in claim **21** further comprising: adjusting the native values of the native sensor coordinates into a new value if it is determined that the events are actual events, and including the new value in the control signal.

**28**. A signal processing method for a controller of a touch pad, comprising:

receiving a current user location,

determining a difference in user location by comparing the current user location and a last user location,

outputting the current user location when the difference in user location exceeds a threshold value,

converting the outputted current user location into a logical device unit, and

generating a message for a host device, the message including the more logical user location, the more logical user location being used by the host device to move a control object in a specified manner,

wherein the threshold value corresponds to the number of sensor levels that need to changed in the touch pad in order to report a change in the user location and

wherein the threshold is determined by the following equation:

$$\text{Threshold}(T) = C^* (\text{native sensor resolution of the touch pad/logical device resolution of the touch pad}),$$

where

the native sensor resolution represents the maximum number of different user locations detectable by the sensors of the touch pad,

the logical device resolution represents the number of logical device units reported to the host device by the touch pad, and

C defines the width border area between clusters of sensors of the touch pad that define one logical device unit.

**29**. The method as recited in claim **28** wherein C has a value between about 0 and 0.5.

**30**. The method as recited in claim **28** wherein the native sensor resolution is about 1024 and the logical device resolution is about 128.

**31**. The method as recited in claim **28** further comprising: storing the current user location for subsequent processing, the current user location acting as the last user location in subsequent processing.

**32**. A system comprising a host device and a touch pad assembly having a controller, the controller configured to compare a current set of native values and a prior set of native values and identify the current set of native values as noise events or actual events depending on whether the current set of native values and the prior set of native values are substantially similar and to pass the native values through a filtering process and to adjust the native values into new values before reporting the new values to the host device, thereby reducing an amount of data sent to the host,

the touch pad assembly being configured to communicate a message to the host device, the message comprising:

an event field identifying whether the message is a touch pad event or a button event;

an event identifier field identifying at least one event parameter, each event parameter having an event value, the event value for a touch pad event parameter indicating an absolute position, the event value for a button event parameter indicating button status.

**33**. A touch pad system configured to transform a user action into motion onto a display screen, the touch pad system comprising:

US 7,495,659 B2

23                                          24

a touch pad whose entire touch sensing surface is divided into a plurality of independent and spatially distinct actuation zones, each of which includes a plurality of sensing nodes of the touch sensing surface, and each of which represents a different control function, and

a controller configured to compare a current set of native values and a prior set of native values and identify the current set of native values as noise events or actual events depending on whether the current set of native values and the prior set of native values are substantially similar and to pass the native values through a filtering process and to adjust the native values into new values before reporting the new values to the host device, thereby reducing an amount of data sent to the host.

**34**. The touch pad system as recited in claim **33** wherein each of the actuation zones are button zones that represent different movement direction on the display screen so as to enable joystick implementations, multiple dimensional menu selection or photo image panning.

**35**. The touch pad system as recited in claim **33** wherein the actuation zones are substantially the same size and shape and include substantially the same number of sensing nodes of the touch sensing surface.

**36**. The touch pad system as recited in claim **33** wherein the touch sensing surface is circular, wherein the touch sensing nodes of the touch sensing surface are positioned at least angularly around the circular touch sensing surface, and wherein the actuation zones are positioned at least angularly around the circular touch sensing surface.

*    *    *    *    *