MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff and Counterclaim Defendant,
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ELAN MICROELECTRONICS CORPORATION,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant and Counterclaim Plaintiff. | Case No. C-09-01531 RS<br><br>DECLARATION OF EDWARD R. REINES IN SUPPORT OF APPLE INC.'S OPPOSITION TO ELAN MICROELECTRONICS CORPORATION'S MOTION TO DISMISS APPLE INC.'S THIRD, FOURTH AND FIFTH COUNTERCLAIMS UNDER RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT UNDER RULE 12(e)<br><br>Date: August 26, 2009<br>Time: 9:30 a.m.<br>Courtroom: 4, 5th Floor<br><br>Hon. Richard Seeborg<br><br>Demand for Jury Trial |
|---|---|

REINES DEC. ISO APPLE'S OPPOSITION TO
ELAN'S MOTION TO DISMISS

Case No. C-09-01531 RS

I, Edward R. Reines, declare:

1. I am an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Defendant and Counter-Claimant Apple Inc. ("Apple") in the above captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Apple undertook a pre-filing investigation of the accused Elan products prior to filing its Third, Fourth and Fifth Counterclaims. That investigation included the review of publicly-available documentation relating to the accused Elan touchpads, as well as the purchase, use and taking-apart of laptops employing Elan Smart-Pad touchpads to determine their design and function. Following this investigation, Apple still sought discovery of the sale, design and inner workings of Elan's touchpads to confirm the evidentiary basis for its infringement allegations as to U.S. Patent Nos. 7,495,659 and 6,933,929.

3. Attached hereto as Exhibit **A** is a true and correct copy of *Creative Science Systems, Inc., v. Forex Capital Markets, LLC., et al.*, No. C-04-3746, 2006 WL 305963 (N.D. Cal. Feb. 8, 2006).

4. Attached hereto as Exhibit **B** is a true and correct copy of *Trachsel v. Buchholz*, No. C-08-02248, 2009 WL 839117 (N.D. Cal. March 30, 2009).

5. Attached hereto as Exhibit **C** is a true and correct copy of *Arnold v. Petland, Inc.*, No. 2:07-cv-01307, 2009 WL 816327 (S.D. Ohio March 16, 2009).

6. Attached hereto as Exhibit **D** is a true and correct copy of *Advanced Analogic Techs., Inc. v. Kinetic Techs., Inc.*, No. C-09-1360 MMC, 2009 WL 1974602 (N.D. Cal. July 8, 2009).

7. Attached hereto as Exhibit **E** is a true and correct copy of (In Chambers) Order DENYING the Geico Defendants' Motion to Dismiss or, Alternatively, For A More Definite Statement, D.I. 6682, *In Re Katz Interactive Call Processing Patent Litigation*, 07-ML-01816-RGK (C.D. Cal. Aug. 3, 2009).

8. Attached hereto as Exhibit **F** is a true and correct copy of *FotoMedia Techs., LLC v. AOL, LLC*, 2:07CV255, 2008 WL 4135906 (E.D. Tex. Aug. 29, 2008).

9. Attached hereto as Exhibit **G** is a true and correct copy of the Memorandum Order, D.I. 162, *FotoMedia Techs., LLC v. AOL, LLC*, (E.D. Tex. Sept. 24, 2008).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 5, 2009 at Redwood Shores, California.

/s/     *Edward R. Reines*
          Edward R. Reines