| | |
|---|---|
| 1 | Yitai Hu (SBN 248085)<br> yitai.hu@alston.com |
| 2 | Sean P. DeBruine (SBN 168071)<br> sean.debruine@alston.com |
| 3 | S.H. Michael Kim (SBN 203491)<br> michael.kim@alston.com |
| 4 | C. Augustine Rakow (SBN 254585)<br> augie.rakow@alston.com |
| 5 | **ALSTON & BIRD LLP**<br>Two Palo Alto Square |
| 6 | 3000 El Camino Real, Ste 400<br>Palo Alto, CA  94306-2112 |
| 7 | Phone:  (650) 838-2000<br>Fax:    (650) 838-2001 |
| 8 | |
| 9 | Attorneys for Plaintiff and Counterdefendant,<br>Elan Microelectronics Corporation |
| 10 | MATTHEW D. POWERS (Bar No. 104795)<br>matthew.powers@weil.com |
| 11 | EDWARD R. REINES (Bar No. 135960)<br>edward.reines@weil.com |
| 12 | SONAL N. MEHTA (Bar No. 222086)<br>sonal.mehta@weil.com |
| 13 | WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office |
| 14 | 201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 |
| 15 | Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |
| 16 | |
| 17 | Attorneys for Defendant and Counterclaim Plaintiff,<br>Apple Inc. |

18  UNITED STATES DISTRICT COURT

19  NORTHERN DISTRICT OF CALIFORNIA

20  SAN JOSE DIVISION

| | | |
|---|---|---|
| 21 | ELAN MICROELECTRONICS CORPORATION, | Case No. C-09-01531 RS |
| 22 | | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| 23 | Plaintiff and Counterclaim Defendant, | |
| 24 | v. | |
| 25 | APPLE INC., | Magistrate Judge Richard Seeborg<br>Courtroom: 4, 5th Floor |
| 26 | Defendant and Counterclaim Plaintiff. | |
| 27 | | |
| 28 | | |

NOTICE OF NEED FOR ADR PHONE CONFERENCE          Case No. C-09-01531 RS

Pursuant to Civil L.R. 16-8(C) and ADR L.R. 3-5(c), counsel report that they have met and conferred regarding ADR and that they:

    ___    have not yet reached an agreement to an ADR process

    _X_    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference:  August 26, 2009.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Sean P. DeBruine | Elan | (650) 838-2100 | sean.debruine@alston.com |
| Edward R. Reines | Apple Inc. | (650) 802-3000 | edward.reines@weil.com |

Dated:  August 5, 2009                  ALSTON & BIRD LLP

By:    /s/ Sean P. DeBruine
        Sean P. DeBruine

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION


Dated:  August 5, 2009                  WEIL, GOTSHAL & MANGES LLP

By:    /s/ Edward R. Reines
        EDWARD R. REINES
        edward.reines@weil.com

Attorneys for Defendant and
Counterclaim Plaintiff Apple Inc.