1  MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
3  SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
4  WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
5  201 Redwood Shores Parkway
Redwood Shores, CA 94065
6  Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant and Counterclaim Plaintiff,
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ELAN MICROELECTRONICS CORPORATION, | Case No. C-09-01531 RS |
|---|---|
| Plaintiff and Counterclaim Defendant, | ADR CERTIFICATION BY DEFENDANT AND COUNTERCLAIM PLAINTIFF AND COUNSEL |
| v. | |
| APPLE INC., | Magistrate Judge Richard Seeborg |
| Defendant and Counterclaim Plaintiff. | Courtroom: 4, 5th Floor |

ADR CERTIFICATION OF DEFENDANT AND
COUNTERCLAIM PLAINTIFF AND COUNSEL     Case No. C-09-01531 RS

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: *August 5*, 2009            APPLE INC.

By: _____
         JAYNA WHITT

Dated: August 5, 2009            WEIL, GOTSHAL & MANGES LLP

By:      /s/ Edward R. Reines
         EDWARD R. REINES
         edward.reines@weil.com

         Attorneys for Defendant and
         Counterclaim Plaintiff Apple Inc.

ADR CERTIFICATION OF DEFENDANT AND
COUNTERCLAIM PLAINTIFF AND COUNSEL            1            Case No. C-09-01531 RS