**\*E-Filed 8/6/09\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE, INC.,<br><br>        Defendant.<br>_____<br><br>APPLE, INC.,<br><br>        Counterclaimant,<br><br>   v.<br><br>ELAN MICROELECTRONICS CORPORATION,<br><br>        Counterdefendant.<br>_____\ | No. 5:09 CV 1531 RS<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

      Counterdefendant Elan Microelectronics Corp. has filed a motion to dismiss certain claims filed by counterclaimant Apple, Inc., see docket [16] in the above-captioned matter. This motion is noticed for hearing on **August 26, 2009, at 9:30 a.m.**

CASE NO. 5:09 CV 1531 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate jurisdiction no later than **August 14, 2009**.

IT IS SO ORDERED.

Dated: 8/6/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09 CV 1531 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

2