Yitai Hu (SBN 248085) (yitai.hu@alston.com)
Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
S.H. Michael Kim (SBN 203491) (michael.kim@alston.com)
C. Augustine Rakow (SBN 254585) (augie.rakow@alston.com)
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  650-838-2000
Facsimile:  650-838-2001

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | Case No. 09-cv-01531 RS<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[F.R. Civ. P. 7.1, L.R. 3-16]<br><br>Hon. Richard Seeborg |

Pursuant to Fed. R. Civ. P. 7.1 and Civ. L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, it has no other parties to report.

DATED: August 7, 2009            Respectfully submitted,

ALSTON & BIRD LLP


By: _____/s/_____
Sean P. DeBruine
Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

[CERTIFICATION OF INTERESTED ENTITIES OR PERSONS]      1      Case No. 09-cv-01531 RS