| | |
|---|---|
| 1 | Yitai Hu (SBN 248085) (yitai.hu@alston.com) |
| 2 | Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com) |
|   | S.H. Michael Kim (SBN 203491) (michael.kim@alston.com) |
| 3 | C. Augustine Rakow (SBN 254585) (augie.rakow@alston.com) |
|   | ALSTON + BIRD LLP |
| 4 | Two Palo Alto Square |
|   | 3000 El Camino Real, Suite 400 |
| 5 | Palo Alto, California  94306 |
|   | Telephone:    650-838-2000 |
| 6 | Facsimile:     650-838-2001 |
| 7 | Attorneys for Plaintiff |
|   | ELAN MICROELECTRONICS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ELAN MICROELECTRONICS CORPORATION, | ) | Case No. 09-cv-01531 RS |
| | ) | |
| Plaintiff, | ) | **ADR CERTIFICATION OF PLAINTIFF ELAN MICROELECTRONICS CORP.** |
| v. | ) | |
| APPLE, INC., | ) | |
| Defendant. | ) | |

Pursuant to Civil L.R. 16-8(b) and ADR L. R. 3-5(b), each of the undersigned hereby certifies that he has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

**PLAINTIFF'S ADR CERTIFICATION**   1   Case No. 09-cv-01531 RS

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 5, 2009 | ELAN MICROELECTRONICS CORP. |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Wayne Chang |
| 6 | | |
| 7 | Dated: August 5, 2009 | ALSTON & BIRD LLP |
| 8 | | |
| 9 | | By: _____/s/_____ |
| 10 | | Sean P. DeBruine |
| 11 | | Attorneys for Plaintiff<br>ELAN MICROELECTRONICS CORPORATION |

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained.

/s/ Sean P. DeBruine
Sean P. DeBruine