**\*E-Filed 8/10/09\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION, | No. 5:09 CV 1531 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| APPLE, INC., | |
| Defendant, | |
| And Related Litigation. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for August 26, 2009, at 2:30 p.m. has been continued to **October 7, 2009, at 2:30 p.m.**

In accordance with Federal Rules of Civil Procedure 16 and 26 and Civil Local Rule 16-9, the parties should file a joint case management statement no later than **September 30, 2009**.

Dated: August 10, 2009

For the Court,<br>
RICHARD W. WEIKING, Clerk<br><br>
By: /s/ Martha Parker Brown<br>
Courtroom Deputy Clerk

United States District Court
For the Northern District of California

Dockets.Justia.com