| | |
|---|---|
| 1 | Yitai Hu (SBN 248085) (yitai.hu@alston.com) |
| | Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com) |
| 2 | S.H. Michael Kim (SBN 203491) (michael.kim@alston.com) |
| | T. Hunter Jefferson (admitted pro hac vice) (hunter.jefferson@alston.com) |
| 3 | C. Augustine Rakow (SBN 254585) (augie.rakow@alston.com) |
| | **ALSTON + BIRD LLP** |
| 4 | Two Palo Alto Square |
| | 3000 El Camino Real, Suite 400 |
| 5 | Palo Alto, California  94306 |
| | Telephone:       650-838-2000 |
| 6 | Facsimile:        650-838-2001 |

Attorneys for Plaintiff and Counterdefendant
ELAN MICROELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ELAN MICROELECTRONICS CORPORATION, | ) ) ) | Case No. C-09-01531 RS |
| Plaintiff, | ) ) ) | **DECLARATION OF SEAN P. DEBRUINE IN SUPPORT OF ELAN MICROELECTRONICS CORPORATION'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS APPLE, INC.'S THIRD, FOURTH AND FIFTH COUNTERCLAIMS UNDER RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT UNDER RULE 12(e)** |
| v. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| APPLE, INC., | | |
| Defendant. | | |
| APPLE, INC., | ) ) | |
| Counterclaimant, | ) ) ) | Date:  August 26, 2009 |
| v. | ) ) ) | Time:  9:30 a.m. Courtroom:  4, 5th Floor |
| ELAN MICROELECTRONICS CORPORATION, | ) ) ) | The Honorable Richard Seeborg |
| Counterdefendant. | ) ) ) | |

DECLARATION OF SEAN P. DEBRUINE ISO
ELAN'S REPLY ISO MOTION TO DISMISS COUNTERCLAIMS                                     CASE NO.C-09-01531 RS
UNDER RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM

Dockets.Justia.com

I, Sean P. DeBruine, declare as follows:

1. I am a partner with the law firm of Alston & Bird LLP, counsel to Plaintiff and Counterdefendant Elan Microelectronics Corp. in this matter. I have personal knowledge of the following facts and if called to testify I could and would testify competently to the matters stated below.

2. Apple has not asked me or my colleagues for any particular, additional information regarding the structure or operation of Elan touchpad products potentially at issue in this lawsuit.

3. Attached hereto as **Exhibit A** is a true and correct copy of a web page that I downloaded from www.chipworks.com. It is the page located at www.chipworks.com/infringement_analysis.aspx describing reverse engineering services provided for establishing infringement analyses.

4. Attached hereto as **Exhibit B** is a true and correct copy of *Advanced Analogic Tech. v. Kinetic Tech., Inc.*, 2009 WL 1974602 (N.D. Cal. 2009).

5. Attached hereto as **Exhibit C** is a true and correct copy of *J.R. v. Sylvan Union Sch. Dist.*, 2008 WL 682595 (E.D. Cal. 2008).

6. Attached hereto as **Exhibit D** is a true and correct copy of *Daw Indus. Inc. v. Proteor Holdings*, 2008 WL 251977 (S.D. Cal. 2008).

7. Attached hereto as **Exhibit E** is a true and correct copy of *Hewlett-Packard Co. v. Intergraph Corp.*, 2003 WL 23884794 (N.D. Cal. 2003).

8. Attached hereto as **Exhibit F** is a true and correct copy of *Performance Aftermarket Parts Group, Ltd. v. TI Group Automotive Sys., LLC*, 2007 WL 2818269 (E.D. Tex. 2007).

9. Attached hereto as **Exhibit G** is a true and correct copy of *Goss Int'l Americas, Inc. v. MAN Roland, Inc.*, 2008 WL 3823707 (D.N.H. 2008).

10. Attached hereto as **Exhibit H** is a true and correct copy of *FotoMedia Tech., LLC v. AOL, LLC*, 2008 WL 4135906 (E.D. Tex. 2008).

11. Attached hereto as **Exhibit I** is a true and correct copy of *In re Katz Interactive Call Processing Patent Litigation*, 07-ML-01816 (C.D. Cal. 2009).

12. Attached hereto as **Exhibit J** is a true and correct copy of *Omega Patents LLC v. Lear Co.*, 2007 WL 4247674 (M.D. Fla. 2007).

13. Attached hereto as **Exhibit K** is a true and correct copy of *Chagby v. Target Corp.*, 2009 WL 398972 (C.D. Cal. 2009).

14. Attached hereto as **Exhibit L** is a true and correct copy of *Pellegrini v. Analog Devices, Inc.*, 2006 WL 83472, *2-4 (D. Mass. 2006).

15. Attached hereto as **Exhibit M** is a true and correct copy of Windy City's amended complaint, discussed in *Windy City Innovations, LLC v. America Online, Inc.*, 227 F.R.D. 278 (N.D. Ill 2005), downloaded from the Northern District of Illinois' ECF/PACER system.

16. Attached hereto as **Exhibit N** is a true and correct copy of *Arnold v. Petland Inc.*, 2009 WL 816327 (S.D. Ohio 2009).

17. Attached hereto as **Exhibit O** is a true and correct copy of *Phleger v. Countrywide Home Loans, Inc.*, 2008 WL 65677 (N.D. Cal. 2008).

18. Attached hereto as **Exhibit P** is a true and correct copy of *Hinshaw v. The Vessel M/V Aurora*, 2007 U.S. Dist. Lexis 41104 (N.D. Cal. 2007).

19. Attached hereto as **Exhibit Q** is a true and correct copy of *Himmelberger v. Lamarque*, 2008 U.S. Dist. Lexis 103956 (N.D. Cal. 2008).

I swear under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 12th day of August, 2009, at Palo Alto, California.

/s/
Sean P. DeBruine

DECLARATION OF SEAN P. DEBRUINE ISO
ELAN'S REPLY ISO MOTION TO DISMISS COUNTERCLAIMS    2    CASE NO.C-09-01531 RS
UNDER RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM