1  Yitai Hu (SBN 248085) (yitai.hu@alston.com)
   Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
2  S.H. Michael Kim (SBN 203491) (michael.kim@alston.com)
   T. Hunter Jefferson (admitted pro hac vice) (hunter.jefferson@alston.com)
3  C. Augustine Rakow (SBN 254585) (augie.rakow@alston.com)
   **ALSTON + BIRD LLP**
4  Two Palo Alto Square
   3000 El Camino Real, Suite 400
5  Palo Alto, California  94306
   Telephone:      650-838-2000
6  Facsimile:      650-838-2001

7
   Attorneys for Plaintiff and Counterdefendant
8  ELAN MICROELECTRONICS CORPORATION

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12
   ELAN MICROELECTRONICS          )   Case No. C-09-01531 RS
13 CORPORATION,                   )
                                  )
14          Plaintiff,            )   **PLAINTIFF AND COUNTERDEFENDANT**
                                  )   **ELAN MICROELECTRONICS**
15     v.                         )   **CORPORATION'S CONSENT TO**
                                  )   **PROCEED BEFORE A UNITED STATES**
16 APPLE, INC.,                   )   **MAGISTRATE JUDGE**
                                  )
17          Defendant.            )
                                  )
18 _____)
                                  )
19 APPLE, INC.,                   )
                                  )
20          Counterclaimant,      )
                                  )
21     v.                         )
                                  )
22 ELAN MICROELECTRONICS          )
   CORPORATION,                   )
23                                )
            Counterdefendant.     )
24 _____)

25

26

27

28

ELAN'S CONSENT TO PROCEED BEFORE                              Case No. C-09-01531-RS
A UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com

1

2          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

3    hereby voluntarily consents to have United States Magistrate Judge Richard Seeborg conduct any and all

4    further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

5    judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit.

6    Dated:  August 14, 2009

7                              ALSTON + BIRD LLP

8

9                         By:_____/s/_____
                                              S.H. Michael Kim
10                        Attorneys for Plaintiff and Counterdefendant
                          ELAN MICROELECTRONICS CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ELAN'S CONSENT TO PROCEED BEFORE                                    Case No. C-09-01531-RS
A UNITED STATES MAGISTRATE JUDGE