1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  SONAL N. MEHTA (Bar No. 222086)
   sonal.mehta@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
5  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
6  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
7
   Attorneys for Defendant and Counterclaim Plaintiff,
8  Apple Inc.

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12 | ELAN MICROELECTRONICS CORPORATION, | Case No. C-09-01531 RS |
   |---|---|
   | Plaintiff and Counterclaim Defendant, | CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE RICHARD SEEBORG |
   | v. | |
   | APPLE INC., | |
   | Defendant and Counterclaim Plaintiff. | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Defendant and Counterclaim Plaintiff Apple Inc. hereby voluntarily consents to have United States Magistrate Judge Richard Seeborg conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.[1]  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit.

Dated: August 14, 2009

WEIL, GOTSHAL & MANGES LLP

By: ___/s/ Edward R. Reines___
EDWARD R. REINES
edward.reines@weil.com

Attorneys for Defendant and
Counterclaim Plaintiff Apple Inc.

---

[1] Although Judge Seeborg has been nominated as a district judge, Apple submits this consent while that nomination is pending.