| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | matthew.powers@weil.com |
| 2 | EDWARD R. REINES (Bar No. 135960) |
| | edward.reines@weil.com |
| 3 | SONAL N. MEHTA (Bar No. 222086) |
| | sonal.mehta@weil.com |
| 4 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 5 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| 6 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |

Attorneys for Defendant and Counterclaim Plaintiff,
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION, | Case No. C-09-01531 RS |
| Plaintiff and Counterclaim Defendant, | [PROPOSED] ORDER GRANTING APPLE INC'S MOTION FOR LEAVE TO FILE A SURREPLY |
| v. | Hon. Richard Seeborg |
| APPLE INC., | Demand for Jury Trial |
| Defendant and Counterclaim Plaintiff. | |

1  Apple Inc.'s Motion for Leave to File a Surreply came on for hearing before the
2  Court. Based on the supporting and opposition papers and the argument of counsel, and good
3  cause appearing therefore, that motion is hereby GRANTED.
4  IT IS SO ORDERED.

Dated: _____, 2009        _____

UNITED STATES MAGISTRATE JUDGE