1　MATTHEW D. POWERS (Bar No. 104795)
　　matthew.powers@weil.com
2　EDWARD R. REINES (Bar No. 135960)
　　edward.reines@weil.com
3　SONAL N. MEHTA (Bar No. 222086)
　　sonal.mehta@weil.com
4　WEIL, GOTSHAL & MANGES LLP
　　Silicon Valley Office
5　201 Redwood Shores Parkway
　　Redwood Shores, CA 94065
6　Telephone: (650) 802-3000
　　Facsimile: (650) 802-3100

7

8　Attorneys for Defendant and Counterclaim Plaintiff,
　　Apple Inc.

9　　　　　　　　　　　　UNITED STATES DISTRICT COURT

10　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

11　　　　　　　　　　　　　　　SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,　　　　　　Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>APPLE INC.,　　　　　　Defendant and Counterclaim Plaintiff. | Case No. C-09-01531 RS<br><br>APPLE INC.'S MOTION TO SHORTEN TIME FOR ITS MOTION FOR LEAVE TO FILE A SURREPLY<br><br>Hon. Richard Seeborg<br><br>Demand for Jury Trial |

APPLE'S MOTION TO SHORTEN TIME FOR ITS
MOTION FOR LEAVE TO FILE A SURREPLY　　　　　　　　　　　　　　　　　Case No. C-09-01531 RS

1   Apple respectfully submits this motion to shorten time with respect to its Motion For Leave To File A Surreply to Elan's Reply In Support Of Its Motion To Dismiss Apple Inc.'s Third, Fourth and Fifth Counterclaims Under Rule 12(b)(6) For Failure To State A Claim, Or In The Alternative, For More Definite Statement Under Rule 12(e). Elan's motion to dismiss is scheduled to be heard on August 26, 2009. Apple seeks an expedited schedule for its request to submit a surreply relating to that motion so that both motions can be considered together.

As explained in Apple's Motion For Leave To File A Surreply, Apple requests permission to file a surreply to ensure that the Court has the benefit of a balanced presentation on the central issue presented in Elan's motion to dismiss. That issue was not addressed by Elan in its opening brief, but instead, was argued by Elan for the first time on reply. As such, Apple seeks the Court's permission to file a short surreply addressing Elan's new argument, authority and evidence in advance of the August 26, 2009 hearing on Elan's motion to dismiss.

Apple requested Elan's consent to file its surreply, or at a minimum, to an expedited schedule that would allow for the motion for leave to be heard simultaneously with the underlying motion to dismiss. Declaration of Edward R. Reines In Support Of Motion to Shorten Time ("Reines Decl."), Exh. A (August 19, 2009 email from S. Mehta to S. DeBruine). Elan declined to consent. Reines Decl., Exh. B (August 20, 2009 email from S. DeBruine to S. Mehta).

Accordingly, Apple hereby requests an expedited briefing schedule on its Motion For Leave To File A Surreply wherein Elan's opposition to that motion be filed four calendar days from the filing of the motion (i.e., by 5 pm on August 24, 2009) and Apple's reply, if any, be filed twenty-four hours later (i.e., by 5 pm August 25, 2009).

Apple will be prejudiced if the Court does not grant this motion to shorten time such that the Court can consider Apple's motion for leave to file its surreply with the underlying motion to dismiss at the August 26, 2009 hearing. In contrast, Elan will not be prejudiced by the shortened schedule. Four calendar days is ample time for Elan to prepare an opposition to Apple's short Motion For Leave To File A Surreply. This is especially true because Apple's

August 5, 2009 opposition brief put Elan on notice that any attempt to raise arguments for the first time on reply would be improper.

The requested time modification for Apple's Motion For Leave To File A Surreply would have no effect on the schedule for this case.

Dated: August 20, 2009                                WEIL, GOTSHAL & MANGES LLP


By: _____/s/ Edward R. Reines_____
EDWARD R. REINES
edward.reines@weil.com

Attorneys for Defendant and
Counterclaim Plaintiff Apple Inc.

APPLE'S MOTION TO SHORTEN TIME FOR ITS
MOTION FOR LEAVE TO FILE A SURREPLY                 2                       Case No. C-09-01531 RS