| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | matthew.powers@weil.com |
| 2 | EDWARD R. REINES (Bar No. 135960) |
| | edward.reines@weil.com |
| 3 | SONAL N. MEHTA (Bar No. 222086) |
| | sonal.mehta@weil.com |
| 4 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 5 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| 6 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |

Attorneys for Plaintiff and Counterclaim Defendant,
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION, | Case No. C-09-01531 RS |
| Plaintiff and Counterclaim Defendant, | DECLARATION OF EDWARD R. REINES IN SUPPORT OF APPLE INC.'S MOTION TO SHORTEN TIME |
| v. | Hon. Richard Seeborg |
| APPLE INC., | Demand for Jury Trial |
| Defendant and Counterclaim Plaintiff. | |

REINES DEC. ISO APPLE'S MOTION TO
SHORTEN TIME                                                                                             Case No. C-09-01531 RS

I, Edward R. Reines, declare:

1.  I am an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Defendant and Counter-Claimant Apple Inc. ("Apple") in the above captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2.  Attached hereto as Exhibit **A** is a true and correct copy of an August 19, 2009 email from my colleague Sonal N. Mehta to Sean DeBruine, counsel for Elan.

3.  Attached hereto as Exhibit **B** is a true and correct copy of Sean DeBruine's August 20, 2009 email response.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2009 at Redwood Shores, California.

/s/    *Edward R. Reines*
       Edward R. Reines

REINES DEC. ISO APPLE'S MOTION TO SHORTEN TIME                    1                    Case No. C-09-01531 RS