# Exhibit B

Dockets.Justia.com

**From:** DeBruine, Sean [mailto:Sean.DeBruine@alston.com]
**Sent:** Thursday, August 20, 2009 11:26 AM
**To:** Mehta, Sonal; Elan Apple Team
**Cc:** Reines, Edward
**Subject:** RE: Elan v. Apple - motion for leave to file surreply

Sonal,

Elan does not consent to Apple filing a Surreply. Contrary to your assumption, Elan did not raise any new arguments in its Reply. Rather, consistent with the purpose of a Reply under the local rules, Elan merely addressed the arguments raised by Apple in its opposition. Because we do not believe that the Surreply is warranted, we also can not agree to the briefing schedule you propose. Moreover, it is unreasonable to delay the decision on whether a Surreply will be accepted until the hearing, or at best the eve of the hearing, on the underlying motion. The briefing requirements under the local rules are set up specifically so that the Court and the parties will have time to prepare for the hearing after briefing is closed. A schedule under which the parties and the Court will not know the scope of the briefing before the hearing begins is unacceptable.

Best regards,

Sean

---

**From:** Mehta, Sonal [mailto:Sonal.Mehta@weil.com]
**Sent:** Wednesday, August 19, 2009 8:01 PM
**To:** Elan Apple Team; DeBruine, Sean
**Cc:** Reines, Edward
**Subject:** Elan v. Apple - motion for leave to file surreply

Sean,

We plan to file a motion tomorrow for leave to file a short surreply that addresses the new argument, authority and evidence on the Rule 11(b)(3) issue raised in Elan's reply brief. Please let us know if Elan will consent to our motion for leave to file the surreply. If not, we will seek an expedited briefing schedule so that it can be heard

with your motion to dismiss on Wednesday. In that case, we propose a schedule whereby Apple files its motion for leave by 5 pm tomorrow, Elan file its opposition by 5 pm on Monday and Apple files its reply, if any, by 5 pm on Tuesday. Please let us know Elan will consent to the shortened schedule.

Thanks in advance for getting back to us.

Sonal

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you

*********************************************************** IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.