| | |
|---|---|
| 1 | Yitai Hu (SBN 248085) (yitai.hu@alston.com) |
| | Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com) |
| 2 | S.H. Michael Kim (SBN 203491) (michael.kim@alston.com) |
| | T. Hunter Jefferson (admitted pro hac vice) (hunter.jefferson@alston.com) |
| 3 | C. Augustine Rakow (SBN 254585) (augie.rakow@alston.com) |
| | **ALSTON + BIRD LLP** |
| 4 | Two Palo Alto Square |
| | 3000 El Camino Real, Suite 400 |
| 5 | Palo Alto, California  94306 |
| | Telephone:       650-838-2000 |
| 6 | Facsimile:        650-838-2001 |

Attorneys for Plaintiff and Counterdefendant
ELAN MICROELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ELAN MICROELECTRONICS CORPORATION, | ) | Case No. C-09-01531 RS |
| Plaintiff, | ) ) ) | **ELAN MICROELECTRONICS CORPORATION'S OPPOSITION TO MOTION TO SHORTEN TIME FOR MOTION FOR LEAVE TO FILE A SURREPLY** |
| v. | ) | |
| APPLE, INC., | ) | |
| Defendant. | ) | |
| APPLE, INC., | ) | **Demand for Jury Trial** |
| Counterclaimant, | ) | |
| v. | ) | |
| ELAN MICROELECTRONICS CORPORATION, | ) | |
| Counterdefendant. | ) | |

---

ELAN'S RESPONSE TO MOT. TO SHORTEN TIME FOR                                          CASE NO.C-09-01531 RS
MOT. FOR LEAVE TO FILE SURREPLY

Pursuant to Civil Local Rule 6-3(c) Plaintiff Elan Microelectronics Corp. ("Elan") hereby opposes defendant Apple, Inc.'s ("Apple") Motion to Shorten Time for its Motion for Leave to File a Surreply ("Motion to Shorten Time" or "Motion") (Dkt. No. 30).  Elan opposes this Motion to Shorten Time because the underlying Motion for Leave to File a Surreply is unfounded.  Contrary to Apple's position, Elan's Reply in support of its Motion to Strike Apple, Inc.'s Third, Fourth and Fifth Counterclaims (Dkt. No. 25) correctly addressed spurious arguments raised for the first time in Apple's opposition.  Any further argument concerning those issues can and will be presented to the Court at the hearing on the underlying Motion to Dismiss scheduled for tomorrow, August 26, 2009.  Moreover, the briefing schedule Apple requests by this Motion would not have allowed Elan sufficient time to respond to the Motion For Leave To File[1], and would introduce uncertainty as to what papers the Court will consider at that hearing.  As such, Elan opposes the motion.  Nevertheless, to the extent the Court might consider Apple's Motion for Leave to File a Surreply in connection with the hearing tomorrow on Elan's underlying Motion to Dismiss, Elan today filed its Opposition to the Motion for Leave to File a Surreply (Dkt. No. 32).  As such, this Motion to Shorten Time should be denied.

Dated:  August 25, 2009                    Respectfully submitted,

ALSTON + BIRD LLP

By:_____/s/_____
                     Sean P. DeBruine

Attorneys for Plaintiff and Counterdefendant
ELAN MICROELECTRONICS CORPORATION

---

[1] Apple asks for an order that Elan respond to the Motion for Leave to File by yesterday, August 25, the day before this opposition was due or the Court is to consider this motion.  Civ. L.R. 6-3(c) and (d).