UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 34min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __FTR__                                         DATE: __8/26/09__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                                                CASE #: __C 09-01531RS__

CASE TITLE: __ELAN MICROELECTRONICS__ VS. __APPLE__

**Appearances for Plaintiff(s)**         **Appearances for Defendant(s)**

 __C. AUGUSTINE RAKOW__                    __EDWARD R. REINES__

 __SEAN DE BRUINE__                        __SONAL N. MEHTA__


**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{X}     { }     { }    1. __TO DISMISS COUNTERCLAIMS__
{ }     { }     { }    2. _____
{ }     { }     { }    3. _____
{ }     { }     { }    4. _____

***DISPOSITION of TODAY'S PROCEEDINGS***

[ ] SETTLED    [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED       [ ] SUBMITTED       [ ] DENIED/GRANTED in part


*[ ] BRIEFS TO BE FILED AS FOLLOWS:*

 { } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**    [ ] PLTF;    [ ] DEFT;    [ ] COURT
Additional Comments: __THE MATTER IS ARGUED BY COUNSEL.  THE COURT WILL ISSUE A WRITTEN ORDER.__