*E-Filed 8/27/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORP., | No. 5:09-CV-1531-RS |
| Plaintiff, | |
| v. | **ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |
| APPLE, INC., | |
| Defendant. | |

THIS MATTER is referred to Magistrate Judge Joseph C. Spero for a settlement conference.

IT IS SO ORDERED.

Dated: 8/27/09



RICHARD SEEBORG
United States Magistrate Judge