UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELAN MICROELECTRONICS CORP.,     No. C09-01531 RS (JCS)

       Plaintiff(s),
                                 **CLERK'S NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE**
   v.

APPLE, INC.,

       Defendant(s).
_____/

ALL PARTIES AND COUNSEL OF RECORD:

    The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

    You are hereby notified that a telephonic scheduling conference has been set for

**September 24, 2009 , at 10:00 a.m.**  The Court will initiate telephone contact.

Dated: September 14, 2009

                                         RICHARD W. WIEKING, CLERK

                                         By: _____
                                                Karen L. Hom
                                                Deputy Clerk

Dockets.Justia.com