# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 09-01531 RS (JCS)

**CASE NAME:** ELAN MICROELECTRONICS CORPORATION v. APPLE, INC.

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY:** Karen Hom

**DATE:** September 24, 2009     **TIME:** 15 M     **COURT REPORTER:** Not reported

**COUNSEL FOR PLAINTIFF:**     **COUNSEL FOR DEFENDANT:**
Sean DeBruine, Chris Rakow & Michael Kim     Ed Reines & Sonal Mehta

## PROCEEDINGS

☐ SETTLEMENT CONFERENCE     ☐ FURTHER SETTLEMENT CONFERENCE

☐ DISCOVERY CONFERENCE

☐ STATUS CONFERENCE RE:

X TELEPHONIC SCHEDULING CONFERENCE - HELD

☐ OTHER:

CASE CONTINUED TO: 01/14/2010 at 9:30 AM     FOR A Settlement Conference

NOTES:

Principals to meet and confer re: settlement by 12/18/9.
Plaintiffs settlement demand to Defendants due by 11/20/9.
Defendant's settlement demand and counter-proposal due by 12/4/9.
Confidential settlement conference statements shall be due by 1/7/2010.
Court shall issue a Settlement Conference Order.

cc:     Chambers