**United States District Court**
For the Northern District of California

*E-Filed 10/1/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ELAN MICROELECTRONICS
CORPORATION,

     Plaintiff,

 v.

APPLE, INC.,

     Defendant.

_____/

Case No. C 09-01531 RS

**CASE MANAGEMENT
SCHEDULING ORDER**

  After considering the Joint Case Management Statement submitted by the parties, the Case Management Conference scheduled for October 7, 2009, is hereby VACATED and will be re-scheduled for a later date to be determined by the Court.

  A settlement conference in this case is currently scheduled for January 14, 2010, before Magistrate Judge Joseph C. Spero.

  In addition, the parties have stipulated to the following schedule for claim construction, which the Court adopts:

| Event | Date |
|-------|------|
| Parties to serve Disclosure of Asserted Claims and Infringement Contentions pursuant to Pat. L.R. 3-1 and document production pursuant to Pat. L.R. 3-1, 3-2. | October 22, 2009 |
| Parties to serve Preliminary Invalidity Contentions and document production pursuant to Pat. L.R. 3-3 and 3-4. | December 7, 2009 |
| Parties will exchange a list of patent claim terms to be construed by the Court pursuant to Pat. L.R. 4-1. | December 21, 2009 |
| Parties will exchange proposed constructions and extrinsic evidence pursuant to Pat. L.R. 4-2. | January 11, 2010 |
| Parties will conference regarding the terms to be construed by the Court. | February 1, 2010 |
| Parties will file a Joint Claim Construction Statement and Prehearing Statement pursuant to Pat. L.R. 4-3. | February 5, 2010 |
| Completion of Claim Construction Discovery, including discovery of expert opinions (if any) on Claim Construction pursuant to Pat. L.R. 4-4. | March 8, 2010 |
| Parties will file their opening patent claim construction briefs pursuant to Pat. L.R. 4-5(a). | March 26, 2010 |
| Parties will file their opposition patent claim construction briefs pursuant to Pat. L.R. 4-5(b). | April 16, 2010 |
| Parties will file their reply patent claim construction briefs pursuant to Pat. L.R. 4-5(c). | April 30, 2010 |
| Claim Construction Hearing | May 12, 2010, 9:30 a.m. in Courtroom 4, 5th Floor, United States Courthouse, San Jose, CA |

IT IS SO ORDERED.

DATED:        10/1/09

_____

RICHARD SEEBORG
United States Magistrate Judge

2