Yitai Hu (SBN 248085) (yitai.hu@alston.com)
Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
S.H. Michael Kim (SBN 203491) (michael.kim@alston.com)
C. Augustine Rakow (SBN 254585) (augie.rakow@alston.com)
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:      650-838-2000
Facsimile:       650-838-2001

T. Hunter Jefferson (admitted pro hac vice) (hunter.jefferson@alston.com)
**ALSTON + BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:      404-881-7333
Facsimile:       404-253-8863

Attorneys for Plaintiff and Counterdefendant
ELAN MICROELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION, | Case No. 5:09-cv-01531-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CHANGING TIMES RELATED TO SETTLEMENT CONFERENCE** |
| v. | |
| APPLE, INC., | |
| Defendant. | |
| APPLE, INC., | |
| Counterclaimant, | |
| v. | |
| ELAN MICROELECTRONICS CORPORATION, | |
| Counterdefendant. | |

STIPULATION AND [PROPOSED] ORDER CHANGING
TIMES RELATED TO SETTLEMENT CONFERENCE

Case No. 5:09-cv-01531 RS (JCS)

Dockets.Justia.com

WHEREAS, in the Notice of Settlement Conference and Settlement Conference Order, Dkt. 40, the Court set deadlines culminating in a Settlement Conference on January 14, 2010;

WHEREAS lead counsel for Plaintiff Elan Microelectronics Corp., Yitai Hu, will be unavailable on January 14, 2010;

WHEREAS counsel agree to rescheduling the Settlement Conference as listed below;

NOW, THREFORE, the parties hereby stipulate and ask the Court to order as follows:

1. The Settlement Conference is rescheduled for **February 11, 2010, at 9:30 a.m.**

2. The principals of the parties, with unlimited authority to settle the case, shall meet and confer *in person* on or before may meet and confer on or before **January 21, 2010**, to discuss settlement.

3. Plaintiff shall make a settlement proposal, in writing, by **December 24, 2009**, with a copy to Chambers.

4. Defendant shall respond and make a counter-proposal, in writing, by **January 12, 2010**, with a copy to Chambers.

5. Each party shall prepare a Settlement Conference Statement, which must be LODGED with Chambers no later than **February 4, 2010**.

6. Other than the rescheduling of the dates listed above, no aspect of the Notice of Settlement Conference and Settlement Conference Order, Dkt. 40, is modified by this order.

Respectfully Submitted,

Dated: November 23, 2009     ALSTON + BIRD LLP

By: _____/s/_____
     Sean P. DeBruine

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

Dated: November 23, 2009                    WEIL, GOTHSAL & MANGES LLP

By: _____/s/_____
                Sonal N. Mehta

Attorneys for Defendant
APPLE, INC.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: _____, 2009     _____
                            Hon. Joseph C. Spero
                            UNITED STATES MAGISTRATE JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the signatory(ies) above.

Respectfully Submitted,

Dated: November 24, 2009            ALSTON + BIRD LLP


By: _____/s/_____
Sean P. DeBruine

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION