# EXHIBIT B

Case5:09-cv-01531-RS   Document48-2   Filed01/13/10   Page1 of 4

MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant and Counterclaim Plaintiff
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>            Plaintiff and Counterclaim Defendant,<br><br>      v.<br><br>APPLE INC.,<br><br>            Defendant and Counterclaim Plaintiff. | Case No. C-09-01531 RS<br><br>APPLE INC.'S INVALIDITY CONTENTIONS<br><br>JURY TRIAL DEMANDED<br><br>Hon. Richard Seeborg |

specification fails to provide an adequate written description of "first pattern on said panel for representing a mode switch to switch said touchpad between a key mode and a handwriting mode."

Claim 4 fails to satisfy the requirements of 35 U.S.C. § 112(1) because the specification fails to provide an adequate written description of "a plurality of second patterns on said plurality of regions for operation in said key and handwriting modes."

Claim 7 fails to satisfy the requirements of 35 U.S.C. § 112(1) because the specification fails to provide an adequate written description of "a plurality of second patterns on said plurality of regions for operation in said key and mouse modes."

Claim 10 fails to satisfy the requirements of 35 U.S.C. § 112(1) because the specification fails to provide an adequate written description of "[a] capacitive touchpad integrated with mouse and handwriting functions."

Claim 10 fails to satisfy the requirements of 35 U.S.C. § 112(1) because the specification fails to provide an adequate written description of "a plurality of second patterns on said plurality of regions for operation in said mouse and handwriting modes."

### III. ACCOMPANYING DOCUMENT PRODUCTION

Pursuant to P.R. 3-4(b), Apple is producing and making available for inspection prior art references and corroborating evidence concerning prior art systems that do not appear in the file histories of the patents at issue. See Bates Nos. APEL0006497-9337. These prior art references and corroborating evidence are cited in and support the accompanying invalidity charts. Apple's search for prior art references, additional documentation, and/or corroborating evidence concerning prior art systems is ongoing. Accordingly, Apple reserves the right to continue to supplement their production as Apple obtains additional prior art references, documentation, and/or corroborating evidence concerning invalidity during the course of discovery.

As to P.R. 3-4(a), Elan has access to publicly-available information, on the internet and elsewhere, about Apple's accused instrumentalities. Apple is in the process of collecting additional documents concerning the accused functionalities and will supplement its production

with documentation sufficient to show the structure, function, or operation of the relevant functionalities of the accused Apple instrumentalities once Elan has provided adequate infringement contentions and as Apple's collection and review of such documents progresses.

Dated:  December 7, 2009                    WEIL, GOTSHAL & MANGES LLP


                                            By: */s/ Sonal N. Mehta*
                                                Sonal N. Mehta
                                                Attorneys for Defendant and
                                                Counterclaim Plaintiff Apple Inc.