**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 16, 2006**

**C-06-01075** CRB

**GEERTSON FARMS INC  v.  MIKE JOHANNS**

Attorneys:       William Rostor                            James Coda
                  Miyoko Sakashita                  Gregory Page (telephone)

Deputy Clerk: **BARBARA ESPINOZA**              Reporter:  **N/A**

**PROCEEDINGS:**                                                                 **RULING:**

1.  Initial Case Management Conference     -   Held

2. 

3. 

**ORDERED AFTER HEARING:**



( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

(X) Referred to Magistrate Judge Elizabeth D. Laporte for:  Settlement Conference in July or August

(X ) CASE CONTINUED TO September 8, 2006 @ 8:30 a.m. for Status Conference

Discovery Cut-Off _____       Expert Discovery Cut-Off _____

Plntf to Name Experts by _____     Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: _____