| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | matthew.powers@weil.com |
| 2 | EDWARD R. REINES (Bar No. 135960) |
| | edward.reines@weil.com |
| 3 | SONAL N. MEHTA (Bar No. 222086) |
| | sonal.mehta@weil.com |
| 4 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 5 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA  94065 |
| 6 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| 7 | |
| | Attorneys for Plaintiff and Counterclaim Defendant, |
| 8 | Apple Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION, | Case No. C-09-01531 RS |
| Plaintiff and Counterclaim Defendant, | DECLARATION OF SONAL N. MEHTA IN SUPPORT OF APPLE INC.'S OPPOSITION TO ELAN MICROELECTRONICS CORPORATION'S MOTION TO SHORTEN TIME FOR HEARING ON ELAN'S MOTION TO COMPEL PRODUCTION OF SOURCE CODE PURSUANT TO PATENT L.R. 3-4(A) |
| v. | |
| APPLE INC., | |
| Defendant and Counterclaim Plaintiff. | |
| | Hon. Richard Seeborg |
| | Demand for Jury Trial |

MEHTA DEC. ISO APPLE'S OPPOSITION TO
ELAN'S MOTION TO SHORTEN TIME                                        Case No. C-09-01531 RS

I, Sonal N. Mehta, declare:

1. I am an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Defendant and Counter-Claimant Apple Inc. ("Apple") in the above captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as **Exhibit A** is a true and correct copy of an email I sent to Sean DeBruine, counsel for Elan, on December 16, 2009, at 12:13 a.m.

3. Attached as **Exhibit B** is a true and correct copy of an email I sent to Augie Rakow and Sean Debruine, both counsel for Elan, on January 8, 2010, at 12:55 p.m.

4. Attached as **Exhibit C** is a true and correct copy of an email I sent to Augie Rakow on January 14, 2010, at 2:34 p.m.

5. Attached as **Exhibit D** is a true and correct copy of an email I sent to Augie Rakow and Sean Debruine on January 19, 2010, at 4:29 p.m.

6. Attached as **Exhibit E** is a true and correct copy of an email sent to me by Sean DeBruine on January 19, 2010, at 5:06 p.m.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 19, 2010 at Redwood Shores, California.

                                          /s/     Sonal N. Mehta
                                                Sonal N. Mehta