## Mehta, Sonal

**From:** Mehta, Sonal
**Sent:** Thursday, January 14, 2010 2:34 PM
**To:** Rakow, Augie; Elan Apple Team
**Cc:** Apple Elan WGM Service
**Subject:** source code

Augie,

We were disappointed that Elan choose to file a motion to compel the production of source code notwithstanding our repeated explanation that Apple is securing final approvals for its release. We will respond to your motion as appropriate, but wanted to touch base about logistics of the inspection. Please let me know if there any specific software that you would like included on the review machines. Apple's standard configuration includes Text Edit, BB Edit, Text Wrangler, Adobe Reader and iTunes, but we can look into loading other software at your request.

Sonal

Dockets.Justia.com