**Mehta, Sonal**

**From:** Mehta, Sonal
**Sent:** Tuesday, January 19, 2010 4:29 PM
**To:** 'DeBruine, Sean'; Rakow, Augie; Elan Apple Team
**Cc:** Apple Elan WGM Service
**Subject:** RE: source code

Sean,

Apple's source code will be available for inspection in Weil's Boston and Redwood Shores offices on Friday, subject to entry of the protective order and receipt of signed acknowledgements from anyone that will review the code. Please let me know as soon as possible if the version of the protective order I circulated yesterday is acceptable so we can get that on file.

In terms of logistics for the review, the standard software configuration Apple uses for source code inspections should be more sufficient to search and review the code, but we have also included SlickEdit on the machines based on requests for that in the past. Please let us know as soon as possible who will attend the inspections and when so we can provide that information to security and office staff.

Thanks,
Sonal

---

**From:** DeBruine, Sean [mailto:Sean.DeBruine@alston.com]
**Sent:** Monday, January 18, 2010 4:31 PM
**To:** Mehta, Sonal; Rakow, Augie; Elan Apple Team
**Cc:** Apple Elan WGM Service
**Subject:** RE: source code

Sonal,

It would be best if the review computer had a replica of the development environment used at Apple to create the source code. Can you let me know whether that is feasible?

Thanks.

Sean

---

**From:** Mehta, Sonal [mailto:Sonal.Mehta@weil.com]
**Sent:** Thursday, January 14, 2010 2:34 PM
**To:** Rakow, Augie; Elan Apple Team
**Cc:** Apple Elan WGM Service
**Subject:** source code

Augie,

We were disappointed that Elan choose to file a motion to compel the production of source code notwithstanding our repeated explanation that Apple is securing final approvals for its release. We will respond to your motion as appropriate, but wanted to touch base about logistics of the inspection. Please let me know if there any specific software that you would

1

like included on the review machines. Apple's standard configuration includes Text Edit, BB Edit, Text Wrangler, Adobe Reader and iTunes, but we can look into loading other software at your request.

Sonal

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.
**************************************************** IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
_____ NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.