**\*E-Filed 01/20/2010\***

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION, | **No. C 09-01531 RS** |
| Plaintiff, | **ORDER DENYING MOTION TO SHORTEN TIME** |
| v. | |
| APPLE, INC., | |
| Defendant. | |
| _____/ | |

Elan's motion to shorten time filed on January 13, 2010 is denied.  In the event the underlying motion to compel is or becomes fully moot, it shall be promptly withdrawn.  Until such time, it shall remain on calendar as noticed.   In the event any delays in the production of source code, fully excusable or otherwise, make it difficult to comply with current case management deadlines, the parties are directed to meet and confer to attempt to stipulate to such reasonable extensions of those deadlines as may be appropriate, if any.

IT IS SO ORDERED.

Dated: 01/20/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

*United States District Court*
*For the Northern District of California*

1

No. C 09-01531 RS

Dockets.Justia.com