*E-Filed 01/20/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ELAN MICROELECTRONICS CORPORATION,

        Plaintiff,

  v.

APPLE, INC.,

        Defendant.

No. C 09-01531 RS

**ORDER DENYING MOTION TO SHORTEN TIME**

Elan's motion to shorten time filed on January 13, 2010 is denied. In the event the underlying motion to compel is or becomes fully moot, it shall be promptly withdrawn. Until such time, it shall remain on calendar as noticed. In the event any delays in the production of source code, fully excusable or otherwise, make it difficult to comply with current case management deadlines, the parties are directed to meet and confer to attempt to stipulate to such reasonable extensions of those deadlines as may be appropriate, if any.

IT IS SO ORDERED.

Dated: 01/20/2010

    RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

1

No. C 09-01531 RS