| | |
|---|---|
| 1 | Kristin Henry (CA Bar No. 220908) |
| | Sierra Club |
| 2 | 85 Second Street |
| | San Francisco, CA 94104 |
| 3 | (415) 977-5716 |
| | (415) 977-5793 FAX |
| 4 | kristin.henry@sierraclub.org |
| 5 | David Bookbinder (DC Bar No. 455525) Pro Hac Vice |
| | Sierra Club |
| 6 | 408 C. Street, NE |
| | Washington, DC 200002-5818 |
| 7 | (202) 548-4598 |
| | (202) 547-6009 FAX |
| 8 | david.bookbinder@sierraclub.org |
| 9 | Attorneys for Plaintiff |
| 10 | KEVIN V. RYAN (SBN 118321) |
| | United States Attorney |
| 11 | JOANN M. SWANSON (SBN 88143) |
| | Chief, Civil Division |
| 12 | JAMES A. CODA (SBN 1012669 (WI)) |
| | Assistant United States Attorney |
| 13 | Environment & Natural Resources Unit |
| 14 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 15 | Telephone No: (415) 436-6967 |
| | Facsimile No: (415) 436-6748 |
| 16 | james.coda@usdoj.gov |
| 17 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | ) | CIVIL NO. 06-3997 CRB |
| | ) | |
| Plaintiff, | ) | **STIPULATION** |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD RUMSFELD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties, through their respective counsel, hereby stipulate that the Defendants shall have until October 2, 2006, to answer or otherwise respond to the complaint.

| | |
|---|---|
| Date: 8/23/06 | s/David Bookbinder<br>DAVID BOOKBINDER |
| | Attorneys for Plaintiff |
| | KEVIN V. RYAN<br>United States Attorney |
| Date: 8/23/06 | s/James A. Coda<br>JAMES A. CODA<br>Assistant United States Attorney |
| | Attorneys for Defendants |

Defendants' counsel attests that the wording of this document is acceptable to Plaintiff's counsel.