James M. Finberg (SBN 114850)
Joy A. Kruse (SBN 142799)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

Joseph M. Hassett
Jean S. Moore
George H. Mernick, III
Albert W. Turnbull
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600

Class Counsel and Attorneys
for the Representative Plaintiffs
ColPERA and CalSTRS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA MICRO DEVICES CORPORATION SECURITIES LITIGATION, | Master File No. C-94-2817-VRW<br><br>[PROPOSED] ORDER PERMITTING DISTRIBUTION OF UNCLAIMED SETTLEMENT FUNDS |
| This Document Relates To:<br><br>ALL ACTIONS. | Date: September 14, 2006<br>Time: 2:00 p.m.<br>Court: Vaughn R. Walker |

WHEREAS, the Representative Plaintiffs, Colorado Public Employees' Retirement Association ("ColPERA") and California State Teachers' Retirement System ("CalSTRS"), on behalf of themselves and the Class they represent, seek approval to make a distribution of unclaimed settlement funds and their request is unopposed,

**IT IS HEREBY ORDERED:**

1. Distribution of the remaining cash settlement funds shall be made to those class members who cashed the settlement checks previously distributed in January 2006;

—and—

| | |
|---|---|
| 1 | 2. Poorman-Douglas shall be paid its costs and labor for distribution of these funds |
| 2 | not to exceed $1,851.58. |

Dated: _____

_____
The Honorable Vaughn R. Walker
United States District Court