Yitai Hu (SBN 248085) (yitai.hu@alston.com)
Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
C. Augustine Rakow (SBN 254585) (augie.rakow@alston.com)
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:     650-838-2000
Facsimile:      650-838-2001

T. Hunter Jefferson (admitted pro hac vice) (hunter.jefferson@alston.com)
**ALSTON + BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:     404-881-7333
Facsimile:      404-253-8863

Attorneys for Plaintiff and Counterdefendant
ELAN MICROELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLE, INC.,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-09-01531 RS (PVT)<br><br>**ELAN'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF SOURCE CODE DOCUMENTS PER PATENT L.R. 3-4(A)**<br><br>Date:      February 17, 2010<br>Time:     9:30<br>Courtroom:  Courtroom A, 15th Floor<br>Judge:    Hon. James C. Spero<br><br>JURY TRIAL DEMANDED |

TO DEFENDANT AND COUNTERCLAIMANT APPLE, INC.:

PLEASE TAKE NOTICE THAT Plaintiff Elan Microelectronics Corporation hereby withdraws its Motion to Compel Production of Source Code Documents filed January 13, 2010, Dkt. 47, based on Apple's representation that it has made its source code available for inspection at the Boston and

---

1 | Redwood Shores offices of its outside counsel, Weil Gotshal & Manges, LLP.

3 | Dated: January 25, 2010            ALSTON + BIRD LLP

By:            /s/
Sean P. DeBruine
Attorneys for Plaintiff and Counterdefendant
ELAN MICROELECTRONICS CORPORATION