Yitai Hu (SBN 248085) (yitai.hu@alston.com)
Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
S.H. Michael Kim (SBN 203491) (michael.kim@alston.com)
C. Augustine Rakow (SBN 254585) (augie.rakow@alston.com)
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: 650-838-2000
Facsimile: 650-838-2001

T. Hunter Jefferson (admitted pro hac vice) (hunter.jefferson@alston.com)
**ALSTON + BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7333
Facsimile: 404-253-8863

Attorneys for Plaintiff and Counterdefendant
ELAN MICROELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE, INC.,<br><br>　　　　Defendant<br><br>AND RELATED COUNTERCLAIMS | Case No. 5:09-cv-01531-RS<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING TIME AND MANNER TO MEET AND CONFER REGARDING SETTLEMENT**<br><br>Date: February 11<br>Time: 9:30<br>Courtroom: Courtroom A, 15th Floor<br>Judge: Hon. James C. Spero<br><br>JURY TRIAL DEMANDED |

STIPULATION & [PROPOSED] ORDER MODIFYING
TIME AND MANNER TO MEET AND CONFER
REGARDING SETTLEMENT

Case No. 5:09-cv-01531 RS (JCS)

1     WHEREAS, according to the Court's Order at docket 46, a settlement conference is scheduled to take place on February 11, 2010, and the parties are to meet and confer in person on or before January 21, 2010 to discuss settlement;

    WHEREAS, the travel time necessary for representatives of Elan Microelectronics Corporation ("Elan") to travel from Taiwan to attend the meet and confer is considerable;

    WHEREAS, despite diligent effort, the parties were unable to find a mutually agreeable day and time to meet on or before January 21, 2010;

    WHEREAS, the parties have agreed to extend the date to meet and confer regarding settlement to January 28, 2010 if the Court so permits; and

    WHEREAS, the parties have further agreed and mutually believe they can meet and confer effectively via videoconference;

    NOW, THEREFORE, the parties hereby stipulate and ask the Court to order as follows:

1. The Order at docket 46 is modified to extend the deadline to meet and confer from January 21, 2010 to January 28, 2010;
2. The principals of the parties may meet and confer via videoconference;
3. No other aspect of the Court's Order at docket 46 is modified by this order.

Respectfully Submitted,

Dated: January 20, 2010      ALSTON + BIRD LLP

By:    /s/
      Sean P. DeBruine

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

Dated: January 20, 2010      WEIL, GOTHSAL & MANGES LLP

By:    /s/
      Sonal N. Mehta

Attorneys for Defendant
APPLE, INC.

STIPULATION & [PROPOSED] ORDER MODIFYING      2      Case No. 5:09-cv-01531 RS (JCS)
TIME AND MANNER TO MEET AND CONFER
REGARDING SETTLEMENT

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: Jan. 22 , 2010 _____
Hon. Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the signatory(ies) above.

Respectfully Submitted,

Dated: January 20, 2010    ALSTON + BIRD LLP

By: _____/s/_____
    Sean P. DeBruine

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

LEGAL02/31721206v2