*E-Filed 02/01/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORP., | No. C 09-01531 RS |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| APPLE, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

This notice is to inform you that starting the week of Monday, February 15, 2010, Judge Seeborg will conduct all civil matters on **Thursdays** in **Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California**. Motion hearings will take place at **1:30 p.m.** and Case Management Conferences ("CMCs") will take place at 10:00 a.m.

All hearings and CMCs scheduled after Friday, February 12, 2010 in San Jose will be vacated. Parties are responsible for **promptly re-noticing** all motion hearings in San Francisco for a Thursday of their choosing.

Dated: 02/01/2010

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
Courtroom Deputy Clerk