**Exhibit B - US Patent No. 7,274,353**

**Agreed Constructions**

| Claim Term, Phrase, or Clause | Agreed Construction |
|---|---|
| "panel for touch inputting" (claims 1, 4, 7, 10) | "a panel, sensitive to touch, for inputting data." |
| "PCB" (claims 1, 4, 7, 10) | "printed circuit board" |
| "mouse mode" (claims 7, 10) | "mode in which moving a finger from one location on the panel to another causes the cursor on a screen to move a corresponding distance and direction as a cursor responds to a mouse" |

**Disputed Constructions**

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| "a first pattern on said panel for representing a mode switch to switch said touchpad between a key mode and a handwriting mode" (claims 1, 4) | "a single graphic printed on said panel representing a mode switch that switches from key to handwriting mode and from handwriting to key mode" | Claim 1; Claim 4; Figs. 1, 3; 1:13-30; 2:9-13; 2:41-46; 3:32-36; 3:39-43; 353 FH 0100-0102; 353 FH 0160-62 | APEL0018468-70; APEL0018501; APEL0018480-92; APEL0018493-9; Apple may provide expert testimony regarding how one skilled in the art would have read and | Information on the panel, visible to the user, indicating where the user can touch to change modes. | Figure 1, panel 12. Col. 2:43-45 | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the disputed claim terms. |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | understood the disputed claim terms. | | | |
| "a first pattern on said panel for representing a mode switch to switch said touchpad between a key mode and a mouse mode" (claim 7) | "a single graphic printed on said panel representing a mode switch that switches from key to mouse mode and from mouse to key mode" | Claim 7; Figs. 1, 3; 1:13-30; 2:9-13; 2:41-46; 3:32-36; 3:39-43; 353 FH 0100-0102; 353 FH 0160-62 | APEL0018468-70; APEL0018501; APEL0018480-92; APEL0018493-9; Apple may provide expert testimony regarding how one skilled in the art would have read and understood the disputed claim terms. | Information on the panel, visible to the user, indicating where the user can touch to change modes. | Figure 1, panel 12. Col. 2:43-45 | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the disputed claim terms. |
| "a first pattern on said panel for representing a mode switch to switch said touchpad between a mouse mode and a handwriting mode" (claim 10) | "a single graphic printed on said panel representing a mode switch that switches from mouse to handwriting mode and from handwriting to mouse mode" | Claim 10; Figs. 1, 3; 1:13-30; 2:9-13; 2:41-46; 3:32-36; 3:39-43; 353 FH 0100-0102; 353 FH 0160-62 | APEL0018468-70; APEL0018501; APEL0018480-92; APEL0018493-9; Apple may provide expert testimony regarding how one skilled in the | Information on the panel, visible to the user, indicating where the user can touch to change modes. | Figure 1, panel 12. Col. 2:43-45 | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the disputed claim terms. |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | art would have read and understood the disputed claim terms. | | | |
| "a plurality of regions defined on said panel" (claims 1, 4, 7, 10) | "two or more specific regions of the touch inputting panel" | Claim 1; Claim 4; Claim 7; Claim 10; Fig. 1; Fig. 2; Fig. 5; 2:9-17; 2:41-48; 2:60-3:22; 3:29-31; 3:39-43; 353 FH 0089-101,00158-59, 00162 | Apple may provide expert testimony regarding how one skilled in the art would have read and understood the disputed claim terms. | Visual information on the panel that delineates "virtual regions" to convey to the user where to touch | Col. 2:43-3:43 | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the disputed claim terms. |
| "a plurality of second patterns on said plurality of regions for operation in said key and handwriting modes" (claims 1, 4) | "two or more graphics that are printed on the specific regions and are present in and perform operations in both key and handwriting modes" | Claim 1; Claim 4; Figs. 1, 3; 1:13-30; 2:6-15; 2:41-46; 2:60-3:18; 3:32-36; 3:39-43; 353 FH 0100-0102; 353 FH 0159-62 | APEL0018468-70; APEL0018501; APEL0018480-92; APEL0018493-9; Apple may provide expert testimony regarding how one skilled in the art would have read and understood the | Visual information on the panel that delineates "virtual regions" to convey to the user where to touch to enter alpha numeric data in key mode or enter handwriting data in handwriting mode. | Col. 2:43-3:43 | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the disputed claim terms. |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | disputed claim terms. | | | |
| "a plurality of second patterns on said plurality of regions for operation in said key and mouse modes" (claim 7) | "two or more graphics that are printed on the specific regions and are present in and perform operations in both key and mouse modes" | Claim 7; Figs. 1, 3; 1:13-30; 2:6-15; 2:41-46; 2:60-3:18; 3:32-36; 3:39-43; 353 FH 0100-0102; 353 FH 0159-62 | APEL0018468-70; APEL0018501; APEL0018480-92; APEL0018493-9; Apple may provide expert testimony regarding how one skilled in the art would have read and understood the disputed claim terms. | Visual information on the panel that delineates "virtual regions" to convey to the user where to touch to enter alpha numeric data in key mode or enter mouse data in mouse mode. | Col. 2:43-3:43 | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the disputed claim terms. |
| "a plurality of second patterns on said plurality of regions for operation in said mouse and handwriting modes" (claim 10) | "two or more graphics that are printed on the specific regions and are present in and perform operations in both mouse and handwriting modes" | Claim 10; Figs. 1, 3; 1:13-30; 2:6-15; 2:41-46; 2:60-3:18; 3:32-36; 3:39-43; 353 FH 0100-0102; 353 FH 0159-62 | APEL0018468-70; APEL0018501; APEL0018480-92; APEL0018493-9; Apple may provide expert testimony regarding how one skilled in the art would have | Visual information on the panel that delineates "virtual regions" to convey to the user where to touch to enter mouse data in mouse mode or enter handwriting data | Col. 2:43-3:43 | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the disputed claim terms. |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | read and understood the disputed claim terms. | in handwriting mode. | | |