## Exhibit C - US Patent No. 5,764,218

### Agreed Constructions

| Claim Term, Phrase, or Clause | Agreed Construction |
|---|---|
| "detecting gap intervals between subsequent contact intervals" (claims 1, 5) | "detecting the duration between user contacts on a touch pad" |
| "distinguishing between a first cursor control operation, a second cursor control operation and a third cursor control operation based on the duration of said contact and gap intervals" (claim 1, 5) | "determining a particular cursor control operation based on the length of contact intervals and gap intervals" |
| "ButtonState variable" (claim 2) | "value simulating the state of a mechanical button switch" |
| "first button value" (claim 2) | "value simulating a first state of a mechanical button switch" |
| "second button value" (claims 2, 3) | "value simulating a second state of a mechanical button switch" |

### Disputed Constructions

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| "contact interval[s]" (claims 1, 2, 3, | "temporal duration of the user's contacts | Claims 1, 2, 3, 5; 2:47-56; 4:33-41; 5:31-36; | Apple may provide expert testimony | an amount of time during which there is a | Cols. 2:47-56; 4:33-41; 5:31-37; 6:9-13; 6:20- | Mr. Dezmelyk is expected to provide |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| 5) | with the touch-sensitive input device" | 5:67-6:13; 6:20-33; 6:40-50; 7:14-21; 7:26-37; 7:50-77; 8:4-9; 8:23-30; 8:40-9:10; 9:66-10:5; 10:18-23; 10:37-11:2; 12:16-20; 12:25-40; 12:51-60; 218 FH 0146 | regarding how one skilled in the art would have read and understood the disputed claim terms. | continuous user contact with the touch pad | 26; 6:30-33; 6:40-46; 6:59-63; 7:14-21; 7:26-37; 7:51-62; 8:4-9; 9:66-10:5; 11:54-61; 12:16-20; 12:29-40;12:51-60; Abstract; Fig. 4; Claims 1-12, and associated text. '218 patent prosecution history including but not limited to the 10/24/1996 office action pp. 2-3, the 12/26/1996 amendments pp. 2-4, 6-7, and references cited therein. | testimony regarding how one skilled in the art would have read and understood the disputed claim terms. U.S. Patent No. 5,543,591 to Gillespie *et al*. (Bates Nos. ELN015740-015795); GlidePoint User's Guide published by Cirque Corporation (Bates Nos. ELN016579-016594); Windows Touch Driver User's Guide published by MicroTouch System, Inc. (Bates Nos. ELN016682-016707); and |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | | TouchWare for DOS, Windows and NT, User's Guide published by MicroTouch System, Inc. (Bates Nos. ELN016649-016681) as cited in Elan's Invalidity Contentions. *The New IEEE Standard Dictionary of Electrical and Electronics Terms, Fifth Edition,* p. 679 (Bates Nos. ELN017218-224) ("New IEEE Dictionary"). |
| "subsequent contact intervals" (claims 1, 5) | See construction of "contact intervals." | See construction of "contact intervals." | See construction of "contact intervals." | an amount of time during which there is a continuous user contact with the touch pad | *See* "contact interval." | *See* "contact interval." |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | following the end of a first contact period | | |
| "reporting" (claims 1, 5) | No construction necessary. | Claim 1; Claim 5; Abstract; Fig. 4; Fig. 6; Fig. 8; Fig. 9; 1:8-12; 2:44-61; 3:8-11; 3:16-19; 3:23-28; 3:37-40; 4:30-41; 5:32-37; 5:46-49; 5:61-64; 6:8-16; 6:20-26; 6:34-39 6:50-55; 8:30-39; 9:10-13; 9:66-10:13; 12:15-24; 12:40-47; 218 FH 0111-12 | | outputting a signal to a host | Col. 4:24-41; Fig. 4; Claims 1 and 5, and associated text. '218 patent prosecution history including but not limited to the 10/24/1996 office action pp. 2-3, the 12/26/1996 amendments pp. 2-4, 6-7, and references cited therein. | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the disputed claim terms. U.S. Patent No. 5,543,591 to Gillespie *et al*. (Bates Nos. ELN015740-015795); GlidePoint User's Guide published by Cirque Corporation (Bates Nos. ELN016579-016594); Windows Touch Driver User's |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | | Guide published by MicroTouch System, Inc. (Bates Nos. ELN016682-016707); and TouchWare for DOS, Windows and NT, User's Guide published by MicroTouch System, Inc. (Bates Nos. ELN016649-016681) as cited in Elan's Invalidity Contentions. |
| "cursor control operations" (claims 1, 5) | "operations by a cursor controller such as a drag, single-click and multiple-click" | Claim 1; Claim 5; Abstract; 1:24-2:15; 2:56-61; 6:9-19; 10:9-13; 218 FH 112 | Apple may provide expert testimony regarding how one skilled in the art would have read and understood the disputed claim terms. | providing of positional data to effect movement of the cursor (i.e., cursor tracking operation) | Col. 6:11-13; Claims 1 and 5, and associated text. '218 patent prosecution history including but not limited to the 10/24/1996 office action pp. 2-3, the 12/26/1996 | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the disputed claim terms. U.S. Patent No. |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | amendments pp. 2-4, 6-7, and references cited therein. | 5,543,591 to Gillespie *et al*. (Bates Nos. ELN015740-015795); GlidePoint User's Guide published by Cirque Corporation (Bates Nos. ELN016579-016594); Windows Touch Driver User's Guide published by MicroTouch System, Inc. (Bates Nos. ELN016682-016707); and TouchWare for DOS, Windows and NT, User's Guide published by MicroTouch System, Inc. (Bates Nos. ELN016649-016681) as cited |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | | in Elan's Invalidity Contentions. *McGraw-Hill Dictionary of Scientific and Technical Terms, Fifth Edition,* pp. 452, 499 and 1396 (Bates Nos. ELN017235-39). *New IEEE,* pp. 254-255, 296 and 888 (Bates Nos. ELN017218-224). |
| "means for detecting contact intervals" (claim 5) | This limitation is governed by 35 U.S.C. § 112(6). The recited <u>function</u> is detecting contact intervals. The <u>corresponding structure</u> is a count up or | Claim 5; Fig. 4; Fig. 5; Fig. 6; Fig. 7; Fig. 8; Fig. 9; Fig. 11; 4:42-5:24; 5:46-56; 7:42-57; 7:57-67; 8:17-52; 9:63-10:5; 10:31-36; 10:50-56; 11:30-46 | Apple may provide expert testimony regarding how one skilled in the art would have read and understood the disputed claim terms. | This limitation is governed by 35 U.S.C. § 112(6). The recited <u>function</u> is detecting contact intervals. The <u>corresponding structure</u> is electrical | Claim 5 and associated text. Fig. 2, Fig. 10, Col. 4:42-5:5. | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the function and corresponding structure. |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | count down timer and equivalents thereof | | | balance measurement circuit 215, balance ratio determination circuit 220, microcontroller 225, and firmware or host computer and software. | | |
| "means for detecting gap intervals" (claim 5) | This limitation is governed by 35 U.S.C. § 112(6).<br><br>The recited <u>function</u> is detecting gap intervals.<br><br>The <u>corresponding structure</u> is a count up or count down timer and equivalents thereof | Claim 5; Fig. 4; Fig. 5; Fig. 6; Fig. 7; Fig. 8; Fig. 9; Fig. 11; 4:42-5:24; 5:46-56; 7:42-57; 7:57-67; 8:17-52; 9:63-10:5; 10:31-36; 10:50-56; 11:30-46 | Apple may provide expert testimony regarding how one skilled in the art would have read and understood the disputed claim terms. | This limitation is governed by 35 U.S.C. § 112(6).<br><br>The recited <u>function</u> is detecting gap intervals.<br><br>The <u>corresponding structure</u> is electrical balance measurement circuit 215, balance ratio determination circuit 220, | Claim 5 and associated text. Fig. 2, Fig. 10, Col. 4:42-5:5 | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the function and corresponding structure. |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | microcontroller 225, and firmware or host computer and software. | | |
| "means for distinguishing . . . and reporting" (claim 5) | This limitation is governed by 35 U.S.C. § 112(6). The recited <u>function</u> is distinguishing between a first cursor control operation, a second cursor control operation and a third cursor control operation based on the duration of said contact and gap intervals and reporting one of said first second or third cursor control operations. The | Claim 5; Fig. 1; Fig. 4; Fig. 5; Fig. 6; Fig. 7; Fig. 8; Fig. 9; Fig. 11; 4:11-12; 4:24-30; 5:2-5; 5:46-56; 6:14-17; 6:50-55; 6:63-66; 8:23-30; 8:34-37; 9:10-13; 9:63-10:13; 10:31-36; 11:25-29 | Apple may provide expert testimony regarding how one skilled in the art would have read and understood the disputed claim terms. | This limitation is governed by 35 U.S.C. § 112(6). The recited <u>function</u> is distinguishing between a first cursor control operation, a second cursor control operation and a third cursor control operation based on the duration of said contact and gap intervals and reporting one of said first second or third cursor control operations. The | Claim 5 and associated text. Fig. 2, Fig. 10, Col. 4:42-5:5 | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the function and corresponding structure. |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | corresponding structure is logic implemented in software, firmware, and/or hardware that considers contact and gap intervals to distinguish between cursor control operations, and supplies the data to the computer system as described in Fig. 1, Fig. 4, Fig. 5, Fig. 6, Fig. 7, Fig. 8, Fig. 9, Fig. 11, 4:11-12, 4:24-30, 5:2-5, 5:46-56, 6:14-17, 6:50-55, 6:63-66, 8:23-30, 8:34-37, 9:10-13, 9:63-10:13, 10:31-36, and/or 11:25-29, or equivalents thereof | | | corresponding structure is microcontroller 225 and firmware or host computer and software. | | |