### Exhibit E - US Patent No. 6,933,929

### Agreed Constructions

| Claim Term, Phrase, or Clause | Agreed Construction |
|---|---|
| "about the periphery of the opening" (claim 10) | "around the edges of the opening" |

### Disputed Constructions

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| "wall" (claim 10) | No construction necessary. | Claim 10; Fig. 4A; Fig. 4B; 8:18-26; APEL0001548-49; APEL0001560 | | upright surfaces of the recess and the opening; thickness of a device housing | Col. 8:27-31; Figs. 4A-4B; Claims 10 and 14; and associated text. '929 patent prosecution history including but not limited to the 7/15/2003 office action pp. 3-6, the 3/22/2004 amendments and response pp. 2-7, the 6/28/2004 office action pp. 2-5, the 9/2/2004 | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the disputed claim terms. U.S. Patent No. 5,920,310 to Faggin *et al.* (Bates No. ELN015937-015950); U.S. Patent No. |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | amendments and response pp. 2-9, the 12/3/2004 amendments and response pp. 2-8, and references cited therein. | | 6,262,717 to Donohue *et al.* (Bates No. ELN016046-016061); U.S. Patent No. 6,219,038 to Cho (Bates No. ELN016036-016045); U.S. Patent No. 6,392,637 to Liao *et al.* (Bates No. ELN016117-016127); and U.S. Patent No. RE40,323 to Bae (Bates No. ELN016626-016640) as cited in Elan's Invalidity Contentions. |
| "substantially flush" (claim 12) | No construction necessary. | Claim 12; Fig. 4A; 1:47-56; 8:7-17; 8:60-9:7; APEL0001509; APEL0001560 | | largely but not wholly even or same-level | Col. 8:15-17; 8:62-65; 9:5-7; 9:12-16; 9:26-33; 12:35-39; Figs. 4A-4B; Claims 1, 12 and | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | 22; and associated text. '929 patent prosecution history including but not limited to the 7/15/2003 office action pp. 3-6, the 3/22/2004 amendments and response pp. 2-7, the 6/28/2004 office action pp. 2-5, the 9/2/2004 amendments and response pp. 2-9, the 12/3/2004 amendments and response pp. 2-8, and references cited therein | art would have read and understood the disputed claim terms. U.S. Patent No. 5,920,310 to Faggin *et al.* (Bates No. ELN015937-015950); U.S. Patent No. 6,219,038 to Cho (Bates No. ELN016036-016045); U.S. Patent No. 6,392,637 to Liao *et al.* (Bates No. ELN016117-016127); and U.S. Patent No. RE40,323 to Bae (Bates No. ELN016626-016640) as cited in Elan's Invalidity Contentions. |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| "housing" (claims 10, 12, 14, 15, 17) | No construction necessary. | Claim 10; Claim 12; Claim 14; Claim 15; Claim 17; Fig. 4A; Fig. 4B ; 1:22-24; 1:38-46; 1:47-56; 2:44-56; 3:1-6; 7:57-8:17; 8:18-26; 8:27-46; 8:60-9:7; 9:8-23; 9:24-33 | | a rigid structure enclosing the components and circuitry of a device; a "bracket structure" supporting a trackpad from the inside of the device enclosure is not a "housing" | Cols. 1:18-20; 1:22-30; 1:38-56; 2:19-28; 3:1-6;7:61-8:6; 8:7-16; 8:20-31; 9:5-7; 9:10-16; 9:26-33; Abstract; Figs. 4A-4B; Claims 1, 7-10, 12-15, 18 and 21-24; and associated text. '929 patent prosecution history including but not limited to the 7/15/2003 office action pp. 3-6, the 3/22/2004 amendments and response pp. 2-7, the 6/28/2004 office action pp. 2-5, the 9/2/2004 amendments and response pp. 2-9, the 12/3/2004 amendments and response pp. 2-8, | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the disputed claim terms. U.S. Patent No. 5,920,310 to Faggin *et al.* (Bates No. ELN015937-015950); U.S. Patent No. 6,262,717 to Donohue *et al.* (Bates No. ELN016046-016061); U.S. Patent No. 6,219,038 to Cho (Bates No. ELN016036-016045); U.S. Patent No. 6,392,637 to |

| **Claim Term, Phrase, or Clause** | **Apple's Proposed Construction** | **Intrinsic Evidence** | **Extrinsic Evidence** | **Elan's Proposed Construction** | **Intrinsic Evidence** | **Extrinsic Evidence** |
|---|---|---|---|---|---|---|
| | | | | | and references cited therein. | Liao *et al.* (Bates No. ELN016117-016127); and U.S. Patent No. RE40,323 to Bae (Bates No. ELN016626-016640) as cited in Elan's Invalidity Contentions. *McGraw-Hill Dictionary of Scientific and Technical Terms, Third Edition*, p.769 (Bates Nos. ELN017232-34). |
| "track pad label" (claims 13, 15) | "a protective label that is placed over the touch pad" | Claim 13; Claim 15; Fig. 4A; 8:7-17; 8:18-26; 8:47-59; 8:60-9:7; 9:8-23; APEL0001532-33 | Apple may provide expert testimony regarding how one skilled in the art would have read and understood the disputed claim terms. | a protective covering over the track pad | Cols. 8:20-24; 8:38-46; 8:50-59; 8:65-9:18; Figs. 4A-4B; Claims 1, 4-5, 7-9, 13-15 and 21-24; and associated text. '929 patent prosecution | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the disputed claim |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | history including but not limited to the 7/15/2003 office action pp. 3-6, the 3/22/2004 amendments and response pp. 2-7, the 6/28/2004 office action pp. 2-5, the 9/2/2004 amendments and response pp. 2-9, the 12/3/2004 amendments and response pp. 2-8, and references cited therein. | terms. U.S. Patent No. 6,262,717 to Donohue *et al.* (Bates No. ELN016046-016061); U.S. Patent No. 6,219,038 to Cho (Bates No. ELN016036-016045); and U.S. Patent No. 6,392,637 to Liao *et al.* (Bates No. ELN016117-016127) as cited in Elan's Invalidity Contentions. |
| "substantially the same thickness" (claim 16) | No construction necessary. | Claim 16; 8:27-46; 8:60-9:7 | | largely but not wholly the same in thickness | Cols.1:52-56; 8:2-6; 8:43-46; Figs. 4A-4B; Claims 16 and 21; and associated text. '929 patent prosecution history including | Mr. Dezmelyk is expected to provide testimony regarding how one skilled in the art would have read and understood the |

| Claim Term, Phrase, or Clause | Apple's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence | Elan's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | but not limited to the 7/15/2003 office action pp. 3-6, the 3/22/2004 amendments and response pp. 2-7, the 6/28/2004 office action pp. 2-5, the 9/2/2004 amendments and response pp. 2-9, the 12/3/2004 amendments and response pp. 2-8, and references cited therein | disputed claim terms. U.S. Patent No. 5,920,310 to Faggin *et al.* (Bates No. ELN015937-015950); U.S. Patent No. 6,219,038 to Cho (Bates No. ELN016036-016045); U.S. Patent No. 6,392,637 to Liao *et al.* (Bates No. ELN016117-016127); U.S. Patent No. RE40,323 to Bae (Bates No. ELN016626-016640) as cited in Elan's Invalidity Contentions. |