```
KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTISKI (CSBN 138549)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7158
    Facsimile: (415) 436-7234
    Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 06-330 SI |
|     Plaintiff, | PARTIES' STIPULATION AND PROPOSED ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
|     v. | |
| BRIAN WOODSON, | |
|     Defendant. | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties last appeared before this Court on July 28, 2006 for status. At the request of the defendant, a settlement conference was scheduled with the Honorable Joseph C. Spero.

    2. The defendant requested an exclusion of time because of the ancillary proceedings to be held before Magistrate Judge Spero and effective preparation of counsel.

    3. The parties move that the time period from July 28, 2006 through September 26, 2006, the next calendared date before Magistrate Spero, be excluded from the calculation of time under the Speedy Trial Act due to effective preparation of counsel and the pending ancillary proceedings.

    4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective

STIPULATION AND PROPOSED ORDER
CR 06-330 SI

preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

5. For the reasons stated, the time period from July 7, 2006 through July 21, 2006, shall be excluded from the calculation of time under the Speedy Trial Act.

SO STIPULATED.

DATED: 9/22/06                                              Respectfully Submitted,


                                                            /s/
                                                            SUSAN REED JERICH
                                                            Assistant United States Attorney

DATED: 9/22/06

                                                            /s/
                                                            GEOFFREY HANSEN
                                                            Counsel for Defendant


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:
                                                            _____
                                                            HON. SUSAN Y. ILLSTON
                                                            Judge, United States District Court

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed Order in the case of <u>United States v. Brian Woodson</u>No. CR 06-330 SI , was served today as follows:

<u>Hand Delivery</u>
Geoffrey Hansen, Esq.
Federal Public Defender's Office

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2006 at San Francisco, California.

        /s/
Rawaty Yim
United States Attorney's Office