*E-Filed 02/08/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ELAN MICROELECTRONICS CORPORATION,

        Plaintiff,

v.

APPLE, INC.,

        Defendant.

No. C 09-01531 RS

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

The parties shall appear for a case management conference on February 25, 2010 at 10:00 a.m. in Courtroom 3, Seventeenth Floor, of the Court, located at 450 Golden Gate Avenue, San Francisco, California. Not later than seven days prior thereto, the parties shall file a statement setting out a joint proposal regarding all issues of "claim construction logistics" as described in their prehearing statement filed on February 8, 2010, or their respective separate positions with respect to any issue on which they are unable to agree.

IT IS SO ORDERED.

Dated: 02/08/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. C 09-01531 RS