1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
   NATALYA MAGILKO BAKER,          )    No. C06-7456 MEJ
12                                 )
                  Plaintiff,       )
13                                 )
          v.                       )    STIPULATION TO EXTEND DATES;
14                                 )    [PROPOSED] ORDER
   DAVID N. STILL, et al.,         )
15                                 )
                  Defendants.      )
16  _____)

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

   STIPULATION TO EXTEND DATES
   06-7456 MEJ

On October 16, 2007, Plaintiff file a motion for summary judgment. Defendants' opposition is due Thursday, October 25, 2007. It now appears that this matter may be entirely resolved within the next 60 days. Accordingly, the parties hereby stipulate, subject to the Court's approval, to extend the dates for briefing and the hearing accordingly. The schedule shall be as follows:

Defendant's Opposition and Cross Motion: December 27, 2007

Plaintiff's Reply:                    January 3, 2008

Defendant's Surreply, if any:          January 10, 2008

Hearing:                              January 24, 2008, at 10:00 a.m.


Date: October 23, 20007                   Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney


                                          _____/s/_____
                                          MELANIE L. PROCTOR
                                          Assistant United States Attorney
                                          Attorneys for Defendants

Date: October 23, 2007

                                          _____/s/_____
                                          MARTIN J. LAWLER
                                          Attorneys for Plaintiff


                              **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 24, 2007

                                          _____
                                          MARIA ELENA JAMES
                                          United States Magistrate Judge