1　Yitai Hu (SBN 248085)
　　(yitai.hu@alston.com)
2　Sean P. DeBruine (SBN 168071)
　　(sean.debruine@alston.com)
3　S.H. Michael Kim (SBN 203491)
　　(michael.kim@alston.com)
4　C. Augustine Rakow (SBN 254585)
　　(augie.rakow@alston.com)
5　**ALSTON & BIRD LLP**
　　Two Palo Alto Square
6　3000 El Camino Real, Ste 400
　　Palo Alto, CA　94306-2112
7　Phone:　(650) 838-2000
　　Fax:　(650) 838-2001
8
　　T. Hunter Jefferson (admitted pro hac vice)
9　(hunter.jefferson@alston.com)
　　**ALSTON + BIRD LLP**
10　One Atlantic Center
　　1201 West Peachtree Street
11　Atlanta, GA 30309-3424
　　Telephone:　404-881-7333
12　FACSIMILE:　404-253-8863

13　Attorneys for Plaintiff
　　ELAN MICROELECTRONICS
14　CORPORATION

MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
**WEIL, GOTSHAL & MANGES LLP**
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA　94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant and
Counterclaim Plaintiff,
APPLE INC.

15　　　　　　　　　　　UNITED STATES DISTRICT COURT

16　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

17

18

19　ELAN MICROELECTRONICS
　　CORPORATION,
20
　　　　　　　　　Plaintiff and Counterclaim
21　　　　　　　　　Defendant,

22　　　　v.

23　APPLE INC.,

24　　　　　　　　　Defendant and Counterclaim
　　　　　　　　　Plaintiff.
25

26

27

28

Case No. C-09-01531 RS (PVT)

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE

Hon. Richard Seeborg

Date:　February 25, 2010
Proposed Date:　March 11, 2010

1

2          Defendant Apple, Inc. ("Apple") and Plaintiff Elan Microelectronics Corporation

3    ("Elan") and, by and through their respective counsel of record, hereby stipulate as follows:

           WHEREAS, the Court set a Case Management Conference for February 25, 2010
4
     to address claim construction logistics (D.I. 61);
5
           WHEREAS, counsel for Apple has a scheduling conflict for February 25, 2010
6
     and respectfully requests that the Case Management Conference be rescheduled to March 11,
7
     2010;
8
           WHEREAS, counsel for the parties have met and conferred and Elan has stated
9
     that it does not oppose rescheduling the Case Management Conference to March 11, 2010;
10
           NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
11
     through their respective counsel and subject to the Court's approval, that the date for the Case
12
     Management Conference regarding claim construction logistics be rescheduled to March 11,
13
     2010.  Not later than seven days prior thereto, the parties shall file a statement setting out a joint
14
     proposal regarding all issues of "claim construction logistics" as described in their prehearing
15
     statement filed on February 8, 2010, or their respective separate positions with respect to any
16
     issue on which they are unable to agree
17
           IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
18

19
     DATED:  February 17, 2010                    _____/s/  Sean P. DeBruine_____
20                                                      Sean P. DeBruine

21                                               **ALSTON & BIRD LLP**
                                                 Attorneys For Elan Microelectronics Corporation
22

23

24
     DATED:  February 17, 2010                    _____/s/ Sonal N. Mehta_____
25                                                      Sonal N. Mehta

26                                               **WEIL, GOTSHAL & MANGES LLP**
                                                 Attorneys for Apple Inc.
27

28

STIPULATION AND PROPOSED ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE                    2                    Case No. C-09-01531 RS (PVT)

US_ACTIVE:\43311771\01\15096 0017

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

4   DATED: _____

5                                    _____
                                     Honorable Richard Seeborg
6                                    United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## FILER'S ATTESTATION

2

3        I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file
this **AMENDED STIPULATED PROTECTIVE ORDER**.  In compliance with General Order
45, paragraph X.B. I hereby attest that Sean DeBruine has concurred in this filing.

4

5

6                        By:        /s/ Sonal N. Mehta
                                   Sonal N. Mehta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28