**\*E-Filed 02/18/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>            Plaintiff,<br>  v.<br><br>APPLE, INC.,<br><br>            Defendant.<br>_____/ | No. C 09-01531 RS<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Case Management Conference scheduled for February 25, 2010 is continued to **March 18, 2010 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California**. The parties' Joint Case Management Statement is due no later than March 11, 2010.

Dated: 02/18/2010                                                         For the Court,
                                                                            RICHARD W. WEIKING, Clerk

                                                                            By:     /s/ Martha Parker Brown
                                                                                     Courtroom Deputy Clerk