```
J. DAVID NICK #157687
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
CODY DOBBS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | CR 06-711 SI |
|     v. | EX PARTE MOTION TO <u>CONTINUE STATUS DATE</u> |
| CODY DOBBS, | Date: December 18, 2006 |
|     Defendant._____/ | Time: 9:30 a.m.<br>Mag. Judge Chen |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA:

    COMES NOW defendant, through counsel, and hereby moves to continue the status date now set for said date and time before the Magistrate Judge.

    In support of said request, counsel declares:

    I am an attorney licensed to practice in the State of California and before this court, and I am the attorney for defendant Cody Dobbs herein.

    The purpose of the hearing on December 18, 2006, is to confirm the posting of the property bond in the above-entitled matter. The property bond has been posted with Magistrate Judge Nandor Vadas in Eureka, California. However, the appraisal of

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

Dockets.Justia.com

the property cannot be accomplished until January 2, 2007, due to the rural nature of the property and the appraiser's backlog. The appraiser has informed defendant that the written report will be completed by January 12, 2007.

A continuance is also respectfully requested because counsel has a sentencing hearing in the Eastern District of California, Sacramento, in the matter of <u>United States v. David Harde</u>, CR O6-270 FCD, on December 18, 2006 at 9:00 a.m.

Assistant United States Attorney Kirsten Ault has advised counsel that she opposes any continuance without a court hearing. Counsel believes it would be in the interests of justice to vacate the current date of December 18, 2006, and set a new status date of January 12, 2007. However, if the Court so requires, the matter can be advanced to December 15, 2006, at 9:30 a.m. Although counsel will not be available on that day, he can arrange for another attorney to appear, since there is a status hearing in this matter before District Court Judge Susan Illston at 11:00 a.m. on that day as well.

WHEREFORE, it is respectfully requested that the status hearing be continued to January 12, 2007; or in the alternative, advanced to December 15, 2007, for hearing on the motion to continue.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on December 12, 2006, at San Francisco, California.

                                        /s/ J. DAVID NICK
                                        J. DAVID NICK

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2