Yitai Hu (SBN 248085) (yitai.hu@alston.com)
Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
C. Augustine Rakow (SBN 254585) (augie.rakow@alston.com)
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:      650-838-2000
Facsimile:       650-838-2001

T. Hunter Jefferson (admitted pro hac vice)
(hunter.jefferson@alston.com)
**ALSTON + BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone:      404-881-7333
Facsimile:       404-253-8863

Attorneys for Plaintiff and Counterdefendant
ELAN MICROELECTRONICS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant and Counterclaimant | Case No. 5:09-cv-01531-RS (PVT)<br><br>**ELAN MICROELECTRONICS CORPORATION'S STATEMENT OF NON-OPPOSITION TO APPLE'S MOTION TO EXTEND THE CLAIM CONSTRUCTION BRIEFING SCHEDULE AND MARKMAN HEARING DATE**<br><br>Hon. Richard Seeborg |

Plaintiff and Counter-Defendant Elan Microelectronics Corporation respectfully submits this statement of non-opposition to Defendant and Counterclaimant Apple, Inc.'s March 11, 2010 Unopposed Motion to Extend the Claim Construction Briefing Schedule and Markman Hearing Date, Dkt. 68.

DATED:  March 17, 2010                                         /s/  Sean P. DeBruine
                                                                                    Sean P. DeBruine

**ALSTON & BIRD LLP**
Attorneys for Elan Microelectronics Corporation

#31,816,776