| | |
|---|---|
| 1 | FRANKLIN BROCKWAY GOWDY, SBN 47918 |
| | fgowdy@morganlewis.com |
| 2 | THOMAS D. KOHLER, SBN 207917 |
| | tkohler@morganlewis.com |
| 3 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 4 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 5 | Fax: 415.442.1001 |
| 6 | DAVID C. BOHRER, SBN 212397 |
| | dbohrer@morganlewis.com |
| 7 | MICHAEL J. LYONS, SBN 202284 |
| | mlyons@morganlewis.com |
| 8 | DION M. BREGMAN, SBN 208393 |
| | dbregman@morganlewis.com |
| 9 | MORGAN, LEWIS & BOCKIUS LLP |
| | 2 Palo Alto Square |
| 10 | 3000 El Camino Real, Suite 700 |
| | Palo Alto, CA 94306-2122 |
| 11 | Tel: 650.843.4000 |
| | Fax: 650.843.4001 |
| 12 | mlyons@morganlewis.com |
| 13 | Attorneys for Plaintiff and Counter-Defendant |
| | NIDEC CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, Inc., and AGILIS TECHNOLOGY INC.,<br><br>Defendants. | Case No. C05 00686 SBA (EMC)<br><br>**[SEALED] NIDEC CORPORATION'S OPPOSITION TO JVC'S MOTION TO COMPEL DISCOVERY RELATED TO THE ACCUSED NIDEC MOTORS** |

## MANUAL FILING NOTIFICATION

Regarding: [SEALED] NIDEC CORPORATION'S OPPOSITION TO JVC'S MOTION TO COMPEL DISCOVERY RELATED TO THE ACCUSED NIDEC MOTORS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3619812.1                                     [SEALED] NIDEC OPPOSITION; C05 00686 SBA (EMC)

| | |
|---|---|
| 1 | This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's |
| 2 | office. |
| 3 | |
| 4 | If you are a participant on this case, this filing will be served in hard-copy shortly. |
| 5 | |
| 6 | For information on retrieving this filing directly from the court, please see the court's main web |
| 7 | site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description): _____

Dated: December 20, 2006        MORGAN, LEWIS & BOCKIUS LLP

FRANKLIN BROCKWAY GOWDY
THOMAS D. KOHLER
DAVID C. BOHRER
MICHAEL J. LYONS
DION M. BREGMAN

By:  /S/ THOMAS D. KOHLER
Thomas D. Kohler
Attorneys for Plaintiff and Counter-defendant
NIDEC CORPORATION