UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 15 min.

**JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:  Unreported                      DATE: 3/18/10

COURTROOM DEPUTY: Corinne Lew

CASE #: C 09-1531 RS

CASE TITLE:   Elan Microelectronics Corp.   VS.   Apple, Inc.

**Appearances for Plaintiff(s)**            **Appearances for Defendant(s)**

**Sean DeBruine**                            **Edward Reines**
                                             **Sonal Mehta**

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   **{X}CMC**   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

***DISPOSITION of TODAY'S PROCEEDINGS***

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED       [ ] SUBMITTED       [ ] DENIED/GRANTED in part

***[ ] BRIEFS TO BE FILED AS FOLLOWS:***

{ } Cont'd to            @            For

**ORDER TO BE PREPARED BY:**     [ ]PLTF;    [ ]DEFT;    **[ X ]COURT**
Additional Comments:  Scheduling Order to follow