**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**\*E-Filed 05/03/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ELAN MICROELECTRONICS
CORPORATION,

          Plaintiff,

   v.

APPLE, INC.,

          Defendant.

_____/

**No. C 09-01531 RS**

**ORDER DENYING MOTION TO
SHORTEN TIME**

    Elan's motion to shorten time filed on April 27, 2010 is denied.

IT IS SO ORDERED.

Dated: 05/03/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-01531 RS