Yitai Hu (SBN 248085) (yitai.hu@alston.com)
Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
C. Augustine Rakow (SBN 254585) (augie.rakow@alston.com)
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:     650-838-2000
Facsimile:      650-838-2001

T. Hunter Jefferson (admitted *pro hac vice*)(hunter.jefferson@alston.com)
**ALSTON + BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone:    404-881-7000
Facsimile:     404-881-7777

Attorneys for Plaintiff and Counterdefendant
ELAN MICROELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-cv-01531 RS<br><br>**DECLARATION OF SEAN P. DEBRUINE IN SUPPORT OF ELAN MICROELECTRONICS CORPORATION'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>DATE:　　June 23, 2010<br>TIME:　　1:30 p.m.<br>JUDGE:　Richard Seeborg<br>CTRM:　　Courtroom 3, 17th Floor |

I, Sean P. DeBruine, declare as follows:

1. I am a partner in the law firm of Alston & Bird LLP, counsel to Plaintiff Elan Corporation ("Elan") in this action. I have personal knowledge of the following facts, except as otherwise stated. If called to testify, I could and would testify competently to the matters stated herein.

2. Attached as Exhibit A is a true and correct copy of U.S. Patent No. 5,825,352.

3. Attached as Exhibit B is a true and correct copy of U.S. Patent No. 5,764,218.

4. Attached as Exhibit C is a true and correct copy of the text of an article appearing in the April, 1992 edition of Computer Shopper magazine entitled "Whatever Happened to the Gavilan Mobile Computer?" retrieved from the Dialog periodical database. (ELN016902 – ELN016904).

5. Attached hereto as Exhibit D is a true and correct copy of UK published patent application GB 2139762 A to Prosenko, *et al.*, assigned to Gavilan Computer Corp.

6. Attached as Exhibit E is a true and correct copy of U.S. Patent No. 7,274,353.

7. Attached as Exhibit F is a true and correct copy of U.S. Patent No. 7,495,659.

8. Attached as Exhibit G are true and correct copies of pages from the transcript of the April 1, 2010 deposition of Brian Von Herzen, Ph.D.

9. Attached as Exhibit H is a true and correct copy of an Office Action dated October 24, 1996 from the prosecution history of U.S. Patent No. 5,764,218.

10. Attached as Exhibit I is a true and correct copy of an Amendment dated December, 26, 1996 from the prosecution history of U.S. Patent No. 5,764,218.

11. Attached as Exhibit J is a true and correct copy of the Notice of Allowability dated March 7, 1997 from the prosecution history of U.S. Patent No. 5,764,218.

12. Attached as Exhibit K is a true and correct copy of the Claim Construction Order issued April 6, 2007 in the case of *Elantech Devices Corp. v. Synaptics, Inc.*, Case No. C 06-01839, Dkt. 91.

//

13. Attached as Exhibit L is a true and correct copy of Elantech Devices Corp.'s Reply Claim Construction Brief for U.S. Patent 5,825,352, dated February 21, 2007, filed in the *Elantech v. Synaptics* case.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 7, 2010, at Palo Alto, California.

*/s/ Sean P. DeBruine*
Sean P. DeBruine

LEGAL02/31906047v1