| | |
|---|---|
| Yitai Hu (SBN 248085) <br> (yitai.hu@alston.com) <br> Sean P. DeBruine (SBN 168071) <br> (sean.debruine@alston.com) <br> C. Augustine Rakow (SBN 254585) <br> (augie.rakow@alston.com) <br> **ALSTON & BIRD LLP** <br> Two Palo Alto Square <br> 3000 El Camino Real, Suite 400 <br> Palo Alto, California  94306 <br> Telephone:      650-838-2000 <br> Facsimile:       650-838-2001 <br><br> T. Hunter Jefferson (admitted pro hac vice) <br> (hunter.jefferson@alston.com) <br> **ALSTON & BIRD LLP** <br> One Atlantic Center <br> 1201 West Peachtree Street <br> Atlanta, Georgia 30309 <br> Telephone:      404-881-7000 <br> Facsimile:       404-881-7777 <br><br> Attorneys for Plaintiff and Counterdefendant <br> ELAN MICROELECTRONICS CORPORATION | MATTHEW D. POWERS (Bar No. 104795) <br> matthew.powers@weil.com <br> JARED BOBROW (Bar No. 133712) <br> jared.bobrow@weil.com <br> DOUGLAS E. LUMISH (Bar. No. 183863) <br> douglas.lumish@weil.com <br> SONAL N. MEHTA (Bar No. 222086) <br> sonal.mehta@weil.com <br> DEREK C. WALTER (Bar No. 246322) <br> derek.walter@weil.com <br> NATHAN GREENBLATT (Bar No. 262279) <br> nathan.greenblatt@weil.com <br> WEIL, GOTSHAL & MANGES LLP <br> Silicon Valley Office <br> 201 Redwood Shores Parkway <br> Redwood Shores, CA  94065 <br> Telephone: (650) 802-3000 <br> Facsimile: (650) 802-3100 <br><br> Attorneys for Defendant and Counterclaim Plaintiff APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION, <br><br>            Plaintiff, <br><br>      v. <br><br> APPLE, INC., <br><br>            Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 09-cv-01531 RS <br><br> **STIPULATION AND [~~XXXXXXXXXXXX~~] ORDER MODIFYING AMENDED PROTECTIVE ORDER** |

1   WHEREAS, on March 29, 2010, Elan Microelectronics Corporation ("Elan") filed a
2   Complaint with the United States International Trade Commission (the "Commission") under
3   Section 337 of the Tariff Act of 1930 as Amended, naming Apple, Inc. ("Apple") as a proposed
4   respondent;

5   WHEREAS, on April 23, 2010, the Commission instituted an investigation based on the
6   Complaint pursuant to 19 U.S.C. § 1337, currently pending as *In the Matter of Certain Electronic*
7   *Devices With Multi-Touch Enabled Touchpads and Touchscreens,* Investigation No. 337-TA-0714
8   (the "ITC Action");

9   WHEREAS, documents and other discovery included Protected Material, as that term is
10  defined in the Amended Protective Order, Dkt. 62, may be discoverable in the ITC Action; and

11  WHEREAS, the parties wish to avoid requesting and producing duplicate discovery.

12  NOW, THEREFORE, the Parties stipulate and ask the Court to order as follows:

13  Notwithstanding the provision of paragraph 6(a) of the Amended Protective Order,
14  Protected Material produced in discovery in the present case may be used in the ITC Action
15  provided that such material be treated as Confidential Business Information or Confidential
16  Business Information – Source Code as appropriate under the terms of the protective order in the
17  ITC Action.

18  DATED: May 28, 2010          Respectfully submitted,
19                                ALSTON & BIRD LLP
20
21                                By:  _____/s/ Sean P. DeBruine_____
22                                     Sean P. DeBruine
                                       Attorneys for Plaintiff and Counterdefendant
23                                     ELAN MICROELECTRONICS CORPORATION

24  DATED: May 28, 2010          WEIL, GOTSHAL & MANGES LLP
25
26                                By:  _____/s/ Sonal N. Mehta_____
                                       Sonal N. Mehta
27                                     Attorneys for Defendant and Counterclaim Plaintiff
                                       APPLE INC.
28

STIPULATION AND [PROPOSED] ORDER MODIFYING       1                    Case No. 09-cv-01531 RS
AMENDED PROTECTIVE ORDER

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION IT IS SO ORDERED

3

4  DATED: ___June 2___, 2010

5

6  _____
    *Patricia V. Trumbull*

7  The Honorable Patricia V. Trumbull
   UNITED STATES MAGISTRATE JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sean P. DeBruine, attest that concurrence in the filing of this document has been obtained.

/s/  Sean P. DeBruine<br>
Sean P. DeBruine

LEGAL02/31932390v1