*E-Filed*
1/25/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>APPLE, INC.,<br><br>    Defendant.<br>_____/ | No. C 09-01531 RS<br><br>**ORDER AMENDING CLAIMS CONSTRUCTION ORDER** |

The claim construction order entered herein on November 1, 2010, is hereby amended as follows:

1. On page 13, lines 5-6: delete the sentence, "The terms of the independent claim have not been presented for construction," and replace it with, "The disputed terms of the independent claim have been discussed above."

2. On page 16, lines 14-15: replace "18" with "19," so that the sentence reads, "Accordingly, claim 19 of the '352 patent is indefinite because there is no structure adequately disclosed in the specification to perform the claimed functions."

1

No. C 09-01531 RS

These corrections do not reflect any change in substance.

IT IS SO ORDERED.

Dated: 1-24-11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE