YITAI HU (SBN 248085)
yitai.hu@alston.com
SEAN P. DEBRUINE (SBN 168071)
sean.debruine@alston.com
ELIZABETH H. RADER (SBN 184963)
elizabeth.rader@alston.com
TSAI-YU (APRIL) CHEN (SBN 264523)
april.chen@alston.com
JANE HAN BU (SBN 240081)
jane.bu@alston.com
JENNIFER LIU (SBN 268990)
celine.liu@alston.com
PALANI P. RATHINASAMY (SBN 269852)
palani.rathinasamy@alston.com
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:     650-838-2000
Facsimile:     650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELAN MICROELECTRONICS
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-cv-01531 RS (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br> AS MODIFIED BY THE COURT<br>DATE:    June 2, 2011<br>TIME:    10:00 a.m.<br>CTRM:    Courtroom 3, 17th Floor<br>JUDGE:   Hon. Richard Seeborg |

The Court has scheduled a Further Case Management Conference on June 2, 2011 at 10:00 a.m (*see* Clerk's Notice, Docket # 194).  Lead counsel for plaintiff Elan Microelectronics Corporation will be travelling out of town on business on that day and would therefore be unable to attend.  In addition, Elan has filed its Motion for Partial Summary Judgment of infringement of U.S. Patent No. 5,825,352.  In a separate Stipulation filed today, Counsel for the parties have agreed to reschedule the hearing on that motion until June 20, 2011 if the Court is available, or else until July 7, 2011.  The parties have agreed to request that the Further Case Management conference be rescheduled, and have further agreed to request that the Case Management Conference be scheduled for the same day as the hearing on Elan's motion.

The parties therefore stipulate, and ask that the Court order the Furthe Case Management Conference be continued until June 20, 2011 if convenient for the Court or to July 7, 2011 or the earliest date thereafter that is convenient for the Court.

The Court has previously: rescheduled the initial Case Management Conference from August 12, 2009 to August 26, 2009 [Dkt. No. 46]; granted Apple's request to Extend Claim Construction Briefing and Markman Hearing [Dkt. No. 72]; granted Elan's Motion to Enlarge Claim Construction Briefing Deadlines [Dkt. No. 77] and granted Apple's motion to shorten time for Elan to respond to its Motion to Strike [Dkt. No. 115].  The requested brief continuance would have no effect on the remaining schedule in this case.

NOW, THEREFORE, the parties hereby stipulate and request that the Court order that the Further Case Management Conference, currently calendared for June 2, 2011, be continued until ~~June 20, 20~~11.   July 14, 2011

DATED:  May 19, 2011          Respectfully submitted,

ALSTON & BIRD LLP

By:          */s/ Sean P. DeBruine*
                Sean P. DeBruine

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE          1          Case No. 09-cv-01531 RS (PSG)

1  DATED: May 19, 2011        Respectfully submitted,

2                              WEIL GOTSHAL & MANGES LLP

3
                               By:  _____/s/ Sonal N. Mehta_____
4                                   Sonal N. Mehta

5                              Attorneys for Defendant
                               APPLE, INC.
6

7  **PURSUANT TO STIPULATION IT IS SO ORDERED.**

8  DATED: May  25, 2011

9                              _____
                                       Hon. Richard Seeborg
10                                     United States District Judge