| | |
|---|---|
| YITAI HU (SBN 248085)<br>yitai.hu@alston.com<br>SEAN P. DEBRUINE (SBN 168071)<br>sean.debruine@alston.com<br>ELIZABETH H. RADER (SBN 184963)<br>elizabeth.rader@alston.com<br>JANE HAN BU (SBN 240081)<br>jane.bu@alston.com<br>JENNIFER LIU (SBN 268990)<br>celine.liu@alston.com<br>PALANI P. RATHINASAMY (SBN 269852)<br>palani.rathinasamy@alston.com<br>ALSTON & BIRD LLP<br>275 Middlefield Road, Suite 150<br>Menlo Park, CA 94025-4008<br>Telephone: 650-838-2000<br>Facsimile: 650-838-2001<br><br>Attorneys for Plaintiff<br>ELAN MICROELECTRONICS CORPORATION | MATTHEW D. POWERS (Bar No. 104795)<br>matthew.powers@weil.com<br>JARED BOBROW (Bar No. 133712)<br>jared.bobrow@weil.com<br>SONAL N. MEHTA (Bar No. 222086)<br>sonal.mehta@weil.com<br>DEREK WALTER (Bar No. 246322)<br>derek.walter@weil.com<br>STEFANI SMITH (Bar No. 251305)<br>stefani.smith@weil.com<br>NATHAN GREENBLATT (Bar No. 262279)<br>nathan.greenblatt@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>Attorneys for Defendant and<br>Counterclaim Plaintiff,<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant and Counterclaim Plaintiff. | Case No. C-09-01531 RS (PSG)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING FOR ELAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS MODIFIED BY THE COURT<br>Hon. Richard Seeborg<br><br>Date: June 9, 2011<br>Proposed Date: June 20, 2011 |

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE
HEARING DATE FOR ELAN'S MOTION FOR PARTIAL
SUMMARY JUDGMENT OF INFRINGEMENT

Case No. C-09-01531 RS (PSG)

1  Defendant Apple, Inc. ("Apple") and Plaintiff Elan Microelectronics Corporation
2  ("Elan") and, by and through their respective counsel of record, hereby stipulate as follows:
3  WHEREAS, Elan has filed a motion entitled "Elan Microelectronics Corporation's
4  Notice of Motion and Motion for Partial Summary Judgment of Infringement of U.S. Patent
5  5,825,352," noticing a hearing date of June 9, 2011;
6  WHEREAS, the parties have agreed to enlarge the date for the hearing on Elan's
7  motion to accommodate the deposition of Elan's expert witness and the schedules of Apple's trial
8  and in-house counsel;
9  WHEREAS, the parties have agreed, subject to the Court's approval, to have
10  Elan's motion for partial summary judgment heard on June 20, 2011, with Apple's opposition
11  brief due on June 2, 2011 and Elan's reply brief due on June 9, 2011;
12  WHEREAS, the parties have further agreed that to the extent the Court is unable to
13  accommodate a June 20, 2011 hearing date, an alternative hearing date of July 7, 2011 would be
14  appropriate;
15  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
16  through their respective counsel, that the hearing date for Elan's motion for partial summary
17  judgment be rescheduled to ~~June 20~~, July 14, 2011 at 1:30 p.m. 2011 (subject to the Court's availability), with Apple's
18  opposition to Elan's motion due on June 2, 2011 and Elan's reply brief due on June 9, 2011.
19  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

20  DATED: May 19, 2011                    /s/ Sean P. DeBruine
                                           Sean P. DeBruine
21
                                           ALSTON & BIRD LLP
22                                         Attorneys For Elan Microelectronics Corporation
23

24  DATED: May 19, 2011                    /s/ Sonal N. Mehta
                                           Sonal N. Mehta
25
                                           WEIL, GOTSHAL & MANGES LLP
26                                         Attorneys for Apple Inc.
27

28

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

4  DATED: 5/25/11                          _____
                                            Honorable Richard Seeborg
5                                           United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER TO CONTINUE
HEARING DATE FOR ELAN'S MOTION FOR PARTIAL
SUMMARY JUDGMENT OF INFRINGEMENT           3                    Case No C-09-01531 RS (PSG)