| | |
|---|---|
| 1  MATTHEW D. POWERS (Bar No. 104795) | *E-Filed 6/1/11* |
|    matthew.powers@weil.com | |
| 2  JARED BOBROW (Bar No. 133712) | |
|    jared.bobrow@weil.com | |
| 3  SONAL N. MEHTA (Bar No. 222086) | |
|    sonal.mehta@weil.com | |
| 4  DEREK C. WALTER (Bar. No. 246322) | |
|    derek.walter@weil.com | |
| 5  STEFANI SMITH (Bar No. 251305) | |
|    Email: stefani.smith@weil.com | |
| 6  NATHAN GREENBLATT (Bar No. 262279) | |
|    nathan.greenblatt@weil.com | |
| 7  WEIL, GOTSHAL & MANGES LLP | |
|    Silicon Valley Office | |
| 8  201 Redwood Shores Parkway | |
|    Redwood Shores, CA 94065 | |
| 9  Telephone: (650) 802-3000 | |
|    Facsimile: (650) 802-3100 | |

Attorneys for Defendant and Counterclaim Plaintiff
Apple Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION, | Case No. C-09-01531 RS (PSG) |
| | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF ELAN MICROELECTRONICS CORPORATION'S <u>RENEWED</u> ADMINISTRATIVE MOTION TO FILE PORTIONS OR THE ENTIRETY OF PAPERS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT UNDER SEAL |
|         Plaintiff and Counterclaim Defendant, | |
| v. | |
| APPLE INC., | |
|         Defendant and Counterclaim Plaintiff. | |
| | JUDGE: Hon. Richard Seeborg |

1  The Court has received (1) Plaintiff Elan Microelectronics Corporation's <u>Renewed</u> Administrative to File Portions or the Entirety of Papers in Support of Its Motion for Partial Summary Judgment of Infringement Under Seal ("Renewed Motion to Seal") (Dkt. No. 216); (2) the Amended Declaration of Jennifer Liu in Support of the Renewed Motion to Seal; and (3) the Declaration of Nathan Greenblatt in Support of the Renewed Motion to Seal.

Good cause appearing, Elan's Renewed Motion to Seal (Dkt. No. 216) is GRANTED. It is hereby ORDERED that the following may be filed under seal:

1. The redacted portions of Elan's Motion for Partial Summary Judgment of Infringement of U.S. Patent 5,875,352;

2. The redacted portions of the Declaration of Robert Dezmelyk in Support of Elan's Motion for Partial Summary Judgment of Infringement;

3. The redacted portions of Exhibit B to the Declaration of Robert Dezmelyk in Support of Elan's Motion for Partial Summary Judgment of Infringement;

4. The redacted portions of the Amended Declaration of Jennifer Liu in Support of Elan's Motion for Partial Summary Judgment of Infringement;

5. Exhibits 3-6, 23-25, 27, 29-37, 39-45, and 47 to the Amended Declaration of Jennifer Liu in Support of Elan's Motion for Partial Summary Judgment of Infringement.

DATED: 6/1, 2011

_____
UNITED STATES DISTRICT JUDGE