YITAI HU (SBN 248085)
yitai.hu@alston.com
SEAN P. DEBRUINE (SBN 168071)
sean.debruine@alston.com
ELIZABETH H. RADER (SBN 184963)
elizabeth.rader@alston.com
JANE HAN BU (SBN 240081)
jane.bu@alston.com
JENNIFER LIU (SBN 268990)
celine.liu@alston.com
PALANI P. RATHINASAMY (SBN 269852)
palani.rathinasamy@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone: 650-838-2000
Facsimile: 650-838-2001

Attorneys for Plaintiff
ELAN MICROELECTRONICS
CORPORATION

MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
DEREK WALTER (Bar No. 246322)
derek.walter@weil.com
NATHAN GREENBLATT (Bar No. 262279)
nathan.greenblatt@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant and
Counterclaim Plaintiff,
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION, <br><br>         Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> APPLE INC., <br><br>         Defendant and Counterclaim Plaintiff. | Case No. C-09-01531 RS (PSG) <br><br> STIPULATION AND [PROPOSED] ORDER TO HEAR THE FURTHER CASE MANAGEMENT CONFERENCE IN CONJUNCTION WITH ELAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT <br><br> Hon. Richard Seeborg <br><br> Date:  July 14, 2011 <br> Time:  1:30 p.m. <br> Department 3, 17th Floor |

STIP. AND [PROPOSED] ORDER TO HEAR THE FURTHER
CASE MANAGEMENT CONFERENCE IN CONJUNCTION
WITH ELAN'S MTN FOR PARTIAL SUMMARY JUDGMENT

Case No. C-09-01531 RS (PSG)

1    Defendant Apple, Inc. ("Apple") and Plaintiff Elan Microelectronics Corporation

2    ("Elan") and, by and through their respective counsel of record, hereby stipulate as follows:

3    WHEREAS, the Court has scheduled a Further Case Management Conference at

4    10:00 a.m. on July 14, 2011 to address the need and procedure for further claim construction

5    proceedings;

6    WHEREAS, Elan has filed a motion entitled Elan Microelectronics Corporation's

7    Notice of Motion and Motion for Partial Summary Judgment of Infringement of U.S. Patent

8    5,825,352 and the hearing on Elan's motion has been set for 1:30 p.m. on July 14, 2011;

9    WHEREAS, in view of the relationship between the issues to be discussed at the

10   Further Case Management Conference and on Elan's motion, the parties have agreed, subject to

11   the Court's approval, that it may be more convenient and productive for the Court and the parties

12   to hold the Further Case Management Conference in conjunction with Elan's Motion for Partial

13   Summary Judgment at 1:30 p.m. on July 14, 2011 rather than earlier that morning.

14   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,

15   through their respective counsel, that, subject to the Court's approval, the Further Case

16   Management Conference be rescheduled and held in conjunction with the hearing on Elan's

17   Motion for Partial Summary Judgment at 1:30 p.m. on July 14, 2011.

18   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

19   DATED:  June 7, 2011                    _____/s/ Sean P. DeBruine_____
                                             Sean P. DeBruine
20
21                                           ALSTON & BIRD LLP
                                             Attorneys For Elan Microelectronics Corporation
22

23   DATED:  June 7, 2011                    _____/s/ Sonal N. Mehta_____
                                             Sonal N. Mehta
24
25                                           WEIL, GOTSHAL & MANGES LLP
                                             Attorneys for Apple Inc.
26
27
28

STIP. AND [PROPOSED] ORDER TO HEAR THE FURTHER
CASE MANAGEMENT CONFERENCE IN CONJUNCTION
WITH ELAN'S MTN FOR PARTIAL SUMMARY JUDGMENT        2              Case No. C-09-01531 RS (PSG)

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

4   DATED:  __6/7/11_____

5                                      Honorable Richard Seeborg
                                       United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

FILER'S ATTESTATION

2

       I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file

3

this STIPULATION AND [PROPOSED] ORDER TO HEAR THE FURTHER CASE
MANAGEMENT CONFERENCE IN CONJUNCTION WITH ELAN'S MOTION FOR
PARTIAL SUMMARY JUDGMENT.  In compliance with General Order 45, paragraph X.B. I

4

hereby attest that Sean DeBruine has concurred in this filing.

5

6

By:         /s/ Sonal N. Mehta
                            Sonal N. Mehta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28