| | | |
|---|---|---|
| 1 | YITAI HU (SBN 248085) | MATTHEW D. POWERS (Bar No. 104795) |
| | yitai.hu@alston.com | matthew.powers@weil.com |
| 2 | SEAN P. DEBRUINE (SBN 168071) | JARED BOBROW (Bar No. 133712) |
| | sean.debruine@alston.com | jared.bobrow@weil.com |
| 3 | ELIZABETH H. RADER (SBN 184963) | SONAL N. MEHTA (Bar No. 222086) |
| | elizabeth.rader@alston.com | sonal.mehta@weil.com |
| 4 | JANE HAN BU (SBN 240081) | DEREK WALTER (Bar No. 246322) |
| | jane.bu@alston.com | derek.walter@weil.com |
| 5 | JENNIFER LIU (SBN 268990) | NATHAN GREENBLATT (Bar No. 262279) |
| | celine.liu@alston.com | nathan.greenblatt@weil.com |
| 6 | PALANI P. RATHINASAMY (SBN 269852) | **WEIL, GOTSHAL & MANGES LLP** |
| | palani.rathinasamy@alston.com | Silicon Valley Office |
| 7 | **ALSTON & BIRD LLP** | 201 Redwood Shores Parkway |
| | 275 Middlefield Road, Suite 150 | Redwood Shores, CA  94065 |
| 8 | Menlo Park, CA 94025-4008 | Telephone: (650) 802-3000 |
| | Telephone: 650-838-2000 | Facsimile: (650) 802-3100 |
| 9 | Facsimile: 650-838-2001 | |
| | | Attorneys for Defendant and |
| 10 | Attorneys for Plaintiff | Counterclaim Plaintiff, |
| | ELAN MICROELECTRONICS | APPLE INC. |
| 11 | CORPORATION | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | ELAN MICROELECTRONICS CORPORATION, | Case No. C-09-01531 RS (PSG) |
| 17 | | STIPULATED REQUEST TO PERMIT THE SUBMISSION OF APPLE SOURCE CODE UNDER SEAL AND [~~PROPOSED~~] ORDER  AS MODIFIED BY THE COURT |
| 18 | Plaintiff and Counterclaim Defendant, | |
| 19 | v. | |
| 20 | APPLE INC., | Hon. Richard Seeborg |
| 21 | Defendant and Counterclaim Plaintiff. | |

Defendant Apple Inc. ("Apple") and Plaintiff Elan Microelectronics Corporation ("Elan"), by and through their respective counsel of record, hereby jointly move the Court to permit the filing under seal of Apple source code relevant to Elan's Motion for Partial Summary Judgment, with special confidentiality protections as contemplated by the protective order in this case.

WHEREAS, Elan has filed a motion entitled Elan Microelectronics Corporation's Notice of Motion and Motion for Partial Summary Judgment of Infringement of U.S. Patent 5,825,352, and Apple has opposed. *See* Dkt. Nos. 212, 236;

WHEREAS, the Amended Stipulated Protective Order in this case includes special protections for highly-proprietary source code, and provides that "[i]f a party reasonably believes that it needs to submit a portion of Source Code as part of a filing with the Court, the parties shall meet and confer as to how to make such a filing while protecting the confidentiality of the Source Code and such filing will not be made absent agreement from the Producing Party that the confidentiality protections will be adequate." *See* Dkt. No. 64;

WHEREAS, both parties desire to provide the Court with the source code for Apple's products relevant to Elan's Motion for Partial Summary Judgment;

WHEREAS, Civil Local Rule 79-5(f) provides that "chambers copies of sealed documents will be disposed of in accordance with the assigned Judge's discretion," and ordinarily "will be recycled, not shredded, unless special arrangements are made;"

WHEREAS, the parties have met and conferred, and respectfully request, subject to the Court's approval, they will jointly submit one copy of the relevant source code to Judge Seeborg's Chambers, and to request that such copy be kept in a secure location for the duration of this case, and thereafter be shredded;

WHEREAS, the parties have met and conferred, and respectfully request, subject to the Court's approval, that the courtroom be sealed during the portions of the July 14, 2011 hearing regarding Elan's motion for partial summary judgment when source code or other confidential information regarding Apple's products is discussed;

NOW, THEREFORE, subject to the Court's approval, the parties jointly move the Court for an order as follows:

(1) The parties may jointly submit one chambers' copy of the source code relevant to Elan's Motion for Partial Summary Judgment under seal;

(2) Said copy will be kept in a secure location in Judge Seeborg's chambers for the duration of this case;

(3) At or before the conclusion of this case, said copy will be securely shredded and not recycled;

(4) The parties may request that ~~The courtroom may be sealed upon the request of the partie~~s at the hearing be sealed regarding Elan's motion for partial summary judgment, ^when source code or other confidential information regarding Apple's products is discussed.

DATED: June 14, 2011                    /s/ Sean P. DeBruine
                                        Sean P. DeBruine

                                        **ALSTON & BIRD LLP**
                                        Attorneys For Elan Microelectronics Corporation


DATED: June 14, 2011                    /s/ Sonal N. Mehta
                                        Sonal N. Mehta

                                        **WEIL, GOTSHAL & MANGES LLP**
                                        Attorneys for Apple Inc.

THE PARTIES STIPULATED REQUEST IS HEREBY GRANTED. IT IS ORDERED that:

    (1) The parties may jointly submit one chambers' copy of the source code relevant to Elan's Motion for Partial Summary Judgment under seal;

    (2) Said copy will be kept in a secure location in Judge Seeborg's chambers for the duration of this case;

    (3) At or before the conclusion of this case, said copy will be securely shredded and not recycled;

    (4) The courtroom may be sealed upon the request of the parties at the hearing regarding Elan's motion for partial summary judgment, when source code or other confidential information regarding Apple's products is discussed.

SO ORDERED.

DATED: 6/14/11

_____
Honorable Richard Seeborg
United States District Court Judge

1
2
3
4

## FILER'S ATTESTATION

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this STIPULATED REQUEST TO PERMIT THE SUBMISSION OF APPLE SOURCE CODE UNDER SEAL AND [PROPOSED] ORDER. In compliance with General Order 45, paragraph X.B. I hereby attest that Sean DeBruine has concurred in this filing.

By:     /s/ *Sonal N. Mehta*
        Sonal N. Mehta