| | |
|---|---|
| YITAI HU (SBN 248085) | MATTHEW D. POWERS (Bar No. 104795) |
| yitai.hu@alston.com | matthew.powers@weil.com |
| SEAN P. DEBRUINE (SBN 168071) | JARED BOBROW (Bar No. 133712) |
| sean.debruine@alston.com | jared.bobrow@weil.com |
| ELIZABETH H. RADER (SBN 184963) | SONAL N. MEHTA (Bar No. 222086) |
| elizabeth.rader@alston.com | sonal.mehta@weil.com |
| JANE HAN BU (SBN 240081) | DEREK C. WALTER (Bar No. 246322) |
| jane.bu@alston.com | derek.walter@weil.com |
| JENNIFER LIU (SBN 268990) | NATHAN GREENBLATT (Bar No. 262279) |
| celine.liu@alston.com | nathan.greenblatt@weil.com |
| PALANI P. RATHINASAMY (SBN 269852) | WEIL, GOTSHAL & MANGES LLP |
| palani.rathinasamy@alston.com | Silicon Valley Office |
| **ALSTON & BIRD LLP** | 201 Redwood Shores Parkway |
| 275 Middlefield Road, Suite 150 | Redwood Shores, CA  94065 |
| Menlo Park, CA 94025-4008 | Telephone: (650) 802-3000 |
| Telephone: 650-838-2000 | Facsimile: (650) 802-3100 |
| FACSIMILE: 650-838-2001 | |
| | Attorneys for Defendant and Counterclaim Plaintiff APPLE INC. |
| Attorneys for Plaintiff and Counterdefendant ELAN MICROELECTRONICS CORPORATION | |

*E-Filed 6/22/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION, | Case No. 09-cv-01531 RS (PSG) |
| Plaintiff and Counterdefendant, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| APPLE, INC., | |
| Defendant and Counterplaintiff. | |
| AND RELATED COUNTERCLAIMS | |

1     WHEREAS, the January 28, 2011 Case Management Scheduling Order (Dkt. No. 192) set
2 a fact discovery deadline of July 15, 2011 and an expert discovery deadline of October 28, 2011;
3     WHEREAS, Plaintiff Elan Microelectronics Corporation ("Elan") and Defendant Apple,
4 Inc. ("Apple") have been working to complete outstanding discovery, including inter alia, written
5 discovery, supplemental production of documents and pending depositions;
6     WHEREAS, there are pending motions before Magistrate Judge Grewal that may impact
7 fact discovery to be conducted by the parties;
8     WHEREAS, counsel for Elan and counsel for Apple have met and conferred, and have
9 agreed that a one month extension for the fact discovery deadline and one week extensions for all
10 expert discovery deadlines would facilitate the completion of fact discovery, including following
11 resolution of the pending motions;
12     WHEREAS, the parties respectfully submit that adequate time remains after the proposed
13 new expert discovery cut-off date and before pretrial proceeding deadlines that the requested
14 extension will not impact the deadline for filing of dispositive motions or other pretrial deadlines
15 and will not necessitate additional changes to the remaining schedule deadline or the trial date, or
16 disturb the holidays any further; and
17     NOW, THEREFORE, the parties respectfully request that the Court enter an order
18 modifying the Case Management Scheduling Order as follows:

| **Event** | **Old Date** | **New Date** |
|---|---|---|
| All non-expert discovery shall be completed by the parties | July 15, 2011 | August 12, 2011 |
| Plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2) | September 2, 2011 | September 9, 2011 |
| Defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2) | October 7, 2011 | October 14, 2011 |
| All discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed | October 28, 2011 | November 4, 2011 |

| | | |
|---|---|---|
| 1 | DATED: June 21, 2011 | Respectfully submitted, |
| 2 | | ALSTON & BIRD LLP |
| 4 | | By: _____/s/ Sean P. DeBruine_____ |
| 5 | | Sean P. DeBruine<br>Attorneys for Plaintiff and Counterdefendant |
| 6 | | ELAN MICROELECTRONICS CORPORATION |
| 7 | DATED: June 21, 2011 | WEIL, GOTSHAL & MANGES LLP |
| 9 | | By: _____/s/ Sonal N. Mehta_____ |
| 10 | | Sonal N. Mehta<br>Attorneys for Defendant and Counterclaim Plaintiff<br>APPLE INC. |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED: _6/21_____, 2011   _____
                          UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sean P. DeBruine, attest that concurrence in the filing of this document has been obtained.

                                                              */s/ Sean P. DeBruine*
                                                              Sean P. DeBruine

LEGAL02/32694614v3