YITAI HU (SBN 248085)
yitai.hu@alston.com
SEAN P. DEBRUINE (SBN 168071)
sean.debruine@alston.com
ELIZABETH H. RADER (SBN 184963)
elizabeth.rader@alston.com
JANE HAN BU (SBN 240081)
jane.bu@alston.com
JENNIFER LIU (SBN 268990)
celine.liu@alston.com
PALANI P. RATHINASAMY (SBN 269852)
palani.rathinasamy@alston.com
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:     650-838-2000
Facsimile:      650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELAN MICROELECTRONICS
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>                    Plaintiff and Counterdefendant,<br><br>        v.<br><br>APPLE, INC.,<br><br>                    Defendant and Counterplaintiff.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-cv-01531 RS (PSG)<br><br>xxxxxxxxxxxx **ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLE INC.'S MOTION TO COMPEL AND RELATED DOCUMENTS** |

1   The Court has received (1) Defendant Apple Inc.'s Administrative Motion to File Under Seal Apple Inc.'s Motion to Compel and Related Documents, and (2) the Declaration of Jennifer Liu in Support of Apple's Motion to File Under Seal. Good cause appearing, the motion is **GRANTED**.

It is hereby ORDERED that the following documents are to be filed under seal as indicated below:

1.  The redacted portions of Apple Inc.'s Notice of Motion and Motion to Compel (1) Discovery Relating to Elan's U.S. Sales; (2) Documents Improperly Withheld on the Basis of Privilege; and (3) Inventor Depositions.

2.  Exhibit 2 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of Privilege; and (3) Inventor Depositions.

3.  Exhibit 4 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of Privilege; and (3) Inventor Depositions.

4.  The revised Exhibit 8 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of Privilege; and (3) Inventor Depositions.

5.  The revised Exhibit 11 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of Privilege; and (3) Inventor Depositions.

6.  Exhibit 12 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of Privilege; and (3) Inventor Depositions.

7.  Exhibit 13 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of Privilege; and (3) Inventor Depositions.

8.  Exhibit 14 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to

1   Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of
2   Privilege; and (3) Inventor Depositions.
3       9.      Exhibit 16 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to
4   Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of
5   Privilege; and (3) Inventor Depositions.
6       10.     The revised Exhibit 17 to the Declaration of Derek Walter in Support of Apple
7   Inc.'s Motion to Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly
8   Withheld on the Basis of Privilege; and (3) Inventor Depositions.
9       11.     Exhibit 18 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to
10  Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of
11  Privilege; and (3) Inventor Depositions.
12      12.     Exhibit 19 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to
13  Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of
14  Privilege; and (3) Inventor Depositions.
15      13.     Exhibit 20 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to
16  Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of
17  Privilege; and (3) Inventor Depositions.
18      14.     Exhibit 21 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to
19  Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of
20  Privilege; and (3) Inventor Depositions.
21      15.     Exhibit 23 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to
22  Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of
23  Privilege; and (3) Inventor Depositions.
24      16.     Exhibit 25 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to
25  Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of
26  Privilege; and (3) Inventor Depositions.
27      17.     Exhibit 26 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to
28  Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of

1  Privilege; and (3) Inventor Depositions.

2      18.    The revised Exhibit 27 to the Declaration of Derek Walter in Support of Apple

3  Inc.'s Motion to Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly

4  Withheld on the Basis of Privilege; and (3) Inventor Depositions, including pages 1-5, 14-21 and

5  118.

6      19.    Exhibit 34 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to

7  Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of

8  Privilege; and (3) Inventor Depositions.

9      20.    Exhibit 35 to the Declaration of Derek Walter in Support of Apple Inc.'s Motion to

10 Compel (1) Discovery Relating to U.S. Sales; (2) Documents Improperly Withheld on the Basis of

11 Privilege; and (3) Inventor Depositions.

14     IT IS SO ORDERED.

18 DATED: __July 7__, 2011       _Paul S. Grewal_

19     UNITED STATES MAGISTRATE JUDGE

24 LEGAL02/32675719v1

[PROPOSED] ORDER GRANTING APPLE'S ADMIN. MOT. TO
FILE UNDER SEAL APPLE'S MOT. TO COMPEL AND RELATED
DOCUMENTS      4      Case No. 09-cv-01531 RS (PSG)