YITAI HU (SBN 248085)
yitai.hu@alston.com
SEAN P. DEBRUINE (SBN 168071)
sean.debruine@alston.com
ELIZABETH H. RADER (SBN 184963)
elizabeth.rader@alston.com
JANE HAN BU (SBN 240081)
jane.bu@alston.com
JENNIFER LIU (SBN 268990)
celine.liu@alston.com
PALANI P. RATHINASAMY (SBN 269852)
palani.rathinasamy@alston.com
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:    650-838-2000
Facsimile:    650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELAN MICROELECTRONICS
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>           Plaintiff and Counterdefendant,<br><br>    v.<br><br>APPLE, INC.,<br><br>           Defendant and Counterplaintiff.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-cv-01531 RS (PSG)<br><br>**[xxxxxxxxx] ORDER GRANTING ELAN MICROELECTRONICS CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

1   The Court has received plaintiff Elan Microelectronics Corporation's ("Elan's")
2   Unopposed Motion For Leave to Amend Infringement Contentions. Elan has shown good cause
3   to amend its infringement contentions. Apple does not oppose the requested amendment and those
4   amended contentions address new versions of the same Apple product families identified in Elan's
5   initial infringement contentions or add some additional detail to the contentions based upon
6   discovery and the proceedings in this matter and a parallel proceeding in the U.S. International
7   Trade Commission. Elan has timely apprised Apple of its contentions. The motion is therefore
8   **GRANTED**.

9   IT IS HEREBY ORDERED, pursuant to Patent L. R. 3-6, that Elan may amend its Patent
10  L.R. 3-2 infringement contentions.

11

12  Elan shall serve its Amended Infringement Contentions no later than _ Aug. 1 _, 2011.

13

14  IT IS SO ORDERED.

15

16  DATED: ___July 25___, 2011        _____
17                                     UNITED STATES MAGISTRATE JUDGE