| | |
|---|---|
| YITAI HU (SBN 248085) | MATTHEW D. POWERS (Bar No. 104795) |
| yitai.hu@alston.com | matthew.powers@tensegritylawgroup.com |
| SEAN P. DEBRUINE (SBN 168071) | 201 Redwood Shores Parkway, Suite 401 |
| sean.debruine@alston.com | Redwood Shores, CA 94065 |
| ELIZABETH H. RADER (SBN 184963) | Telephone: (650) 802-6000 |
| elizabeth.rader@alston.com | Facsimile: (650) 802-6001 |
| TSAI-YU (APRIL) CHEN (SBN 264523) | |
| april.chen@alston.com | JARED BOBROW (Bar No. 133712) |
| JANE HAN BU (SBN 240081) | jared.bobrow@weil.com |
| jane.bu@alston.com | SONAL N. MEHTA (Bar No. 222086) |
| JENNIFER LIU (SBN 268990) | sonal.mehta@weil.com |
| celine.liu@alston.com | DEREK C. WALTER (Bar No. 246322) |
| PALANI P. RATHINASAMY (SBN 269852) | derek.walter@weil.com |
| palani.rathinasamy@alston.com | NATHAN GREENBLATT (Bar No. 262279) |
| **ALSTON & BIRD LLP** | nathan.greenblatt@weil.com |
| 275 Middlefield Road, Suite 150 | WEIL, GOTSHAL & MANGES LLP |
| Menlo Park, CA 94025-4008 | Silicon Valley Office |
| Telephone: 650-838-2000 | 201 Redwood Shores Parkway |
| Facsimile: 650-838-2001 | Redwood Shores, CA 94065 |
| | Telephone: (650) 802-3000 |
| Attorneys for Plaintiff and Counterdefendant | Facsimile: (650) 802-3100 |
| ELAN MICROELECTRONICS CORPORATION | |
| | Attorneys for Defendant and Counterclaim Plaintiff APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-cv-01531 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

1    On July 11, 2011, the Court rescheduled the next Status Conference to August 4, 2011
2    and ordered the parties to submit a Joint Case Management Statement on or before July 28,
3    2011. [Dkt. No. 338, Clerk's Notice].  Counsel for the parties have met and conferred regarding
4    the witness deposition dates and the overall case schedule, and such scheduling discussion is
5    still on-going.  The parties therefore stipulate, and respectfully request that the Court order the
6    filing of the Joint Case Management Statement be continued from July 28, 2011 to August 1,
7    2011.  The requested brief continuance would allow the parties to try to finalize an agreed-upon
8    proposed revised case schedule for the Court.
9    NOW, THEREFORE, the parties hereby stipulate and request that the Court order that the
10   Case Management Conference Statement, currently due on July 28, 2011, be continued to August
11   1, 2011.

12   DATED:  July 28, 2011          Respectfully submitted,

13                                  ALSTON & BIRD LLP

15                                  By:    */s/  Sean P. DeBruine*
16                                         Sean P. DeBruine
                                    Attorneys for Plaintiff
17                                  ELAN MICROELECTRONICS CORPORATION

18
19   DATED:  July 28, 2011          Respectfully submitted,

                                    WEIL, GOTSHAL & MANGES LLP
20

21
                                    By:    */s/ Sonal N. Mehta*
22                                         Sonal N. Mehta
                                    Attorneys for Defendant and Counterclaim Plaintiff
23                                  APPLE INC.

24   PURSUANT TO STIPULATION, IT IS SO ORDERED.
25
     Dated __7/29_____, 2011         _____
26                                      United States District Court Judge
27
28

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING       1       Case No. 09-cv-01531 RS (PSG)
JOIN TCASE MANAGEMENT CONFERENCE STATEMENT