*E-Filed 8/26/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>　　　　Plaintiff,<br>　v.<br><br>APPLE, INC.,<br><br>　　　　Defendant. | No. C 09-01531 RS<br><br>**ORDER RE BRIEFING ON OBJECTION TO NON-DISPOSITIVE RULING OF MAGISTRATE JUDGE** |

Plaintiff Elan Microelectronics Corporation has filed an objection to a non-dispositive ruling of the assigned magistrate judge that issued on August 8, 2011.[1] Plaintiff shall file any response to the objection no later than September 9, 2011. The matter shall then be taken under submission without further briefing or oral argument.

IT IS SO ORDERED.

Dated: 8/26/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Civil Local Rule 72-2, the objection should have been filed and docketed as a "Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge," to facilitate proper administrative tracking and processing.