| | |
|---|---|
| YITAI HU (SBN 248085) | MATTHEW D. POWERS (Bar No. 104795) |
| yitai.hu@alston.com | matthew.powers@tensegritylawgroup.com |
| SEAN P. DEBRUINE (SBN 168071) | TENSEGRITY LAW GROUP LLP |
| sean.debruine@alston.com | 201 Redwood Shores Parkway, Suite 401 |
| ELIZABETH H. RADER (SBN 184963) | Redwood Shores, CA 94065 |
| elizabeth.rader@alston.com | Telephone: (650) 802-6000 |
| JANE HAN BU (SBN 240081) | Facsimile: (650) 802-6001 |
| jane.bu@alston.com | |
| JENNIFER LIU (SBN 268990) | JARED BOBROW (Bar No. 133712) |
| celine.liu@alston.com | jared.bobrow@weil.com |
| PALANI P. RATHINASAMY (SBN 269852) | SONAL N. MEHTA (Bar No. 222086) |
| palani.rathinasamy@alston.com | sonal.mehta@weil.com |
| ALSTON & BIRD LLP | DEREK WALTER (Bar No. 246322) |
| 275 Middlefield Road, Suite 150 | derek.walter@weil.com |
| Menlo Park, CA 94025-4008 | NATHAN GREENBLATT (Bar No. 262279) |
| Telephone: 650-838-2000 | nathan.greenblatt@weil.com |
| Facsimile: 650-838-2001 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| Attorneys for Plaintiff | 201 Redwood Shores Parkway |
| ELAN MICROELECTRONICS CORPORATION | Redwood Shores, CA 94065 |
| | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| | |
| | Attorneys for Defendant and Counterclaim Plaintiff, APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>            Plaintiff and Counterclaim Defendant,<br><br>      v.<br><br>APPLE INC.,<br><br>            Defendant and Counterclaim Plaintiff. | Case No. C-09-01531 RS (PSG)<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO ALLOW FOR FINALIZATION OF SETTLEMENT<br><br>Hon. Richard Seeborg |

Defendant Apple, Inc. ("Apple") and Plaintiff Elan Microelectronics Corporation ("Elan"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, pursuant to the August 5, 2011 Case Management Scheduling Order (D.I. 380), the fact discovery cutoff in this case is presently scheduled for October 3, 2011;

WHEREAS, the parties have a number of depositions scheduled to take place in the coming weeks;

WHEREAS, pursuant to the September 9, 2011 Order Re Defendant Elan Microelectronics Corporation's Motions To Compel (D.I. 423), Apple is to produce certain documents by September 30, 2011;

WHEREAS, on September 12, 2011, the parties submitted a stipulation proposing dates for the filing and adjudication of additional dispositive motions, expert reports and a trial in this matter (D.I. 425);

WHEREAS, on September 21, 2011, the parties attended a settlement conference before Magistrate Judge Spero and reached an agreement in principle to settle this litigation (D.I. 432);

WHEREAS, the parties will be drafting a settlement agreement to formalize that agreement in principle in the coming weeks;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that, subject to the Court's approval, that the dates and deadlines described above be extended to allow the parties to finalize a settlement. The parties stipulate, subject to the Court's approval, that the close of fact discovery be extended to October 31, 2011, that the deadline for Apple to produce documents pursuant to the September 9, 2011 Order be extended to October 28, 2011, and that, in the event a settlement is not finalized, they will work together to reschedule depositions. The parties further stipulate, subject to the Court's approval, that, the dates relating to dispositive motions proposed in the September 21, 2011 stipulation not be in effect, and that, in the event a settlement is not finalized, they will work together to propose a revised case schedule for the filing and adjudication of additional dispositive motions, expert

1 | reports and a trial in this matter.

2 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3 | DATED: September 23, 2011      */s/ Sean P. DeBruine*
                                                     Sean P. DeBruine

ALSTON & BIRD LLP
Attorneys For Elan Microelectronics Corporation

DATED: September 23, 2011      */s/ Sonal N. Mehta*
                                                     Sonal N. Mehta

WEIL, GOTSHAL & MANGES LLP
Attorneys for Apple Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/28/11

Honorable Richard Seeborg
United States District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER RE: SCHEDULING      3      Case No. C-09-01531 RS (PSG)