| | |
|---|---|
| YITAI HU (SBN 248085)<br>yitai.hu@alston.com<br>SEAN P. DEBRUINE (SBN 168071)<br>sean.debruine@alston.com<br>ELIZABETH H. RADER (SBN 184963)<br>elizabeth.rader@alston.com<br>JANE HAN BU (SBN 240081)<br>jane.bu@alston.com<br>JENNIFER LIU (SBN 268990)<br>celine.liu@alston.com<br>PALANI P. RATHINASAMY (SBN 269852)<br>palani.rathinasamy@alston.com<br>ALSTON & BIRD LLP<br>275 Middlefield Road, Suite 150<br>Menlo Park, CA 94025-4008<br>Telephone: 650-838-2000<br>Facsimile: 650-838-2001<br><br>Attorneys for Plaintiff<br>ELAN MICROELECTRONICS<br>CORPORATION | MATTHEW D. POWERS (Bar No. 104795)<br>matthew.powers@tensegritylawgroup.com<br>TENSEGRITY LAW GROUP LLP<br>201 Redwood Shores Parkway, Suite 401<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-6000<br>Facsimile: (650) 802-6001<br><br>JARED BOBROW (Bar No. 133712)<br>jared.bobrow@weil.com<br>SONAL N. MEHTA (Bar No. 222086)<br>sonal.mehta@weil.com<br>DEREK WALTER (Bar No. 246322)<br>derek.walter@weil.com<br>NATHAN GREENBLATT (Bar No. 262279)<br>nathan.greenblatt@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>Attorneys for Defendant and<br>Counterclaim Plaintiff,<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Case No. C-09-01531 RS (PSG)<br><br>SECOND STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES TO ALLOW FOR FINALIZATION OF SETTLEMENT<br><br>Hon. Richard Seeborg |

Defendant Apple, Inc. ("Apple") and Plaintiff Elan Microelectronics Corporation ("Elan"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 21, 2011, the parties attended a settlement conference before Magistrate Judge Spero and reached an agreement in principle to settle this litigation (D.I. 432);

WHEREAS, on September 28, 2011, the Court entered a Stipulation and Order to Extend Deadlines to Allow for Finalization of Settlement (D.I. 434), extending the fact discovery cutoff in this case to October 31, 2011, extending the deadline for Apple to produce certain documents to October 28, 2011, and requiring the parties to work together to propose a revised case schedule in the event a settlement is not finalized;

WHEREAS, the parties continue to work on drafting a settlement agreement to formalize their agreement in principle to settle;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that, subject to the Court's approval, that the close of fact discovery be further extended to November 30, 2011, and that the deadline for Apple to produce documents pursuant to Magistrate Judge Grewal's September 9, 2011 Order be further extended to November 28, 2011.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 24, 2011         */s/ Sean P. DeBruine*
                                Sean P. DeBruine

                                ALSTON & BIRD LLP
                                Attorneys For Elan Microelectronics Corporation

DATED: October 24, 2011         */s/ Sonal N. Mehta*
                                Sonal N. Mehta

                                WEIL, GOTSHAL & MANGES LLP
                                Attorneys for Apple Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/24/11                 _____
                                Honorable Richard Seeborg
                                United States District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES      1      Case No. C-09-01531 RS (PSG)