YITAI HU (SBN 248085)
yitai.hu@alston.com
SEAN P. DEBRUINE (SBN 168071)
sean.debruine@alston.com
ELIZABETH H. RADER (SBN 184963)
elizabeth.rader@alston.com
JANE HAN BU (SBN 240081)
jane.bu@alston.com
JENNIFER LIU (SBN 268990)
celine.liu@alston.com
PALANI P. RATHINASAMY (SBN 269852)
palani.rathinasamy@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone: 650-838-2000
Facsimile: 650-838-2001

Attorneys for Plaintiff
ELAN MICROELECTRONICS
CORPORATION

MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
TENSEGRITY LAW GROUP LLP
201 Redwood Shores Parkway, Suite 401
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Facsimile: (650) 802-6001

JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
DEREK WALTER (Bar No. 246322)
derek.walter@weil.com
NATHAN GREENBLATT (Bar No. 262279)
nathan.greenblatt@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant and
Counterclaim Plaintiff,
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>          Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>APPLE INC.,<br><br>          Defendant and Counterclaim Plaintiff. | Case No. C-09-01531 RS (PSG)<br><br>THIRD STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO ALLOW FOR FINALIZATION OF SETTLEMENT<br><br>Hon. Richard Seeborg |

1  Defendant Apple, Inc. ("Apple") and Plaintiff Elan Microelectronics Corporation
2  ("Elan"), by and through their respective counsel of record, hereby stipulate as follows:
3  WHEREAS, on September 21, 2011, the parties attended a settlement conference
4  before Magistrate Judge Spero and reached an agreement in principle to settle this litigation (D.I.
5  432);
6  WHEREAS, on October 24, 2011, the Court entered a Second Stipulation and
7  Order to Extend Deadlines to Allow for Finalization of Settlement (D.I. 436), extending the fact
8  discovery cutoff in this case to November 30, 2011, extending the deadline for Apple to produce
9  certain documents to November 28, 2011, and requiring the parties to work together to propose a
10 revised case schedule in the event a settlement is not finalized;
11 WHEREAS, the parties continue to work on drafting a settlement agreement to
12 formalize their agreement in principle to settle;
13 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
14 through their respective counsel, that, subject to the Court's approval, that the close of fact
15 discovery be further extended to December 19, 2011, and that the deadline for Apple to produce
16 documents pursuant to Magistrate Judge Grewal's September 9, 2011 Order be further extended
17 to December 5, 2011.
18 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

19 DATED: November 28, 2011            */s/ Sean P. DeBruine*
                                       Sean P. DeBruine
20
                                       ALSTON & BIRD LLP
21                                     Attorneys For Elan Microelectronics Corporation

22 DATED: November 28, 2011            */s/ Sonal N. Mehta*
                                       Sonal N. Mehta
23
                                       WEIL, GOTSHAL & MANGES LLP
24                                     Attorneys for Apple Inc.

25 PURSUANT TO STIPULATION, IT IS SO ORDERED.

26 DATED: _____          _____
                                       Honorable Richard Seeborg
27                                     United States District Court Judge

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES — 2 — Case No. C-09-01531 RS (PSG)

1

## FILER'S ATTESTATION

2
3
4

      I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this THIRD STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO ALLOW FOR FINALIZATION OF SETTLEMENT.  In compliance with General Order 45, paragraph X.B. I hereby attest that Sean DeBruine has concurred in this filing.

5
6

                      By:     */s/ Sonal N. Mehta*
                              Sonal N. Mehta

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28