| | |
|---|---|
| YITAI HU (SBN 248085) | MATTHEW D. POWERS (Bar No. 104795) |
| yitai.hu@alston.com | matthew.powers@tensegritylawgroup.com |
| SEAN P. DEBRUINE (SBN 168071) | TENSEGRITY LAW GROUP LLP |
| sean.debruine@alston.com | 201 Redwood Shores Parkway, Suite 401 |
| ELIZABETH H. RADER (SBN 184963) | Redwood Shores, CA 94065 |
| elizabeth.rader@alston.com | Telephone: (650) 802-6000 |
| JANE HAN BU (SBN 240081) | Facsimile: (650) 802-6001 |
| jane.bu@alston.com | |
| JENNIFER LIU (SBN 268990) | JARED BOBROW (Bar No. 133712) |
| celine.liu@alston.com | jared.bobrow@weil.com |
| PALANI P. RATHINASAMY (SBN 269852) | SONAL N. MEHTA (Bar No. 222086) |
| palani.rathinasamy@alston.com | sonal.mehta@weil.com |
| ALSTON & BIRD LLP | DEREK WALTER (Bar No. 246322) |
| 275 Middlefield Road, Suite 150 | derek.walter@weil.com |
| Menlo Park, CA 94025-4008 | NATHAN GREENBLATT (Bar No. 262279) |
| Telephone: 650-838-2000 | nathan.greenblatt@weil.com |
| Facsimile: 650-838-2001 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| Attorneys for Plaintiff | 201 Redwood Shores Parkway |
| ELAN MICROELECTRONICS | Redwood Shores, CA 94065 |
| CORPORATION | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| | |
| | Attorneys for Defendant and |
| | Counterclaim Plaintiff, |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION, | Case No. C-09-01531 RS (PSG) |
| Plaintiff and Counterclaim Defendant, | THIRD STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES TO ALLOW FOR FINALIZATION OF SETTLEMENT |
| v. | |
| APPLE INC., | Hon. Richard Seeborg |
| Defendant and Counterclaim Plaintiff. | |

1    Defendant Apple, Inc. ("Apple") and Plaintiff Elan Microelectronics Corporation
2 ("Elan"), by and through their respective counsel of record, hereby stipulate as follows:
3    WHEREAS, on September 21, 2011, the parties attended a settlement conference
4 before Magistrate Judge Spero and reached an agreement in principle to settle this litigation (D.I.
5 432);
6    WHEREAS, on October 24, 2011, the Court entered a Second Stipulation and
7 Order to Extend Deadlines to Allow for Finalization of Settlement (D.I. 436), extending the fact
8 discovery cutoff in this case to November 30, 2011, extending the deadline for Apple to produce
9 certain documents to November 28, 2011, and requiring the parties to work together to propose a
10 revised case schedule in the event a settlement is not finalized;
11    WHEREAS, the parties continue to work on drafting a settlement agreement to
12 formalize their agreement in principle to settle;
13    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
14 through their respective counsel, that, subject to the Court's approval, that the close of fact
15 discovery be further extended to December 19, 2011, and that the deadline for Apple to produce
16 documents pursuant to Magistrate Judge Grewal's September 9, 2011 Order be further extended
17 to December 5, 2011.
18    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 28, 2011          /s/ Sean P. DeBruine
                                  Sean P. DeBruine

                                  ALSTON & BIRD LLP
                                  Attorneys For Elan Microelectronics Corporation

DATED: November 28, 2011          /s/ Sonal N. Mehta
                                  Sonal N. Mehta

                                  WEIL, GOTSHAL & MANGES LLP
                                  Attorneys for Apple Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/29/11                   _____
                                  Honorable Richard Seeborg
                                  United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES                                2                        Case No. C-09-01531 RS (PSG)

FILER'S ATTESTATION

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this THIRD STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO ALLOW FOR FINALIZATION OF SETTLEMENT. In compliance with General Order 45, paragraph X.B. I hereby attest that Sean DeBruine has concurred in this filing.

By: *\/s/ Sonal N. Mehta*
Sonal N. Mehta