| | |
|---|---|
| 1 | DOUGLAS E. LUMISH (Bar No. 183863) |
| | dlumish@kasowitz.com |
| 2 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | 333 Twin Dolphin Drive, Suite 200 |
| 3 | Redwood Shores, California 94065 |
| | Telephone (650) 453-5170 |
| 4 | Facsimile (650) 453-5171 |
| 5 | Attorney for Defendant Apple Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION, | Case No. C-09-01531 RS (PSG) |
| Plaintiff and Counterclaim Defendant, | **NOTICE OF CHANGE OF ADDRESS PURSUANT TO LOCAL RULE 3-11** |
| v. | |
| APPLE INC., | |
| Defendant and Counterclaim Plaintiff. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 3-11, please take notice that Douglas E. Lumish, counsel for Defendant and Counterclaim Plaintiff Apple Inc., has relocated to:

Douglas E. Lumish
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone (650) 453-5170
Facsimile (650) 453-5171
dlumish@kasowitz.com

| | | |
|---|---|---|
| 1 | Dated: December 2, 2011 | Kasowitz, Benson, Torres & Friedman LLP |
| 2 | | |
| 3 | | By:  /s/ Douglas E. Lumish |
| 4 | | Douglas E. Lumish |
| 5 | | Attorney for Defendant and Counterclaim Plaintiff Apple Inc. |

NOTICE OF CHANGE OF ADDRESS
PURSUANT TO LOCAL RULE 3-11

2

CASE NO.  C-09-01531 RS (PSG)