1    YITAI HU (SBN 248085)                    MATTHEW D. POWERS (Bar No. 104795)
     yitai.hu@alston.com                      matthew.powers@tensegritylawgroup.com
2    SEAN P. DEBRUINE (SBN 168071)            TENSEGRITY LAW GROUP LLP
     sean.debruine@alston.com                 201 Redwood Shores Parkway, Suite 401
3    ELIZABETH H. RADER (SBN 184963)          Redwood Shores, CA  94065
     elizabeth.rader@alston.com               Telephone: (650) 802-6000
4    JANE HAN BU (SBN 240081)                 Facsimile: (650) 802-6001
     jane.bu@alston.com
5    JENNIFER LIU (SBN 268990)                JARED BOBROW (Bar No. 133712)
     celine.liu@alston.com                    jared.bobrow@weil.com
6    PALANI P. RATHINASAMY (SBN 269852)       SONAL N. MEHTA (Bar No. 222086)
     palani.rathinasamy@alston.com            sonal.mehta@weil.com
7    ALSTON & BIRD LLP                        DEREK WALTER (Bar No. 246322)
     275 Middlefield Road, Suite 150          derek.walter@weil.com
8    Menlo Park, CA 94025-4008                NATHAN GREENBLATT (Bar No. 262279)
     Telephone: 650-838-2000                  nathan.greenblatt@weil.com
9    Facsimile: 650-838-2001                  WEIL, GOTSHAL & MANGES LLP
                                              Silicon Valley Office
10   Attorneys for Plaintiff                  201 Redwood Shores Parkway
     ELAN MICROELECTRONICS                    Redwood Shores, CA  94065
11   CORPORATION                              Telephone: (650) 802-3000
                                              Facsimile: (650) 802-3100
12
                                              Attorneys for Defendant and
13                                            Counterclaim Plaintiff,
                                              APPLE INC.
14

15                        UNITED STATES DISTRICT COURT

16                       NORTHERN DISTRICT OF CALIFORNIA

17

18

19   ELAN MICROELECTRONICS                    Case No. C-09-01531 RS (PSG)
     CORPORATION,
20                                            FOURTH STIPULATION AND
                                              [PROPOSED] ORDER TO EXTEND
21            Plaintiff and Counterclaim      DEADLINES TO ALLOW FOR
              Defendant,                      FINALIZATION OF SETTLEMENT
22
         v.                                   Hon. Richard Seeborg
23
     APPLE INC.,
24
              Defendant and Counterclaim
25            Plaintiff.

26

27

28

FOURTH  STIPULATION  AND  [PROPOSED]  ORDER  TO
EXTEND DEADLINES                                              Case No. C-09-01531 RS (PSG)

1   Defendant Apple, Inc. ("Apple") and Plaintiff Elan Microelectronics Corporation

2   ("Elan"), by and through their respective counsel of record, hereby stipulate as follows:

3   WHEREAS, on September 21, 2011, the parties attended a settlement conference

4   before Magistrate Judge Spero and reached an agreement in principle to settle this litigation (D.I.

5   432);

6   WHEREAS, on October 24, 2011, the Court entered a Second Stipulation and

7   Order to Extend Deadlines to Allow for Finalization of Settlement (D.I. 436), extending the fact

8   discovery cutoff in this case to November 30, 2011, extending the deadline for Apple to produce

9   certain documents to November 28, 2011, and requiring the parties to work together to propose a

10   revised case schedule in the event a settlement is not finalized;

11   WHEREAS, the parties continue to work on drafting a settlement agreement to

12   formalize their agreement in principle to settle;

13   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,

14   through their respective counsel, that, subject to the Court's approval, that the close of fact

15   discovery be further extended to February 10, 2012.

16   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

17   DATED:  December 19, 2011                    _____ */s/ Sean P. DeBruine* _____
                                                         Sean P. DeBruine
18
19                                                ALSTON & BIRD LLP
                                                  Attorneys For Elan Microelectronics Corporation

20   DATED:  December 19, 2011                    _____ */s/ Sonal N. Mehta* _____
                                                         Sonal N. Mehta
21
22                                                WEIL, GOTSHAL & MANGES LLP
                                                  Attorneys for Apple Inc.

23   PURSUANT TO STIPULATION, IT IS SO ORDERED.

24   DATED:  _____        _____

25                                       Honorable Richard Seeborg
                                         United States District Court Judge

26

27

28

FOURTH STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINES                            2                    Case No. C-09-01531 RS (PSG)

1

**<u>FILER'S ATTESTATION</u>**

2
3
4

       I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this THIRD STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO ALLOW FOR FINALIZATION OF SETTLEMENT. In compliance with General Order 45, paragraph X.B. I hereby attest that Sean DeBruine has concurred in this filing.

5
6

          By:     */s/ Sonal N. Mehta*
                     Sonal N. Mehta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28