| | |
|---|---|
| YITAI HU (SBN 248085) <br> yitai.hu@alston.com <br> SEAN P. DEBRUINE (SBN 168071) <br> sean.debruine@alston.com <br> ELIZABETH H. RADER (SBN 184963) <br> elizabeth.rader@alston.com <br> JANE HAN BU (SBN 240081) <br> jane.bu@alston.com <br> JENNIFER LIU (SBN 268990) <br> celine.liu@alston.com <br> PALANI P. RATHINASAMY (SBN 269852) <br> palani.rathinasamy@alston.com <br> ALSTON & BIRD LLP <br> 275 Middlefield Road, Suite 150 <br> Menlo Park, CA 94025-4008 <br> Telephone: 650-838-2000 <br> Facsimile: 650-838-2001 <br><br> Attorneys for Plaintiff <br> ELAN MICROELECTRONICS CORPORATION | MATTHEW D. POWERS (Bar No. 104795) <br> matthew.powers@tensegritylawgroup.com <br> TENSEGRITY LAW GROUP LLP <br> 201 Redwood Shores Parkway, Suite 401 <br> Redwood Shores, CA 94065 <br> Telephone: (650) 802-6000 <br> Facsimile: (650) 802-6001 <br><br> JARED BOBROW (Bar No. 133712) <br> jared.bobrow@weil.com <br> SONAL N. MEHTA (Bar No. 222086) <br> sonal.mehta@weil.com <br> DEREK WALTER (Bar No. 246322) <br> derek.walter@weil.com <br> NATHAN GREENBLATT (Bar No. 262279) <br> nathan.greenblatt@weil.com <br> WEIL, GOTSHAL & MANGES LLP <br> Silicon Valley Office <br> 201 Redwood Shores Parkway <br> Redwood Shores, CA 94065 <br> Telephone: (650) 802-3000 <br> Facsimile: (650) 802-3100 <br><br> Attorneys for Defendant and <br> Counterclaim Plaintiff, <br> APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant and Counterclaim Plaintiff. | Case No. C-09-01531 RS (PSG) <br><br> FOURTH STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO ALLOW FOR FINALIZATION OF SETTLEMENT <br><br> Hon. Richard Seeborg |

1  Defendant Apple, Inc. ("Apple") and Plaintiff Elan Microelectronics Corporation
2  ("Elan"), by and through their respective counsel of record, hereby stipulate as follows:
3  WHEREAS, on September 21, 2011, the parties attended a settlement conference
4  before Magistrate Judge Spero and reached an agreement in principle to settle this litigation (D.I.
5  432);
6  WHEREAS, on October 24, 2011, the Court entered a Second Stipulation and
7  Order to Extend Deadlines to Allow for Finalization of Settlement (D.I. 436), extending the fact
8  discovery cutoff in this case to November 30, 2011, extending the deadline for Apple to produce
9  certain documents to November 28, 2011, and requiring the parties to work together to propose a
10 revised case schedule in the event a settlement is not finalized;
11 WHEREAS, the parties continue to work on drafting a settlement agreement to
12 formalize their agreement in principle to settle;
13 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
14 through their respective counsel, that, subject to the Court's approval, that the close of fact
15 discovery be further extended to February 10, 2012.
16 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

17 DATED: December 19, 2011           /s/ Sean P. DeBruine
                                      Sean P. DeBruine
18
19                                    ALSTON & BIRD LLP
                                      Attorneys For Elan Microelectronics Corporation

20 DATED: December 19, 2011           /s/ Sonal N. Mehta
                                      Sonal N. Mehta
21
22                                    WEIL, GOTSHAL & MANGES LLP
                                      Attorneys for Apple Inc.

23 PURSUANT TO STIPULATION, IT IS SO ORDERED.
24 DATED:  12/20/11                    _____
                                       Honorable Richard Seeborg
25                                     United States District Court Judge

FOURTH STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES    2    Case No. C-09-01531 RS (PSG)