| | |
|---|---|
| YITAI HU (SBN 248085) | MATTHEW D. POWERS (Bar No. 104795) |
| yitai.hu@alston.com | matthew.powers@tensegritylawgroup.com |
| SEAN P. DEBRUINE (SBN 168071) | TENSEGRITY LAW GROUP LLP |
| sean.debruine@alston.com | 555 Twin Dolphin Drive, Suite 306 |
| ELIZABETH H. RADER (SBN 184963) | Redwood Shores, CA 94065 |
| elizabeth.rader@alston.com | Telephone: (650) 802-6000 |
| JANE HAN BU (SBN 240081) | Facsimile: (650) 802-6001 |
| jane.bu@alston.com | |
| JENNIFER LIU (SBN 268990) | JARED BOBROW (Bar No. 133712) |
| celine.liu@alston.com | jared.bobrow@weil.com |
| PALANI P. RATHINASAMY (SBN 269852) | SONAL N. MEHTA (Bar No. 222086) |
| palani.rathinasamy@alston.com | sonal.mehta@weil.com |
| ALSTON & BIRD LLP | DEREK C. WALTER (Bar. No. 246322) |
| 275 Middlefield Road, Suite 150 | derek.walter@weil.com |
| Menlo Park, CA 94025-4008 | NATHAN GREENBLATT (Bar No. 262279) |
| Telephone: 650-838-2000 | nathan.greenblatt@weil.com |
| Facsimile: 650-838-2001 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| Attorneys for Plaintiff and Counterclaim | 201 Redwood Shores Parkway |
| Defendant ELAN MICROELECTRONICS | Redwood Shores, CA 94065 |
| CORPORATION | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| | |
| | Attorneys for Defendant and Counterclaim |
| | Plaintiff APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant and Counterclaim Plaintiff. | Case No. C-09-01531 RS (PSG)<br><br>**[PROPOSED] ORDER**<br><br>Honorable Richard Seeborg |

1 On this day, Plaintiff ELAN MICROELECTRONICS CORP. ("Elan") and Defendant APPLE INC. ("Apple"), announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against Apple by Elan herein are dismissed, with prejudice, and all counterclaims for relief against Elan by Apple are dismissed with prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this __9th___ day of January 2012.   _____
                                             HON. RICHARD SEEBORG
                                             UNITED STATES MAGISTRATE JUDGE