1  YITAI HU (SBN 248085)                    MATTHEW D. POWERS (Bar No. 104795)
   yitai.hu@alston.com                      matthew.powers@tensegritylawgroup.com
2  SEAN P. DEBRUINE (SBN 168071)            TENSEGRITY LAW GROUP LLP
   sean.debruine@alston.com                 555 Twin Dolphin Dr., Suite 360
3  ELIZABETH H. RADER (SBN 184963)          Redwood Shores, CA 94065
4  elizabeth.rader@alston.com               Telephone: (650) 802-6000
   JANE HAN BU (SBN 240081)                 Facsimile: (650) 802-6001
5  jane.bu@alston.com
   JENNIFER LIU (SBN 268990)                JARED BOBROW (Bar No. 133712)
6  celine.liu@alston.com                    jared.bobrow@weil.com
                                            SONAL N. MEHTA (Bar No. 222086)
7  ALSTON & BIRD LLP                        sonal.mehta@weil.com
   275 Middlefield Road, Suite 150          DEREK C. WALTER (Bar No. 246322)
8  Menlo Park, CA 94025-4008                derek.walter@weil.com
   Telephone: 650-838-2000                  NATHAN GREENBLATT (Bar No. 262279)
9  Facsimile: 650-838-2001                  nathan.greenblatt@weil.com
                                            WEIL, GOTSHAL & MANGES LLP
10 Attorneys for Plaintiff and Counterdefendant   Silicon Valley Office
   ELAN MICROELECTRONICS                    201 Redwood Shores Parkway
11 CORPORATION                              Redwood Shores, CA  94065
                                            Telephone: (650) 802-3000
12                                          Facsimile: (650) 802-3100

13                                          Attorneys for Defendant and Counterclaim
                                            Plaintiff APPLE INC.
14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                            SAN JOSE DIVISION

18

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,          Plaintiff,     v.  APPLE INC.,          Defendant.  AND RELATED COUNTERCLAIMS | Case No. C-09-01531 RS (PSG)  **STIPULATION AND [PROPOSED] ORDER MODIFYING AMENDED STIPULATED PROTECTIVE ORDER** |

1 | Plaintiff Elan Microelectronics Corporation ("Elan") and Defendant Apple Inc. ("Apple"),
2 | by and through their respective counsel of record, hereby stipulate as follows:
3 |     WHEREAS, the terms of the Amended Stipulated Protective Order (Dkt. No. 64) require
4 | each party to destroy all "Discovery Material" after the final disposition of this litigation;
5 |     WHEREAS, the term "Discovery Material" as defined in the Amended Stipulated
6 | Protective Order includes all information and documents produced, disclosed, or generated in
7 | connection with discovery in this matter, whether or not they have been designated confidential in
8 | a way provided by the Amended Stipulated Protective Order; and
9 |     WHEREAS, the parties wish to eliminate the obligation to return or destroy information
10 | and documents produced in connection with discovery in this matter that do not constitute
11 | proprietary or confidential information of any party;
12 |     NOW, THEREFORE, the parties stipulate and ask the Court to order as follows:
13 |     Section 19 of the Amended Stipulated Protective Order is amended to require that the
14 | parties destroy or return all "Protected Material" rather than all "Discovery Material."

DATED: April 9, 2012          Respectfully submitted,

ALSTON & BIRD LLP


By: _____/s/ Sean P. DeBruine_____
    Sean P. DeBruine
Attorneys for Plaintiff and Counterdefendant
ELAN MICROELECTRONICS CORPORATION

DATED: April 9, 2012          WEIL, GOTSHAL & MANGES LLP


By: _____/s/ Sonal N. Mehta_____
    Sonal N. Mehta
Attorneys for Defendant and Counterclaim Plaintiff
APPLE INC.

[**PROPOSED**] ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED

DATED: ___April 10_____, 2012

_____
UNITED STATES MAGISTRATE JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sean P. DeBruine, attest that concurrence in the filing of this document has been obtained.

/s/  Sean P. DeBruine

Sean P. DeBruine

LEGAL02/33234472v2