MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
TENSEGRITY LAW GROUP LLP
Tensegrity Law Group LLP
555 Twin Dolphin Dr., Suite 360
Redwood Shores, CA 94065
Telephone: 650-802-6000
Facsimile: 650-802-6001

JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
DEREK C. WALTER (Bar. No. 246322)
derek.walter@weil.com
NATHAN GREENBLATT (Bar No. 262279)
nathan.greenblatt@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant and Counterclaim Plaintiff
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant and Counterclaim Plaintiff. | Case No. C-09-01531 RS (PSG)<br><br>**NOTICE OF COMPLIANCE WITH PARAGRAPH 19(B) OF THE PROTECTIVE ORDER [DKT. NO. 64]**<br><br>JUDGE:  Hon. Richard Seeborg |

Defendant and Counterclaim Plaintiff Apple Inc. hereby certifies that it has complied with Paragraph 19(b) of the Court's Amended Stipulated Protective Order dated February 11, 2010 [Dkt. No. 64], as amended by the stipulation and order dated April 10, 2012 [Dkt. No. 445].

As amended, Paragraph 19(b) states: "All parties that have received any such Protected Material shall certify in writing that all such materials have been returned to the respective Outside Counsel of the Producing Party or destroyed. Notwithstanding the provisions for return or destruction of Protected Material, Outside Counsel may retain pleadings, transcripts and attorney and consultant work product for archival purposes."

Dated: April 10, 2012                    WEIL, GOTSHAL & MANGES LLP


By:  /s/ *Nathan Greenblatt*
          Nathan Greenblatt

Attorneys for Defendant and Counterclaim Plaintiff Apple Inc.