1  YITAI HU (SBN 248085)
   yitai.hu@alston.com
2  SEAN P. DEBRUINE (SBN 168071)
    sean.debruine@alston.com
3  ELIZABETH H. RADER (SBN 184963)
   elizabeth.rader@alston.com
4  JANE HAN BU (SBN 240081)
   jane.bu@alston.com
5  JENNIFER LIU (SBN 268990)
   celine.liu@alston.com
6  **ALSTON & BIRD LLP**
   275 Middlefield Road, Suite 150
7  Menlo Park, CA 94025-4008
   Telephone:     650-838-2000
8  Facsimile:     650-838-2001

9  Attorneys for Plaintiff and Counterdefendant
   ELAN MICROELECTRONICS
10 CORPORATION

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  ELAN MICROELECTRONICS CORPORATION, | Case No. 09-cv-01531 RS (PSG) |
| 17                  Plaintiff and Counterdefendant, | **ELAN MICROELECTRONICS CORP.'S NOTICE OF COMPLIANCE WITH PARAGRAPH 19 OF AMENDED STIPULATED PROTECTIVE ORDER** |
| 18  v. | |
| 19  APPLE, INC., | |
| 20                  Defendant and Counterplaintiff. | |
| 21  AND RELATED COUNTERCLAIMS | |

1    Plaintiff Elan Microelectronics Corp. hereby certifies that it has complied with Paragraph
2 19(b) of the Court's Amended Stipulated Protective Order dated February 11, 2010 [Dkt. No. 64],
3 as amended by the stipulation and order dated April 10, 2012 [Dkt. No. 455].

4 DATED: April 12, 2010           Respectfully submitted,

5                                 ALSTON & BIRD LLP

7                                 By:    */s/ Sean P. DeBruine*
                                         Sean P. DeBruine
8                                        Attorneys for Plaintiff
                                         ELAN MICROELECTRONICS CORPORATION

**NOTICE OF COMPLIANCE WITH PARAGRAPH 19 OF AMENDED STIPULATED PROTECTIVE ORDER**    1    Case No. 09-cv-01531 RS (PSG)